Counsel of Record:
Mark K. Schonfeld (MS-2798)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
(212) 336-0145 (Paley)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

RABINOVICH & ASSOCIATES, LP,
ALEX RABINOVICH AND
JOSEPH LOVAGLIO,

                Defendants.

07 Civ. 10547 (GEL)

---

## MOTION FOR THE ALLOWANCE OF ELECTRONIC DISPLAY OF EVIDENCE DURING HEARING

    Plaintiff Securities and Exchange Commission respectfully requests that the Court enter an Order allowing Plaintiff to electronically display videotaped depositions at the preliminary injunctive hearing scheduled for December 12, 2007 in Courtroom 6B. Plaintiff has taken depositions of witnesses who are unavailable to testify at the hearing. These depositions have been videotaped and may be played from a laptop computer, should the Court find the testimony of these witnesses useful in its determination of Plaintiff's application for a preliminary injunction.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached Order and grant such other relief as it deems appropriate.

Dated: December 11, 2007                    Respectfully submitted,

                                            _____
                                            Michael Paley (MP-6035)

                                            Attorney for Plaintiff
                                            U.S. Securities and Exchange Commission
                                            New York Regional Office
                                            3 World Financial Center
                                            Room 400
                                            New York, NY 10281-1022
                                            Tel. (212) 336-0145

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                        Plaintiff,<br><br>                 -against-<br><br>RABINOVICH & ASSOCIATES, LP,<br>ALEX RABINOVICH AND<br>JOSEPH LOVAGLIO,<br><br>                                        Defendants. | 07 Civ. 10547 (GEL) |

## [PROPOSED] ORDER ALLOWING ELECTRONIC DISPLAY OF EVIDENCE DURING HEARING

WHEREAS, a hearing on plaintiff Securities and Exchange Commission's application for a preliminary injunction in this action is scheduled for December 12, 2007; and

WHEREAS, plaintiff Commission has taken the videotaped depositions of witnesses who are unavailable to testify at the hearing; and

WHEREAS, plaintiff Commission's staff information technology specialist is available to assist in displaying these videotaped depositions, or excerpts thereof, during the hearing;

**NOW THEREFORE IT IS HEREBY ORDERED** that

1. Plaintiff Commission's information technology specialist shall be permitted to bring a laptop computer to Courtroom 6B on December 12, 2007 for the preliminary injunction hearing in this action; and

2. Plaintiff Commission's information technology specialist, with the assistance of the courtroom technology staff, shall be permitted to install and set up appropriate equipment in Courtroom 6B and to play videotaped deposition testimony to be offered into evidence by plaintiff Commission.

Dated: December ___, 2007
      New York, New York

 

_____
UNITED STATES DISTRICT JUDGE