UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

    -against-                    07 Civ. 10547 (GEL)

RABINOVICH & ASSOCIATES, LP,
ALEX RABINOVICH AND
JOSEPH LOVAGLIO,

            Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

### ORDER GRANTING MOTION FOR
### ADMISSION PRO HAC VICE OF JAMES E. BURT IV

This matter having come before the Court on the application of Plaintiff United States Securities and Exchange Commission ("Commission") for the admission of James E. Burt IV to represent the Commission pro hac vice in this matter, and the Court having reviewed the pleadings, and for good cause shown:

NOW THEREFORE, IT IS HEREBY ORDERED THAT the Commission's motion should be and hereby is GRANTED, and James E. Burt IV is hereby admitted to practice pro hac vice before this Court.

SO ORDERED.

Dated: December 11, 2007

                                                                *[signature]*
                                                         United States District Judge