UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

         against-

RABINOVICH & ASSOCIATES, LP,
ALEX RABINOVICH AND
JOSEPH LOVAGLIO,

                Defendants.

07 Civ. 10547 (GEL)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

---

[~~PROPOSED~~] ORDER ALLOWING ELECTRONIC DISPLAY OF EVIDENCE
DURING HEARING

WHEREAS, a hearing on plaintiff Securities and Exchange Commission's application for a preliminary injunction in this action is scheduled for December 12, 2007; and

WHEREAS, plaintiff Commission has taken the videotaped depositions of witnesses who are unavailable to testify at the hearing; and

WHEREAS, plaintiff Commission's staff information technology specialist is available to assist in displaying these videotaped depositions, or excerpts thereof, during the hearing;

**NOW THEREFORE IT IS HEREBY ORDERED** that

1. Plaintiff Commission's information technology specialist shall be permitted to bring a laptop computer to Courtroom 6B on December 12, 2007 for the preliminary injunction hearing in this action; and

2. Plaintiff Commission's information technology specialist, with the assistance of the courtroom technology staff, shall be permitted to install and set up appropriate equipment in Courtroom 6B and to play videotaped deposition testimony to be offered into evidence by plaintiff Commission.

Dated: December 11, 2007
New York, New York

_____
UNITED STATES DISTRICT JUDGE