

# Rabinovich & Associates L.P.
## We deliver while others talk

Skip intro

Page 1 of 1

Welcome to Rabinovich & Associates L.P.



Rabinovich & Associates L.P.
We deliver while others talk.

**Why choose Rabinovich & Associates L.P.:**

No dilution in percentage with limited
partner add-ons

| OVERVIEW | HISTORY | TESTIMONIALS | ACCOUNT SETUP | CAREERS | | CONTACT |

:: Today
:: Our Model

## ƒODAY

Alex Rabinovich, the General Partner of the fund had a goal for the firm: to yield returns to individual investors that institutions are accustomed to and to reform the way the financial industry's professionals get compensated. He strives to make a footprint in the industry. Mr. Rabinovich is not only the General Partner, the head trader, and the chief of all the day to day operations of the Limited Partnership, he is the man who is able to swim with the sharks.

Copyright © 2006, ra-lp.com, Inc. All rights reserved. Copyright & Legal notice

welcome to Kabinovich & Associates L.P.



**Rabinovich & Associates L.P.**
We deliver while others talk

**Why choose Rabinovich & Associates L.P.:**
Quarterly statements
No management fees
No Penalties for withdrawals
Quarterly dividend reinvestment options

| OVERVIEW | HISTORY | TESTIMONIALS | ACCOUNT SET UP | CAREERS | CONTACT |
|---|---|---|---|---|---|

:: Today
:: Our Model

## Our Model

The firm's model for investing complements the average investor's needs. The model works when capital is pooled together and distributed respectively. It limits risk and increases returns. Our experience and success with institutional clients prompted us to look at investors' trading behavior in the financial markets. Institutions are more likely to be profitable on their trades because of the large buying power they have. We took this same concept and applied it to the average investor. When many investors devote funds together, capital accumulates and all are more likely to turn a profit because of the large buying power. At the same time the risk is limited because when the trades are not profitable the losses are shared between every investor in that trade.*

Copyright © 2006, ra-lp.com, Inc. All rights reserved. Copyright & Legal notice

welcome to Rabinovich & Associates L.P.



Rabinovich & Associates L.P.
We deliver while others talk

## Why choose Rabinovich & Associates L.P.:
Quarterly statements
No management fees
No Penalties for withdrawals
Quarterly dividend reinvestment options

| OVERVIEW | HISTORY | TESTIMONIALS | ACCOUNT SETUP | CAREERS | CONTACT |

*T*ODAY

:: Today
:: Our Model

### Copyright & Legal notice

1. Your Access to this Internet Site is subject to the terms of this "Internet Site Terms of Use."

2. "Contents" of This Internet Site, www.RA-LP.com, include but are not limited to: text, graphical images, audio, and underlying source/object code (such as, but not limited to, HTML code or Java code) of This Internet Site and any portion thereof.

3. Your distribution, modification, reproduction, transmission, publication, broadcasting, posting or other use of the Contents (which are not graphical images) of This Internet Site is prohibited except under the following conditions:

a) The Contents may only be used for non-commercial or personal use and may not be copied or placed on any network computer or in any database or broadcasted in any media; and

b) The Contents of this Internet Site cannot be modified; and c) Any copy of the Contents must include the copyright notice of Rabinovich & Associates L.P.

4. Your distribution, modification, reproduction, transmission, publication, broadcasting, posting or other use of the graphical images of This Internet Site is prohibited without the express written consent of Rabinovich & Associates L.P.

5. To the best of our knowledge the information contained in This Internet Site is true and accurate. HOWEVER, Rabinovich & Associates L.P. MAKES NO REPRESENTATIONS ABOUT THE SUITABILITY OF THE CONTENT OR THE PERFORMANCE OF THIS INTERNET SITE FOR ANY PURPOSE. ALL CONTENT AND PERFORMANCE OF THIS INTERNET SITE ARE

Copyright © 2006, ra-lp.com, Inc. All rights reserved. Copyright & Legal notice

Welcome to Rabinovich & Associates L.P.

## Copyright & Legal notice

1. Your Access to this Internet Site is subject to the terms of this "Internet Site Terms of Use."

2. "Contents" of This Internet Site, www.RA-LP.com, include but are not limited to: text, graphical images, audio, and underlying source/object code (such as, but not limited to, HTML code or Java code) of This Internet Site and any portion thereof.

3. Your distribution, modification, reproduction, transmission, publication, broadcasting, posting or other use of the Contents (which are not graphical images) of This Internet Site is prohibited except under the following conditions:

a) The Contents may only be used for non-commercial or personal use and may not be copied or placed on any network computer or in any database or broadcasted in any media; and

b) The Contents of this Internet Site cannot be modified; and c) Any copy of the Contents must include the copyright notice of Rabinovich & Associates L.P.

4. Your distribution, modification, reproduction, transmission, publication, broadcasting, posting or other use of the graphical images of This Internet Site is prohibited without the express written consent of Rabinovich & Associates L.P.

5. To the best of our knowledge the information contained in This Internet Site is true and accurate. HOWEVER, Rabinovich & Associates L.P. MAKES NO REPRESENTATIONS ABOUT THE SUITABILITY OF THE CONTENT OR THE PERFORMANCE OF THIS INTERNET SITE FOR ANY PURPOSE. ALL CONTENT AND PERFORMANCE OF THIS INTERNET SITE ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND. Rabinovich & Associates L.P. DISCLAIMS ALL WARRANTIES AND CONDITIONS WITH REGARD TO THE CONTENT AND THE PERFORMANCE OF THIS INTERNET SITE, INCLUDING ALL IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT.

6. IN NO EVENT SHALL Rabinovich & Associates L.P., OR ITS AFFILIATED COMPANIES BE LIABLE FOR ANY SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT OF OR IN CONNECTION WITH THE USE OF THE CONTENT OF THIS INTERNET SITE OR PERFORMANCE OF THIS INTERNET SITE.

7. You assume the entire risk of loss as a result of using this Internet Site. Rabinovich & Associates L.P. does not warrant that (a) this Internet Site will meet Your needs or expectations, (b) use of This Internet Site will be error free or uninterrupted, or (c) all non-conformities can or will be corrected. The Content and directory structure contained on This Internet Site are subject to change without notice.

8. You assume all responsibility of taking scanning for viruses, worms, trojan horses and other items of a destructive nature.

9. In any event, Rabinovich & Associates L.P.'s entire liability as well as Your sole and exclusive remedy shall not exceed the amount of monies paid by You to Rabinovich & Associates L.P. for the Content on This Internet Site.

10. By transmitting or posting any communication or material to This Internet Site, User agrees that Rabinovich & Associates L.P. and/or its affiliated companies may use your communication or material for any purpose, including reproduction, transmission, publication, broadcasting and posting of the communication or information, or use such communication or material in a product or service of Rabinovich & Associates L.P. and/or its affiliated companies.

11. You cannot post or transmit any unlawful, threatening, libelous, defamatory, obscene, pornographic or profane material that could constitute or encourage conduct that would be considered a criminal offense, give rise to civil liability, or otherwise violate any law.

12. Nothing on This Internet Site shall be deemed a recommendation to use any information in violation of existing patent rights or copyright laws.

13. Products, processes or technologies described on This Internet Site may be the subject of other Intellectual Property rights reserved by Rabinovich & Associates L.P. Nothing on this Internet Site shall be construed as conferring any license under any of Rabinovich & Associates L.P.'s or any third party's intellectual property rights.

14. You cannot post or transmit any material that could constitute a violation of the United States Copyright Laws.

15. Product names, logos, marks or the Rabinovich & Associates L.P. name appearing in This Internet Site and/or designated with a or are trademarks owned or licensed by Rabinovich & Associates L.P. or its affiliates.

16. Materials designated with a are subject to copyrights owned by Rabinovich & Associates L.P. or its affiliates.

17. Your use or misuse of such trademarks or copyrighted materials except as noted above, is strictly prohibited.

18. In general, Rabinovich & Associates L.P. believes that its links to publicly accessible third party Web pages is legally permissible and consistent with the common customary expectations of those who make use of the Internet. If an entity does not wish that Rabinovich & Associates L.P.'s Internet Site link with their site, then Rabinovich & Associates L.P. will remove the link from this Internet Site upon their written request. Rabinovich & Associates L.P. makes no representations whatsoever about any other site which You may access through this one. A link to another entity's site does not denote that

http://www.ra-lp.com/C/

welcome to Rabinovich & Associates L.P.

Rabinovich & Associates L.P. endorses or accepts any responsibility for the content, or the use, of such site.

19. Should any provision or portion of this Agreement be held invalid or unenforceable by a court of law or equity for any reason, it shall be deemed omitted, and all other provisions of the Agreement shall continue in full force and effect.

Rabinovich & Associates L.P. (RA-LP or Rabinovich & Associates L.P.) is an independent investment company whose affiliates offer a broad array of financial products and services.

Rabinovich and Associates L.P.
14 Wall Street, 20th floor
New York, NY 10005

All associates of Rabinovich & Associates L.P. are independent contractors, regardless of field title/designation.

Many people have experienced various levels of success with Rabinovich & Associates L.P.. However, individual experiences may vary. This statement is not intended to nor does it represent that any current individual's results are representative of what all participants achieve when following the Rabinovich & Associates L.P. system.

All contests, awards and related promotional criteria, events and designations are offered by or through Rabinovich & Associates L.P.. In order to qualify, an individual must be a member in good standing of RA-LP, if applicable.

Welcome to Rabinovich & Associates L.P. Case Rabinovich & Associates L.P. Document 11-2    Filed 12/19/2007    Page 7 of 34    Page 1 of 1

7



Rabinovich & Associates L.P.
We deliver while others talk

**Why choose Rabinovich & Associates L.P.:**

This account is a profit sharing account that is 50% of the profits between the General Partner and the limited partner



| OVERVIEW | HISTORY | TESTIMONIALS | ACCOUNT SETUP | CAREERS | | CONTAC |

$\mathscr{2}$003

:: 2006
:: 2005
:: 2004
:: 2003

Since inception R&A LP performed:

- 127.3% in the moderate growth fund
- 442.9% in the aggressive growth fund respectively

Due to the fund's exceptional performance and the successful relationships maintained with the multi-million dollar clients, the also agreed to reward average investors. During this time firms were unable to provide returns to investors with limited capital. Therefore, at the end of 2003 the fund closed its doors to institu and welcomed the average investor.

Copyright © 2006, ra-lp.com, Inc. All rights reserved. <u>Copyright & Legal notice</u>

Welcome to Rabinovich & Associates L.P. Case Rabinovich 08-4735-GE Document 11-2    Filed 12/19/2007    Page 8 of 34  Page 1 of 1

8

## Why choose Rabinovich & Associates L.P.:

### No dilution in percentage with limited partner add-ons



**Rabinovich & Associates L.P.**
We deliver while others talk

| OVERVIEW | HISTORY | TESTIMONIALS | ACCOUNT SETUP | CAREERS | | CONTAC |

*2*004

:: 2006
:: 2005
:: 2004
:: 2003

Wartime and the improved management in the boards of directors on Wall Street made the national markets a great place to inves

- War contributed to our thriving economy because America became a safe place for foreigners to park capital
- America produced much more at wartime
- Wall Street was going through an ethical cleansing of executives (Enron, Tyco, and MCS WorldCom)

During this year we returned 123.9%

### Index Performance - 2004

Copyright © 2006, ra-lp.com, Inc. All rights reserved. Copyright & Legal notice

welcome to Rabinovich & Associates L.P.



Rabinovich & Associates L.P.
We deliver while others talk

**Why choose Rabinovich & Associates L.P.:**
Quarterly statements
No management fees
No Penalties for withdrawals
Quarterly dividend reinvestment options

| OVERVIEW | HISTORY | TESTIMONIALS | ACCOUNT SETUP | CAREERS | CONTACT |

:: 2006
:: 2005
:: 2004
:: 2003

*2*005

- The markets were booming because of changed economic policies including tax breaks and lowered interest rates.
- Real estate double digit gains created extra equity in households. This extra capital was partly invested in the markets for greater returns and left out of banks while interest rates were low.

Extra capital together with tax breaks gave people more disposable income. As a result, consumption increased and corporate profits look healthy across every industry. At R&A we returned 84.2% during this year

Index Performance - 2005

| 2005 | DJI | NASDAQ | S&P |
|------|------|--------|------|
| Q1 | -1.80% | -7.00% | -1.80% |
| Q2 | 1 30% | 2 50% | 1 50% |

Copyright © 2006, ra-lp.com, Inc. All rights reserved. Copyright & Legal notice

- The markets were booming because of changed economic policies including tax breaks and lowered interest rates.
- Real estate double digit gains created extra equity in households.  This extra capital was partly invested in the markets for greater returns and left out of banks while interest rates were low.

Extra capital together with tax breaks gave people more disposable income.  As a result, consumption increased and corporate profits look healthy across every industry.  At R&A we returned 84.2% during this year

### Index Performance - 2005

| 2005 | DJI | NASDAQ | S&P |
|------|------|--------|------|
| Q1 | -1.80% | -.7.00% | -1.80% |
| Q2 | -1.20% | 3.50% | 1.60% |
| Q3 | 2.50% | 4.30% | 2.70% |
| Q4 | 1.30% | 2.26% | 1.60% |
| YTD | 0.00% | 2.40% | 3.00% |

### Rabinovich & Associates, L.P
### Quarterly Returns

|  | 2004 | 2005 |
|------|------|------|
| Q1 | 41.70% | 13.90% |
| Q2 | 16.30% | 26.00% |
| Q3 | 13.30% | 21.00% |
| Q4 | 28.70% | 16.00% |
| YTD | 123.90% | 84.20% |

**Disclosure:**
Past performance is not necessarily indicative of future results and individual returns may vary amongst participants (based on capital contributions). All performance figures assume the reinvestment of realized capital. There is a considerable exposure to risk in and fund transaction, including but not limited to, the potential for changing political and or economic conditions that may substantially affect the value of the fund.

Page 1 of 1

Welcome to Rabinovich & Associates L.P.



**Rabinovich & Associates L.P.**
We deliver while others talk

**Why choose Rabinovich & Associates L.P.:**
Quarterly statements
No management fees
No Penalties for withdrawals
Quarterly dividend reinvestment options

OVERVIEW | HISTORY | TESTIMONIALS | ACCOUNT SETUP | CAREERS | CONTACT

:: 2006
:: 2005
:: 2004
:: 2003

2006

**Program Details**

Rabinovich & Associates LP Funds Program

- Minimum Investment - $25,000.00
- Management Fee - None
- Performance Fee - 50%
- Additions - Monthly
- Withdrawals - Quarterly
- Dividend Options - Quarterly
- Penalties - None

**Performance Details**

Copyright © 2006, ra-lp.com, Inc. All rights reserved. Copyright & Legal notice

Untitled Document

## Program Details

Rabinovich & Associates LP Funds Program

- Minimum Investment - $25,000.00
- Management Fee - None
- Performance Fee - 50%
- Additions - Monthly
- Withdrawals - Quarterly
- Dividend Options - Quarterly
- Penalties - None

## Performance Details

- Lowest Quarterly Return 2006 - 6.10%
- Highest Quarterly Return 2006 - 18.6%

**QUARTERLY RETURNS    R&A LP**

| 2004 | R&A LP | | 2005 | R&A LP | | 2006 | R&A LP |
|------|--------|--|------|--------|--|------|--------|
| Q1 | 41.70% | | Q1 | 13.90% | | Q1 | 18.60% |
| Q2 | 16.30% | | Q2 | 26.00% | | Q2 | 6.10% |
| Q3 | 13.30% | | Q3 | 21.00% | | Q3 | 11.80% |
| Q4 | 28.70% | | Q4 | 16.00% | | Q4 | 12.80% |
| Y-T-D | 123.90% | | Y-T-D | 84.20% | | Y-T-D | 54.70% |

**INDEX PERFORMANCE QUARTERLY**

| 2006 | R&A LP | DJI | Nasdaq | S&P |
|------|--------|-----|--------|-----|
| Q1 | 18.60% | 3.65% | 6.09% | 3.73% |
| Q2 | 6.10% | 0.37% | -7.10% | -1.91% |

| | | | | |
|---|---|---|---|---|
| Q3 | 11.80% | 4.74% | 3.97% | 5.16% |
| Q4 | 12.80% | 6.71% | 6.94% | 6.17% |
| Y-T-D | 54.70% | 16.28% | 9.52% | 13.62% |

### INDEX PERFORMANCE QUARTERLY

| 2005 | R&A LP | DJI | Nasdaq | S&P |
|---|---|---|---|---|
| Q1 | 13.90% | -1.80% | -7.00% | -1.80% |
| Q2 | 26.00% | -1.20% | 3.50% | 1.60% |
| Q3 | 21.00% | 2.50% | 4.30% | 2.70% |
| Q4 | 16.00% | 1.30% | 2.26% | 1.60% |
| Y-T-D | 84.20% | -0.61% | 1.37% | 3.00% |

### INDEX PERFORMANCE QUARTERLY

| 2004 | R&A LP | DJI | Nasdaq | S&P |
|---|---|---|---|---|
| Q1 | 41.70% | -0.92% | -0.45% | 1.20% |
| Q2 | 16.30% | 0.75% | 2.60% | 1.30% |
| Q3 | 13.30% | -3.40% | -7.30% | -2.30% |
| Q4 | 28.70% | 6.90% | 14.60% | 8.70% |
| Y-T-D | 123.90% | 3.15% | 8.59% | 8.99% |

Disclosure:
Past performance is not necessarily indicative of future results and individual returns may vary amongst participants ( based on trading strategies and capital contributions). Investment return and principal value will fluctuate so that an investor's shares, when redeemed, may be worth more or less than their original cost. All performance figures assume the reinvestment of realized capital. There is considerable exposure to risk in any hedge fund transaction, including but not limited to, the potential for changing political and/or economic conditions that may substantially affect the price or liquidity of a currency or a market. This is not a solicitation to invest. This is the past performance of this fund.



**Why choose Rabinovich & Associates L.P.:**
Quarterly statements
No management fees
No Penalties for withdrawals
Quarterly dividend reinvestment options

Rabinovich & Associates L.P.
We deliver while others talk

| OVERVIEW | HISTORY | TESTIMONIALS | ACCOUNT SETUP | CAREERS | CONTACT |

*T*estimonials

- "R&A L.P. is one of the most responsive and market savvy investment firms I ever worked with. They are able to timely and effectively capture market momentum and consistently outperform any investment house I ever worked with. They deliver while others talk!!!" **Alan Niebel from CA**

- "The thing I appreciate most is the personable service and the returns are phenomenal". **James Bull from NV**

- "R&A L.P. is doing great for me financially; Very easy to deal with." **Jeremy Gorman from VT**

- "R&A L.P. has guided us carefully in the market and is

Copyright © 2006, ra-lp.com, Inc. All rights reserved. Copyright & Legal notice

- "R&A L.P. is one of the most responsive and market savvy investment firms I ever worked with. They are able to timely and effectively capture market momentum and consistently outperform any investment house I ever worked with. They deliver while others talk!!!" **Alan Niebel from CA**

- "The thing I appreciate most is the personable service and the returns are phenomenal". **James Bull from NV**

- "R&A L.P. is doing great for me financially; Very easy to deal with." **Jeremy Gorman from VT**

- "R&A L.P. has guided us correctly in the market and is delightful team to work with. Joseph Lovaglio is very easy to communicate with and a pleasure to do business with." **Thomas Yancey from AZ**

- "You make us feel like family". **Daniel and Jane Mullins From MI**

- "Best firm I have on my team; the returns are exactly what I need," **Donald Ferguson from NC**

- "The only company where the firm gets compensated on performance and also pick mostly winners providing percentage gains in any market conditions, where else can you get that." **Dean Henderson from CA**

- "I have been looking for many years to invest money into investment vehicles that provide higher rates than Certificates of Deposits. About 6 months ago I found R&A L.P. a firm that not only provides percentage returns that rates of banks can't even come close to providing but also is flexible enough to cater to my every need." **Ephraim Greenblatt from TN**

- "I am pleased with the consistency of performance that the fund produces. Alex Rabinovich is honest, frank, and very easy to deal with. He is one of the most trustworthy people in the industry that I ever encountered. He will tell you how it is!!!" **Howard Hinck from NJ**

- "It is nice for a change to have a company looking out for my bottom line not just theirs!!!" **Mario Fracassa from MI**

Welcome to Rabinovich & Associates L.P.



Rabinovich & Associates L.P.
We deliver while others talk

Why choose Rabinovich & Associates L.P.

This account is a profit sharing account that is 50% of the profits between the General Partner and the limited partner

OVERVIEW | HISTORY | TESTIMONIALS | ACCOUNT SETUP | CAREERS | CONTACT

Account setup

:: Individual
:: Corporate
:: Joint
:: Trust
:: Minors

< Please select an Account Type

Our privacy policy

Copyright © 2006, ra-lp.com, Inc. All rights reserved. Copyright & Legal notice

http://www.ra-lp.com/AccountSetup.htm

11/25/2007

**Privacy Policy Information**

Rabinovich & Associates L.P. respects the privacy of every individual who visits our websites. This privacy statement provides notice of the standards and terms under which Rabinovich & Associates L.P. protects the privacy of information supplied by visitors to sites on the World Wide Web that are owned and operated by Rabinovich & Associates L.P., including ra-lp.com. This privacy statement provides notice of our information collection practices and of the ways in which your information may be used. This policy may change from time to time, so please check back periodically to review this information.

A. Personally-Identifiable Information:

Rabinovich & Associates L.P. typically receives specific data about its website visitors only when such information is provided voluntarily, such as when our visitors request information, purchase or enroll for services, provide resume information for employment opportunities, or send us e-mail. Of course, some of these activities require that you give us information, such as when you make a purchase, use a credit card to pay for services, submit your resume, or request certain types of information. When you provide personally-identifiable information to Rabinovich & Associates L.P., it will be used to fulfill your specific request. In most cases, you will be given the opportunity to select whether you do, or do not, want Rabinovich & Associates L.P. to use this information for additional purposes. You may also request that Rabinovich & Associates L.P. not use your information by sending an e-mail to privacy@ra-lp.com, however, Rabinovich & Associates L.P. reserves the right, in its discretion, to send you bulletins and other important information about your Rabinovich & Associates L.P. services. Absent any instructions from you, Rabinovich & Associates L.P. may use information you provide to inform you about additional services and products offered by the Rabinovich & Associates L.P. family of companies, Rabinovich & Associates L.P. authorized agents, and other goods and services providers with whom Rabinovich & Associates L.P. has relationships and whose offerings might be of interest to you. Rabinovich & Associates L.P. will not, however, sell or trade your personally-identifiable information unless we are authorized or legally required to do so, or in the case of imminent physical harm to the visitor or others. On those Rabinovich & Associates L.P. sites where you may provide Rabinovich & Associates L.P. with credit card or other ordering information via the web, Rabinovich & Associates L.P. protects and secures this information by employing commercially customary web-based security and encryption protocols, examples of which include Secure Socket Layer (SSL). On those sites where you voluntarily offer any feedback, data, answers, questions, comments, suggestions, ideas or the like, Rabinovich & Associates L.P. will treat that portion of the information as non-confidential and nonproprietary and, except as otherwise expressed in this privacy statement, Rabinovich & Associates L.P. assumes no obligation to protect such information from disclosure.

B. Non Personally-Identifiable (Generic) Information:

In general, Rabinovich & Associates L.P. gathers some generic information automatically. Generic information does not reveal the identity of the visitor. It usually includes information about the Internet address assigned to your computer, the number and frequency of visitors, and the Rabinovich & Associates L.P. sites visited. Rabinovich & Associates L.P. gathers this information for the limited purpose of determining customer service and website needs. We accomplish this by using certain technologies, including "cookies" (a technology that can be used to provide the visitor with tailored information about Rabinovich & Associates L.P. services). Rabinovich & Associates L.P. does not combine information collected in this way with any personally-identifiable information. You can set your browser to notify you when you receive a cookie and you can refuse it.

C. Exceptions and Limitations:

Notwithstanding the foregoing and in compliance with applicable laws, Rabinovich & Associates L.P. (i) cooperates fully with state, local, and federal officials in any investigation relating to any content (including personal or private electronic communications transmitted to Rabinovich & Associates L.P.) or purported unlawful activities of any user of the Service, and (ii) takes reasonable measures to protect its proprietary rights. For the limited purposes of accomplishing such cooperation and measures and in compliance with applicable laws, Rabinovich & Associates L.P. may be required to disclose personally identifiable information. In addition, Rabinovich & Associates L.P. may elect to monitor the areas of communication of any kind (i) to satisfy any

law, regulation, or government request; (ii) if such disclosure is necessary or appropriate to operate Rabinovich & Associates L.P. ; or (iii) to protect the rights or property of Rabinovich & Associates L.P. or others. In connection with the potential sale or transfer of any of its interest in ra-lp.com, www.ra-lp.com, and other sites owned by the company, Rabinovich & Associates L.P. reserves the right to sell or transfer your information (including , but not limited to name, address information, and other information you provided to Rabinovich & Associates L.P.) to a third party that (i) concentrates its business in communication products or services; (ii) agrees to be Rabinovich & Associates L.P.'s successor in interest with regard to the maintenance and protection of information collected and maintained by Rabinovich & Associates L.P.; and (iii) agrees to the obligations of this policy statement.

11/25/2007

welcome to Rabinovich & Associates L.P.



**Rabinovich & Associates L.P.**
We deliver while others talk

**Why choose Rabinovich & Associates L.P.:**
Quarterly statements
No management fees
No Penalties for withdrawals
Quarterly dividend reinvestment options

OVERVIEW | HISTORY | TESTIMONIALS | ACCOUNT SETUP | CAREERS | CONTACT

*Account setup*

:: Individual
:: Corporate
:: Joint
:: Trust
:: Minors

**Please provide the following contact information:**

First Name:

Last Name:

Your E-Mail:

Your phone :

Your Social Security #:

Date of Birth:

Title:

Years Employed:

Copyright © 2006, ra-lp.com, inc. All rights reserved. Copyright & Legal notice

2ₒ

11/25/2007

Individual account setup

## Please provide the following contact information:

First Name:

Last Name:

Your E-Mail:

Your phone :

Your Social Security #:

Date of Birth:

Title:

Years Employed:

Annual Income:

Net Worth:

Money in the market:

21

Welcome to Rabinovich & Associates L.P.



**Why choose Rabinovich & Associates L.P.:**
Quarterly statements
No management fees
No Penalties for withdrawals
Quarterly dividend reinvestment options

Rabinovich & Associates L.P.
We deliver while others talk

| OVERVIEW | HISTORY | TESTIMONIALS | ACCOUNT SETUP | CAREERS | CONTACT |

**Account setup**

:: Individual
:: Corporate
:: Joint
:: Trust
:: Minors

**Please provide the following contact information:**

First Name:

Last Name:

Your E-Mail:

Your phone :

Your Social Security #:

Date of Birth:

Title:

Years Employed:

Copyright © 2006, ra-lp.com, Inc. All rights reserved. Copyright & Legal notice

## Please provide the following contact information:

First Name:

Last Name:

Your E-Mail:

Your phone :

Your Social Security #:

Date of Birth:

Title:

Years Employed:

Annual Income:

Net Worth:

Money in the market:

## Please provide the following information for Corporate Account:

Corporate Name:

Corporate Address:

Years in business:

Tax ID:

Position:

Submit

Welcome to Rabinovich & Associates L.P.

Page 1 of 1



**Rabinovich & Associates L.P.**
We deliver while others talk

**Why choose Rabinovich & Associates L.P.:**
Quarterly statements
No management fees
No Penalties for withdrawals
Quarterly dividend reinvestment options

OVERVIEW | HISTORY | TESTIMONIALS | ACCOUNT SETUP | CAREERS | CONTACT

Account setup

:: Individual
:: Corporate
:: Joint
:: Trust
:: Minors

**Please provide the following contact information:**

First Name:

Last Name:

Your E-Mail:

Your phone :

Your Social Security #:

Date of Birth:

Title:

Years Employed:

Copyright © 2006, ra-lp.com, Inc. All rights reserved. Copyright & Legal notice

**Please provide the following contact information:**

First Name:

Last Name:

Your E-Mail:

Your phone :

Your Social Security #:

Date of Birth:

Title:

Years Employed:

Annual Income:

Net Worth:

Money in the market:

**Please provide the following contact information for the secondary account holder:**

Relationship to the primary account holder:

First Name:

Last Name:

Your E-Mail:

Your phone :

Your Social Security #:

Date of Birth:

Title:

Years Employed:

Annual Income:

Net Worth:

Money in the market:





**Please provide the following contact information:**

First Name: 

Last Name: 

Your E-Mail: 

Your phone : 

Your Social Security #: 

Date of Birth: 

Title: 

Years Employed: 

Annual Income: 

Net Worth: 

Money in the market: 

**Please provide the following information for Trust Account:**

Copy of trust papers: [Browse...]

First Name: 

Last Name: 

Your E-Mail: 

Your phone : 

Your Social Security #: 

Date of Birth: 

Title: 

Years Employed:

Annual Income:

Net Worth:

Money in the market:

Submit

Page 1 of 1

Welcome to Rabinovich & Associates L.P.



Rabinovich & Associates L.P.
We deliver while others talk

Why choose Rabinovich & Associates L.P.:
Quarterly statements
No management fees
No Penalties for withdrawals
Quarterly dividend reinvestment options

| OVERVIEW | HISTORY | TESTIMONIALS | ACCOUNT SETUP | CAREERS | CONTACT |

*Account setup*

:: Individual
:: Corporate
:: Joint
:: Trust
:: Minors

**Please provide the following contact information:**

First Name:

Last Name:

Your E-Mail:

Your phone :

Your Social Security #:

Date of Birth:

Title:

Years Employed:

Copyright © 2006, ra-lp.com, Inc. All rights reserved. Copyright & Legal notice

https://www.ra-1p.com/AccountSetup5.htm

11/25/2007

**Please provide the following contact information:**

First Name:

Last Name:

Your E-Mail:

Your phone :

Your Social Security #:

Date of Birth:

Title:

Years Employed:

Annual Income:

Net Worth:

Money in the market:

**Please provide the following information on beneficiary (minor):**

First Name:

Last Name:

Date of Birth:

Relationship to the primary account holder:

Welcome to Rabinovich & Associates L.P.



Rabinovich & Associates L.P.
We deliver while others talk

**Why choose Rabinovich & Associates L.P.:**
**Quarterly statements**
**No management fees**
**No Penalties for withdrawals**
**Quarterly dividend reinvestment options**

OVERVIEW | HISTORY | TESTIMONIALS | ACCOUNT SETUP | CAREERS | CONTACT

*Careers*

We are currently looking for serious individuals with background in the financial industry and sales. We provide competitive salaries and paid training.

Those interested may send resumes in confidence to:

**Rabinovich and Associates**
Attn. Joseph Lovaglio
14 Wall Street, 20th floor
New York, NY 10005

Copyright © 2006, ra-lp.com, Inc. All rights reserved. Copyright & Legal notice

https://www.ra-lp.com/Careers.htm

11/25/2007

Welcome to Rabinovich & Associates L.P.

Page 1 of 1



**Why choose Rabinovich & Associates L.P.:**
Quarterly statements
No management fees
No Penalties for withdrawals
Quarterly dividend reinvestment options

Rabinovich & Associates L.P.
We deliver while others talk

OVERVIEW | HISTORY | TESTIMONIALS | ACCOUNT SETUP | CAREERS | CONTACT

*Contact*

**Rabinovich and Associates L.P.**
14 Wall Street
20th Floor
New York, NY 10005

ph 866.201.4602 Pin # 6628
fax 718.366.3913

**You can also contact us by email:**

Please select the employee you would like to get in touch with. For general inquiries select "General" in the drop down menu

Copyright © 2006, ra-ip.com, Inc. All rights reserved. Copyright & Legal notice

11/25/2007

https://www.ra-lp.com/Contact.htm

11/25/2007

New Page 1



**Rabinovich and Associates L.P.**
14 Wall Street
20th Floor
New York, NY 10005

ph 866.201.4602 Pin # 6628
fax 718.366.3913

## You can also contact us by email:

Please select the employee you would like to get in touch with. For general inquiries select "General" in the drop down menu.



General

First Name:

Last Name:

Your E-Mail:

Your phone :

Please enter your question:



Submit