*Rabinovich & Associates, L.P.*

**ALEX RABINOVICH**
*PRIVATE WEALTH MANAGER / G.P.*

TEL. (866) 201-4602, PIN # 6628, FAX: (718) 336-3913
14 WALL STREET • 20th FLOOR
NEW YORK, NY, 10005
E-mail: rabinovich1@verizon.net

*Rabinovich & Associates, L.P.*

**JOSEPH LOVAGLIO**
*MANAGING DIRECTOR*

TEL. (866) 645-7111, FAX: (718) 513-6349
14 WALL STREET • 20th FLOOR
NEW YORK, NY, 10005
E-mail: jlovaglio@ra-lp.com