*19571959*

January 8, 2007

To Whom It May Concern:

This letter is in response to the email that was sent to me on January 5, 2007 for service request number 1-59483727. Enclosed in this package is the information that you requested for compliance. The address that should be the official address on the account is 2250 E. 4th Street, Suite 2C Brooklyn NY 11223. This is the address where the Limited Partnership was filed with State of New York. The 14 Wall St. 20th Floor New York, NY 10005 is a secondary address where my mail for this Limited Partnership is sent to. The 14 Wall St. address is only for mail. The telephone number has been changed to 718-336-3913 and my cell phone number is 646-712-1222.

I have enclosed the documentation that your compliance department has requested so you can update the account. Enclosed is the partnership agreement as well as the partnership breakdown for the account.

Please contact me on the telephone numbers provided above if you need further information regarding any discrepancies regarding this account.

Sincerely

Alex Rabinovich

## SCHEDULE A

### Rabinovich & Associates L.P.

Schedule For Quarter Ending December 31, 2006

**General Partner**                          Alex Rabinovich

| Limited Partners | Capital Contribution | Ownership % for 2006 | Ownership % for 2007 |
|---|---|---|---|
| Thomas Siorokos, Yorba Linda, C.A. | $ 100,000.00 | 35.3982% | 27.0352% |
| Howard Hinck, Oceantownship, N.J. | $ 100,000.00 | 35.3982% | 27.0352% |
| Matthew Rutter, Coral Springs, F.L. | $ 25,000.00 | 8.8496% | 6.7588% |
| Richard P. Adams, Whittier, C.A. | $ 20,000.00 | 7.0796% | 5.4070% |
| Alexander Petrovich, Sacramento, C.A. | $ 20,000.00 | 7.0796% | 5.4070% |
| Michael Gross, Silver Springs, M.D. | $ 10,000.00 | 3.5398% | 2.7035% |
| Julie Chapman, Atlanta, G.A. | $ 7,500.00 | 2.6549% | 2.0276% |
| Donna L. Bodtker, Portland, O.R. | $ 6,193.18 | | 1.6743% |
| Artur M. Castro, New Bedford, M.A. | $ 81,195.25 | | 21.9513% |
| Total Partners | | 7 | 9 |
| Total 2006 | $ 282,500.00 | 100.000% | |
| New Total 2007 | $ 369,888.43 | | 100.0000% |