# CyberTrader®
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

# Statement of Account

**Statement Period**
November 1, 2006 to November 30, 2006

**Account Information**
Account Number: 19571959

RABINOVICH & ASSOCIATES LP

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/17/06 | Margin | Sold | -4,000 | APPLE COMPUTER INC NBYWW | 85.8 | 343,179.49 |
| 11/17/06 | Margin | Bought | 2,500 | AUTODESK INC NBQ5X | 40.65 | (101,625.00) |
| 11/17/06 | Margin | Bought | 1,000 | AUTODESK INC NBQN9 | 40.83 | (40,830.00) |
| 11/17/06 | Margin | Bought | 500 | AUTODESK INC NBQ0J | 40.76 | (20,389.95) |
| 11/17/06 | Margin | Bought | 1,000 | AUTODESK INC NBRNX | 40 3/4 | (40,750.00) |
| 11/17/06 | Margin | Sold | -2,500 | AUTODESK INC NBR8K | 40.56 | 101,396.87 |
| 11/17/06 | Margin | Bought | 2,000 | AUTODESK INC NBRXA | 40.6 | (81,200.00) |
| 11/17/06 | Margin | Bought | 2,000 | AUTODESK INC NBSIC | 40.58 | (81,169.95) |
| 11/17/06 | Margin | Bought | 700 | AUTODESK INC NBSC8 | 40.7771428 | (28,544.00) |
| 11/17/06 | Margin | Bought | 1,500 | AUTODESK INC NBSG4 | 40.82 | (61,239.95) |
| 11/17/06 | Margin | Bought | 400 | AUTODESK INC NBT7G | 40.77 | (16,317.95) |
| 11/17/06 | Margin | Bought | 1,000 | AUTODESK INC NBT7H | 40.69 | (40,690.00) |
| 11/17/06 | Margin | Bought | 425 | AUTODESK INC NBSRA | 40.69 | (17,293.25) |
| 11/17/06 | Margin | Bought | 1,000 | AUTODESK INC NBRAR | 40.71 | (40,719.95) |
| 11/17/06 | Margin | Bought | 2,500 | AUTODESK INC NBTAD | 40.6776 | (101,703.95) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER NASD AND SIPC

# CyberTrader®
### A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

## Statement of Account

**Statement Period**
November 1, 2006 to November 30, 2006

**Account Information**
Account Number: 19571959

RABINOVICH & ASSOCIATES LP

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/17/06 | Margin | Bought | 575 | AUTODESK INC NBUJ0 | 40.76 | (23,446.95) |
| 11/17/06 | Margin | Bought | 1,000 | AUTODESK INC NBST2 | 40.63 | (40,639.95) |
| 11/17/06 | Margin | Bought | 1,000 | AUTODESK INC NBUU1 | 40.68 | (40,689.95) |
| 11/17/06 | Margin | Bought | 1,000 | AUTODESK INC NBV8S | 40.77 | (40,779.95) |
| 11/17/06 | Margin | Bought | 1,000 | AUTODESK INC NBVEC | 40.738 | (40,738.00) |
| 11/17/06 | Margin | Bought | 300 | AUTODESK INC NBV64 | 40.82 | (12,246.00) |
| 11/17/06 | Margin | Sold | -400 | AUTODESK INC NBWRL | 40.81 | 16,323.48 |
| 11/17/06 | Margin | Sold | -2,500 | AUTODESK INC NBXWZ | 40.56 | 101,386.88 |
| 11/17/06 | Margin | Sold | -1,000 | AUTODESK INC NBYDH | 40.81 | 40,798.77 |
| 11/17/06 | Margin | Sold | -2,500 | AUTODESK INC NBYPC | 40.77 | 101,911.86 |
| 11/17/06 | Margin | Sold | -2,000 | AUTODESK INC NBZ8K | 40.8315 | 81,660.46 |
| 11/17/06 | Margin | Sold | -2,000 | AUTODESK INC NBYFM | 40.8145 | 81,623.44 |
| 11/17/06 | Margin | Sold | -2,000 | AUTODESK INC NC0CG | 40.871 | 81,729.50 |
| 11/17/06 | Margin | Sold | -2,000 | AUTODESK INC NC0EW | 40.81 | 81,611.48 |
| 11/17/06 | Margin | Sold | -1,000 | AUTODESK INC NC06G | 40.8 | 40,798.73 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.    • MEMBER NASD AND SIPC

# CyberTrader
*A Charles Schwab Company*

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

## Statement of Account

**Statement Period**
November 1, 2006 to November 30, 2006

**RABINOVICH & ASSOCIATES LP**

**Account Information**
Account Number: 19571959

### Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/17/06 | Margin | Bought | 1,000 | AUTODESK INC NC1DY | 40.83 | (40,839.95) |
| 11/17/06 | Margin | Bought | 793 | AUTODESK INC NC19O | 40.8488272 | (32,393.12) |
| 11/17/06 | Margin | Bought | 1,207 | AUTODESK INC NBWFV | 40.9 | (49,376.25) |
| 11/17/06 | Margin | Bought | 1,000 | AUTODESK INC NC1TC | 40 3/4 | (40,759.95) |
| 11/17/06 | Margin | Sold | -2,500 | AUTODESK INC NC3UR | 40.77 | 101,921.79 |
| 11/17/06 | Margin | Sold | -3,000 | AUTODESK INC NC42W | 40.85 | 122,536.21 |
| 11/17/06 | Margin | Sold | -2,000 | AUTODESK INC NC4K2 | 40.905 | 81,797.52 |
| 11/17/06 | Margin | Bought | 1,650 | HANDHELD ENTERTAINMENT INC NBRIC | 5.2 | (8,589.95) |
| 11/17/06 | Margin | Bought | 1,650 | HANDHELD ENTERTAINMENT INC NBU2C | 5 1/4 | (8,662.50) |
| 11/17/06 | Margin | Sold | -1,800 | HANDHELD ENTERTAINMENT INC NC05X | 5.3 | 9,539.70 |
| 11/17/06 | Margin | Sold | -100 | HANDHELD ENTERTAINMENT INC NC0SZ | 5 1/4 | 515.03 |
| 11/17/06 | Margin | Bought | 1,900 | HANDHELD ENTERTAINMENT INC NBU72 | 5 1/4 | (9,984.95) |
| 11/17/06 | Margin | Sold | -3,300 | HANDHELD ENTERTAINMENT INC NC3OB | 5.1651515 | 17,034.51 |
| 11/17/06 | Margin | Sold | -40 | INTUIT DEC '06 @ 35 PUT 100 MULTIPLIER | 1 3/4 | 6,949.83 |
| 11/17/06 | Margin | Sold | -60 | INTUIT DEC '06 @ 35 PUT 100 MULTIPLIER | 1.85 | 11,029.70 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER NASD AND SIPC

**CyberTrader®**
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

**Statement of Account**

**Statement Period**
November 1, 2006 to November 30, 2006

RABINOVICH & ASSOCIATES LP

**Account Information**
Account Number: 19571959

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/17/06 | Margin | Bought | 1,500 | INTUIT NBRSR | 32.232 | (48,357.95) |
| 11/17/06 | Margin | Bought | 1,500 | INTUIT NBSK7 | 32.27 | (48,405.00) |
| 11/17/06 | Margin | Bought | 2,000 | INTUIT NBT5N | 32.225 | (64,450.00) |
| 11/17/06 | Margin | Sold | -940 | INTUIT NBWT9 | 32.41 | 30,464.46 |
| 11/17/06 | Margin | Sold | -1,486 | INTUIT NBY3C | 32.4359623 | 48,188.39 |
| 11/17/06 | Margin | Sold | -1,400 | INTUIT NBY9J | 32.42 | 45,386.59 |
| 11/17/06 | Margin | Sold | -1,174 | INTUIT NBZF0 | 32.38 | 38,012.94 |
| 11/17/06 | Margin | Bought | 5,000 | IRVINE SENSORS CORP NBREA | 2.14 | (10,709.95) |
| 11/17/06 | Margin | Sold | -2,000 | IRVINE SENSORS CORP NBREZ | 2.05 | 4,099.84 |
| 11/17/06 | Margin | Sold | -200 | IRVINE SENSORS CORP NBXB3 | 2.08 | 406.03 |
| 11/17/06 | Margin | Sold | -2,800 | IRVINE SENSORS CORP NC0Z4 | 2.0585535 | 5,763.73 |
| 11/17/06 | Margin | Received | | REDEEM: MM PORTFOLIO | | 980.21 |
| 11/20/06 | Margin | Disbursed | | DEPOSIT: MM PORTFOLIO | | (17,979.53) |
| 11/20/06 | Margin | Bought | 90 | JO-ANN STORES INC. DEC '06 @ 17 1/2 PUT 100 MULTIPLIER | .85 | (7,749.95) |
| 11/21/06 | Margin | Expired | -200 | ACTIVISION INC NOV '06 @ 12 1/2 PUT 100 MULTIPLIER | | |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER NASD AND SIPC



# CyberTrader®
*A Charles Schwab Company*

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

## Statement of Account

**Statement Period**
November 1, 2006 to November 30, 2006

RABINOVICH & ASSOCIATES LP

**Account Information**
Account Number: 19571959

### Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/21/06 | Margin | Expired | -300 | ACTIVISION INC<br>NOV '06 @ 17 1/2 CALL<br>100 MULTIPLIER | | |
| 11/21/06 | Margin | Bought | 50 | COLDWATER CREEK INC<br>DEC '06 @ 35 PUT<br>100 MULTIPLIER | 4 1/2 | (22,559.95) |
| 11/21/06 | Margin | Bought | 50 | COLDWATER CREEK INC<br>DEC '06 @ 35 PUT<br>100 MULTIPLIER | 4 1/2 | (22,559.95) |
| 11/21/06 | Margin | Expired | -100 | CYTYC CORPORATION<br>NOV '06 @ 22 1/2 PUT<br>100 MULTIPLIER | | |
| 11/21/06 | Margin | Expired | -200 | DOBSON COMMUNICATIONS CORP A<br>NOV '06 @ 7 1/2 PUT<br>100 MULTIPLIER | | |
| 11/21/06 | Margin | Expired | -250 | EMULEX CORP<br>NOV '06 @ 17 1/2 PUT<br>100 MULTIPLIER | | |
| 11/21/06 | Margin | Expired | -200 | EXPEDIA INC<br>NOV '06 @ 15 PUT<br>100 MULTIPLIER | | |
| 11/21/06 | Margin | Expired | -100 | HUTCHINSON TECH INC<br>NOV '06 @ 20 PUT<br>100 MULTIPLIER | | |
| 11/21/06 | Margin | Expired | -250 | LIONS GATE ENTERTAINMENT CORP<br>NOV '06 @ 10 PUT<br>100 MULTIPLIER | | |
| 11/21/06 | Margin | Expired | -300 | NETEASE.COM INC ADR<br>NOV '06 @ 17 1/2 CALL<br>100 MULTIPLIER | | |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER NASD AND SIPC

# CyberTrader®
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

# Statement of Account

**Statement Period**
November 1, 2006 to November 30, 2006

RABINOVICH & ASSOCIATES LP

**Account Information**
Account Number: 19571959

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/21/06 | Margin | Expired | -100 | NETGEAR INC NOV '06 @ 22 1/2 PUT 100 MULTIPLIER | | |
| 11/21/06 | Margin | Received | | REDEEM: MM PORTFOLIO | | 7,749.95 |
| 11/21/06 | Margin | Expired | -250 | RENT-A-CENTER INC NOV '06 @ 25 PUT 100 MULTIPLIER | | |
| 11/21/06 | Margin | Expired | -50 | RUBY TUESDAY INC (GA) NOV '06 @ 25 PUT 100 MULTIPLIER | | |
| 11/21/06 | Margin | Mark to Market | | SHORT ACCT. MARK TO MARKET | | 206.38 |
| 11/21/06 | Margin | Expired | -300 | SYMANTEC CORP NOV '06 @ 22 1/2 CALL 100 MULTIPLIER | | |
| 11/21/06 | Margin | Expired | -100 | SYNAPTICS INC NOV '06 @ 22 1/2 PUT 100 MULTIPLIER | | |
| 11/21/06 | Margin | Expired | -125 | TALX CORP NOV '06 @ 22 1/2 PUT 100 MULTIPLIER | | |
| 11/21/06 | Margin | Expired | -200 | UNITED ONLINE INC NOV '06 @ 12 1/2 PUT 100 MULTIPLIER | | |
| 11/21/06 | Margin | Expired | -300 | YRC WORLDWIDE INC NOV '06 @ 45 CALL 100 MULTIPLIER | | |
| 11/22/06 | Margin | Sold | -100 | COLDWATER CREEK INC DEC '06 @ 35 PUT 100 MULTIPLIER | 6.7 | 66,887.99 |
| 11/22/06 | Margin | Bought | 2,000 | HANDHELD ENTERTAINMENT INC NBAAP | 6.03 | (12,069.95) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER NASD AND SIPC

Page 13 of 25

# CyberTrader®
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

## Statement of Account

**Statement Period**
November 1, 2006 to November 30, 2006

**RABINOVICH & ASSOCIATES LP**

**Account Information**
Account Number: 19571959

### Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/22/06 | Margin | Bought | 5,000 | HANDHELD ENTERTAINMENT INC NBJNC | 6.1 | (30,509.95) |
| 11/22/06 | Margin | Sold | -5,000 | HANDHELD ENTERTAINMENT INC NBJRU | 6.2316 | 31,147.07 |
| 11/22/06 | Margin | Bought | 3,000 | HANDHELD ENTERTAINMENT INC NBLOR | 6 | (18,009.95) |
| 11/22/06 | Margin | Sold | -5,000 | HANDHELD ENTERTAINMENT INC NBLAJ | 6.102 | 30,499.09 |
| 11/22/06 | Margin | Received | | REDEEM: MM PORTFOLIO | | 43,960.09 |
| 11/22/06 | Margin | Bought | 400 | RESEARCH IN MOTION LTD NBD9V CA7609751028 2407320 | 139.42 | (55,777.95) |
| 11/22/06 | Margin | Sold | -400 | RESEARCH IN MOTION LTD NBLRX CA7609751028 2407320 | 139.36 | 55,732.33 |
| 11/22/06 | Margin | Mark to Market | | SHORT ACCT. MARK TO MARKET | | 1,017.27 |
| 11/24/06 | Margin | Disbursed | | DEPOSIT: MM PORTFOLIO | | (67,905.26) |
| 11/28/06 | Margin | Bought | 5 | SIGMA DESIGNS INC DEC '06 @ 22 1/2 PUT 100 MULTIPLIER | 1.35 | (689.95) |
| 11/28/06 | Margin | Bought | 25 | SIGMA DESIGNS INC DEC '06 @ 22 1/2 PUT 100 MULTIPLIER | 1.4 | (3,534.95) |
| 11/29/06 | Margin | Received | | REDEEM: MM PORTFOLIO | | 3,214.21 |
| 11/29/06 | Margin | Bought | 25 | SYNOPSYS INC DEC '06 @ 25 PUT 100 MULTIPLIER | 2 | (5,034.95) |
| 11/29/06 | Margin | Bought | 25 | SYNOPSYS INC DEC '06 @ 25 PUT 100 MULTIPLIER | 2 | (5,034.95) |

**CyberTrader®**
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

# Statement of Account

RABINOVICH & ASSOCIATES LP

**Account Information**
Account Number: 19571959

**Statement Period**
November 1, 2006 to November 30, 2006

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/30/06 | Margin | Received | | REDEEM: MM PORTFOLIO | | 10,069.90 |
| 11/30/06 | Margin | Mark to Market | | SHORT ACCT. MARK TO MARKET | | 522.35 |
| **Total Margin Account Balance** | | | | | | **522.35** |

### Short Account

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | Short | | | OPENING BALANCE | | 0.00 |
| 11/03/06 | Short | Mark to Market | | SHORT ACCT. MARK TO MARKET | | (363.61) |
| 11/03/06 | Short | Sold | -900 | UNITED ONLINE INC NBEQU | 13.49 | 12,130.60 |
| 11/03/06 | Short | Sold | -1,000 | UNITED ONLINE INC NBIQ9 | 13.48949 | 13,489.02 |
| 11/03/06 | Short | Sold | -1,500 | UNITED ONLINE INC NBNIN | 13.49 | 20,234.35 |
| 11/03/06 | Short | Sold | -1,000 | UNITED ONLINE INC NBO1G | 13.49 | 13,479.59 |
| 11/03/06 | Short | Bought | 4,400 | UNITED ONLINE INC NBOF4 | 13.4 | (58,969.95) |
| 11/07/06 | Short | Mark to Market | | SHORT ACCT. MARK TO MARKET | | 214.97 |
| 11/07/06 | Short | Sold | -3,400 | UNITED ONLINE INC NBKG5 | 13.82 | 46,976.58 |
| 11/07/06 | Short | Sold | -1,600 | UNITED ONLINE INC NBJEJ | 13.83 | 22,117.35 |
| 11/07/06 | Short | Bought | 1,600 | UNITED ONLINE INC NBOCT | 13.86 | (22,176.00) |
| 11/07/06 | Short | Bought | 1,000 | UNITED ONLINE INC NBP56 | 13.85 | (13,859.95) |
| 11/07/06 | Short | Bought | 100 | UNITED ONLINE INC NBQPD | 13.85 | (1,385.00) |
| 11/07/06 | Short | Bought | 1,100 | UNITED ONLINE INC NBRXX | 13.86 | (15,255.95) |

**CyberTrader®**
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

# Statement of Account

**Account Information**
Account Number: 19571959

**Statement Period**
November 1, 2006 to November 30, 2006

RABINOVICH & ASSOCIATES LP

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/07/06 | Short | Bought | 1,200 | UNITED ONLINE INC NBVKZ | 13.86 | (16,632.00) |
| 11/10/06 | Short | Sold | -500 | NVIDIA CORP NB2HZ | 34.19 | 17,084.52 |
| 11/10/06 | Short | Sold | -1,500 | NVIDIA CORP NBB4W | 34.28 | 51,408.44 |
| 11/10/06 | Short | Sold | -1,000 | NVIDIA CORP NBC6F | 34.17 | 34,158.98 |
| 11/10/06 | Short | Sold | -500 | NVIDIA CORP NBBTK | 34.26 | 17,129.47 |
| 11/10/06 | Short | Sold | -500 | NVIDIA CORP NBC1D | 34 1/4 | 17,124.45 |
| 11/10/06 | Short | Sold | -1,000 | NVIDIA CORP NBEKD | 34.14 | 34,128.97 |
| 11/10/06 | Short | Sold | -500 | NVIDIA CORP NBECA | 34.28 | 17,129.51 |
| 11/10/06 | Short | Sold | -1,000 | NVIDIA CORP NBEXT | 34.2 | 34,189.00 |
| 11/10/06 | Short | Sold | -40 | NVIDIA CORP NBEPQ | 34.21 | 1,358.40 |
| 11/10/06 | Short | Sold | -500 | NVIDIA CORP NBFXS | 34.17 | 17,084.46 |
| 11/10/06 | Short | Sold | -682 | NVIDIA CORP NBG58 | 34.24 | 23,350.92 |
| 11/10/06 | Short | Sold | -1,000 | NVIDIA CORP NBGQZ | 34.28 | 34,278.90 |
| 11/10/06 | Short | Sold | -500 | NVIDIA CORP NBH6B | 34.26 | 17,119.52 |
| 11/10/06 | Short | Bought | 4,200 | NVIDIA CORP NBHID | 34.095 | (143,208.75) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.    • MEMBER NASD AND SIPC

# CyberTrader®
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

# Statement of Account

RABINOVICH & ASSOCIATES LP

**Account Information**
Account Number: 19571959

**Statement Period**
November 1, 2006 to November 30, 2006

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/10/06 | Short | Bought | 250 | NVIDIA CORP NBLBJ | 34.09 | (8,532.45) |
| 11/10/06 | Short | Bought | 4,250 | NVIDIA CORP NBM1N | 34.1 | (144,937.75) |
| 11/10/06 | Short | Sold | -1,000 | NVIDIA CORP NBMS5 | 34.27 | 34,258.97 |
| 11/10/06 | Short | Sold | -1,318 | NVIDIA CORP NBN10 | 34.26 | 45,153.23 |
| 11/10/06 | Short | Sold | -960 | NVIDIA CORP NBNL7 | 34.27 | 32,888.22 |
| 11/10/06 | Short | Bought | 3,800 | NVIDIA CORP NBPEB | 34.09 | (129,542.00) |
| 11/10/06 | Short | Mark to Market | | SHORT ACCT. MARK TO MARKET | | (1,625.01) |
| 11/13/06 | Short | Sold | -2,000 | NVIDIA CORP NBFXU | 36.08 | 72,157.78 |
| 11/13/06 | Short | Sold | -1,500 | NVIDIA CORP NBGYB | 35.85 | 53,773.32 |
| 11/13/06 | Short | Sold | -1,000 | NVIDIA CORP NBIJA | 36.07 | 36,058.93 |
| 11/13/06 | Short | Sold | -1,400 | NVIDIA CORP NBK7Q | 35.98 | 50,360.50 |
| 11/13/06 | Short | Bought | 1,750 | NVIDIA CORP NBMI9 | 35.9122857 | (62,848.01) |
| 11/13/06 | Short | Bought | 2,500 | NVIDIA CORP NBNW3 | 35.9128 | (89,782.00) |
| 11/13/06 | Short | Sold | -1,500 | NVIDIA CORP NBQGB | 35.84 | 53,748.31 |
| 11/13/06 | Short | Sold | -1,000 | NVIDIA CORP NBQH5 | 36.08 | 36,068.93 |
| 11/13/06 | Short | Sold | -1,500 | NVIDIA CORP NBRQ8 | 36.05 | 54,063.31 |

**CyberTrader®**
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

# Statement of Account

**Statement Period**
November 1, 2006 to November 30, 2006

RABINOVICH & ASSOCIATES LP

**Account Information**
Account Number: 19571959

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/13/06 | Short | Sold | -600 | NVIDIA CORP NBSIN | 35.93 | 21,547.37 |
| 11/13/06 | Short | Bought | 5,000 | NVIDIA CORP NBS5X | 36 | (180,009.95) |
| 11/13/06 | Short | Bought | 1,250 | NVIDIA CORP NBTQ5 | 35.9 | (44,884.95) |
| 11/13/06 | Short | Mark to Market | | SHORT ACCT. MARK TO MARKET | | (253.54) |
| 11/14/06 | Short | Sold | -1,500 | NVIDIA CORP NBJRN | 35.97 | 53,953.26 |
| 11/14/06 | Short | Sold | -1,500 | NVIDIA CORP NBPDB | 35.97 | 53,943.30 |
| 11/14/06 | Short | Bought | 100 | NVIDIA CORP NBRPQ | 35.82 | (3,582.00) |
| 11/14/06 | Short | Bought | 400 | NVIDIA CORP NBUX5 | 35.7725 | (14,309.00) |
| 11/14/06 | Short | Bought | 1,400 | NVIDIA CORP NCODL | 35.9 | (50,260.00) |
| 11/14/06 | Short | Bought | 1,100 | NVIDIA CORP NBTZ0 | 35.87 | (39,466.95) |
| 11/14/06 | Short | Mark to Market | | SHORT ACCT. MARK TO MARKET | | (278.61) |
| 11/21/06 | Short | Sold | -2,500 | NVIDIA CORP NBF2K | 36.57 | 91,412.15 |
| 11/21/06 | Short | Bought | 2,500 | NVIDIA CORP NBL8F | 36.42 | (91,059.95) |
| 11/21/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBFJW CA7609751028 2407320 | 137.35 | 68,662.91 |
| 11/21/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBFQ6 CA7609751028 2407320 | 137.45 | 68,712.94 |

Page 18 of 25

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.     • MEMBER NASD AND SIPC

# CyberTrader®
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX  78759
(512) 320-5444

## Statement of Account

**Statement Period**
November 1, 2006 to November 30, 2006

**Account Information**
Account Number: 19571959

RABINOVICH & ASSOCIATES LP

### Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/21/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBH00 CA7609751028 2407320 | 137.69 | 68,842.85 |
| 11/21/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBGNZ CA7609751028 2407320 | 137 1/2 | 68,747.87 |
| 11/21/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBHZF CA7609751028 2407320 | 137.42 | 68,697.94 |
| 11/21/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBI8M CA7609751028 2407320 | 137.37 | 68,672.91 |
| 11/21/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBIZT CA7609751028 2407320 | 137.87 | 68,922.91 |
| 11/21/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBJ6W CA7609751028 2407320 | 137.21 | 68,602.86 |
| 11/21/06 | Short | Sold | -1,000 | RESEARCH IN MOTION LTD NBJOV CA7609751028 2407320 | 137.12448 | 137,110.30 |
| 11/21/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBJMB CA7609751028 2407320 | 137.23 | 68,602.90 |
| 11/21/06 | Short | Bought | 500 | RESEARCH IN MOTION LTD NBL3V CA7609751028 2407320 | 136.45 | (68,234.95) |
| 11/21/06 | Short | Bought | 1,000 | RESEARCH IN MOTION LTD NBL4J CA7609751028 2407320 | 137.83 | (137,830.00) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER NASD AND SIPC