# CyberTrader®
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

## Statement of Account

**Account Information**

**Statement Period**
November 1,2006 to November 30,2006

RABINOVICH & ASSOCIATES LP

Account Number: 19571959

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/21/06 | Short | Bought | 500 | RESEARCH IN MOTION LTD NBLI9 CA7609751028 2407320 | 137.03 | (68,515.00) |
| 11/21/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBLUY CA7609751028 2407320 | 137.35 | 68,662.93 |
| 11/21/06 | Short | Bought | 1,000 | RESEARCH IN MOTION LTD NBMV8 CA7609751028 2407320 | 138 | (138,009.95) |
| 11/21/06 | Short | Bought | 1,000 | RESEARCH IN MOTION LTD NBNSY CA7609751028 2407320 | 137.87 | (137,870.00) |
| 11/21/06 | Short | Bought | 500 | RESEARCH IN MOTION LTD NBNFT CA7609751028 2407320 | 137 | (68,509.95) |
| 11/21/06 | Short | Bought | 500 | RESEARCH IN MOTION LTD NBOR5 CA7609751028 2407320 | 137.1 | (68,559.95) |
| 11/21/06 | Short | Bought | 500 | RESEARCH IN MOTION LTD NBORI CA7609751028 2407320 | 136.994 | (68,497.00) |
| 11/21/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBQJS CA7609751028 2407320 | 137.65 | 68,812.92 |
| 11/21/06 | Short | Bought | 600 | RESEARCH IN MOTION LTD NBR5C CA7609751028 2407320 | 136.8729833 | (82,133.74) |
| 11/21/06 | Short | Sold | -100 | RESEARCH IN MOTION LTD NBQT2 CA7609751028 2407320 | 137.05 | 13,694.62 |

# CyberTrader®
A Charles Schwab Company

**Member NASD/SIPC**
**12401 Research Blvd**
**Bldg 2, Suite 350**
**Austin, TX 78759**
**(512) 320-5444**

## Statement of Account

**Statement Period**
November 1,2006 to November 30,2006

**Account Information**
**Account Number:    19571959**

### RABINOVICH & ASSOCIATES LP

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/21/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBQT4 CA7609751028 2407320 | 137.4 | 68,687.93 |
| 11/21/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBRY9 CA7609751028 2407320 | 137.3 | 68,637.93 |
| 11/21/06 | Short | Bought | 500 | RESEARCH IN MOTION LTD NBTMY CA7609751028 2407320 | 136.39 | (68,195.00) |
| 11/21/06 | Short | Bought | 1,000 | RESEARCH IN MOTION LTD NBUCG CA7609751028 2407320 | 137.863 | (137,863.00) |
| 11/21/06 | Short | Mark to Market | | SHORT ACCT. MARK TO MARKET | | (206.38) |
| 11/22/06 | Short | Sold | -5,000 | HANDHELD ENTERTAINMENT INC NBCES | 6.01 | 30,039.11 |
| 11/22/06 | Short | Bought | 5,000 | HANDHELD ENTERTAINMENT INC NBM15 | 6.09 | (30,459.95) |
| 11/22/06 | Short | Sold | -500 | JO-ANN STORES INC. 1A82U | 20.622 | 10,300.73 |
| 11/22/06 | Short | Bought | 500 | JO-ANN STORES INC. 1A842 | 20.6 | (10,309.95) |
| 11/22/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NB903 CA7609751028 2407320 | 139.38 | 69,687.85 |
| 11/22/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NB9KL CA7609751028 2407320 | 139.31 | 69,642.90 |
| 11/22/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NB8L2 CA7609751028 2407320 | 139.516 | 69,745.90 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.    ● MEMBER NASD AND SIPC

# CyberTrader®
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

## Statement of Account

RABINOVICH & ASSOCIATES LP

**Account Information**
Account Number:    19571959

**Statement Period**
November 1,2006 to November 30,2006

### Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/22/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBAI1 CA7609751028 2407320 | 139.51 | 69,742.90 |
| 11/22/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBBKL CA7609751028 2407320 | 139 1/2 | 69,747.84 |
| 11/22/06 | Short | Sold | -100 | RESEARCH IN MOTION LTD NBCOU CA7609751028 2407320 | 139.3 | 13,919.62 |
| 11/22/06 | Short | Sold | -200 | RESEARCH IN MOTION LTD NBCNS CA7609751028 2407320 | 139.55 | 27,899.19 |
| 11/22/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBCLS CA7609751028 2407320 | 139.538 | 69,766.85 |
| 11/22/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBEON CA7609751028 2407320 | 139.34 | 69,667.85 |
| 11/22/06 | Short | Bought | 500 | RESEARCH IN MOTION LTD NBEFL CA7609751028 2407320 | 139.282 | (69,650.95) |
| 11/22/06 | Short | Bought | 500 | RESEARCH IN MOTION LTD NBE7M CA7609751028 2407320 | 138.99 | (69,495.00) |
| 11/22/06 | Short | Bought | 34 | RESEARCH IN MOTION LTD NBHM5 CA7609751028 2407320 | 138.9 | (4,732.55) |
| 11/22/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD NBIUT CA7609751028 2407320 | 139.52 | 69,757.85 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.    • MEMBER NASD AND SIPC

# CyberTrader®
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

## Statement of Account

**RABINOVICH & ASSOCIATES LP**

| Account Information | |
|---|---|
| Account Number: | 19571959 |

| Statement Period | |
|---|---|
| November 1,2006 to November 30,2006 | |

### Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/22/06 | Short | Bought | 500 | RESEARCH IN MOTION LTD NBK00 CA7609751028 2407320 | 139 | (69,500.00) |
| 11/22/06 | Short | Bought | 200 | RESEARCH IN MOTION LTD NBK8F CA7609751028 2407320 | 138.94535 | (27,799.02) |
| 11/22/06 | Short | Bought | 966 | RESEARCH IN MOTION LTD NBLU6 CA7609751028 2407320 | 139 | (134,274.00) |
| 11/22/06 | Short | Bought | 1,500 | RESEARCH IN MOTION LTD NBMI6 CA7609751028 2407320 | 139.17 | (208,764.95) |
| 11/22/06 | Short | Bought | 100 | RESEARCH IN MOTION LTD NBM7S CA7609751028 2407320 | 139.05 | (13,914.95) |
| 11/22/06 | Short | Mark to Market | | SHORT ACCT. MARK TO MARKET | | (1,017.27) |
| 11/30/06 | Short | Mark to Market | | SHORT ACCT. MARK TO MARKET | | (522.35) |
| **Total: Short Account Balance** | | | | | | **(522.35)** |

**Scudder MM Port**

| | | | | | | |
|---|---|---|---|---|---|---|
| | MoneyFund | | | OPENING BALANCE | | 109,610.33 |
| 11/03/06 | MoneyFund | Received | | DEPOSIT: MM PORTFOLIO | | 7,478.78 |
| 11/07/06 | MoneyFund | Disbursed | | REDEEM: MM PORTFOLIO | | (24,705.04) |
| 11/08/06 | MoneyFund | Disbursed | | REDEEM: MM PORTFOLIO | | (14,834.87) |
| 11/09/06 | MoneyFund | Disbursed | | REDEEM: MM PORTFOLIO | | (7,929.88) |
| 11/10/06 | MoneyFund | Received | | DEPOSIT: MM PORTFOLIO | | 44,299.25 |
| 11/13/06 | MoneyFund | Received | | DEPOSIT: MM PORTFOLIO | | 39,264.11 |
| 11/16/06 | MoneyFund | Disbursed | | REDEEM: MM PORTFOLIO | | (8,076.80) |
| 11/17/06 | MoneyFund | Disbursed | | REDEEM: MM PORTFOLIO | | (980.21) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER NASD AND SIPC

**CyberTrader**®
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

# Statement of Account

**Statement Period**
November 1, 2006 to November 30, 2006

**Account Information**
**Account Number:    19571959**

RABINOVICH & ASSOCIATES LP

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/20/06 | MoneyFund | Received | | DEPOSIT: MM PORTFOLIO | | 17,979.53 |
| 11/21/06 | MoneyFund | Disbursed | | REDEEM: MM PORTFOLIO | | (7,749.95) |
| 11/22/06 | MoneyFund | Disbursed | | REDEEM: MM PORTFOLIO | | (43,960.09) |
| 11/22/06 | MoneyFund | Disbursed | | REDEEM: SD MM PORTFOLIO | | (17,015.00) |
| 11/24/06 | MoneyFund | Received | | DEPOSIT: MM PORTFOLIO | | 67,905.26 |
| 11/27/06 | MoneyFund | Disbursed | | REDEEM SD MM PORTFOLIO | | (14,015.00) |
| 11/29/06 | MoneyFund | Disbursed | | REDEEM: MM PORTFOLIO | | (3,214.21) |
| 11/30/06 | MoneyFund | Money Fund Dividends | | 4.351% 11/01-11/30   128852 | | 460.90 |
| 11/30/06 | MoneyFund | Disbursed | | REDEEM: MM PORTFOLIO | | (10,069.90) |
| **Total: Scudder MM Port Balance** | | | | | | **134,447.21** |

## Trades Pending Settlement

| Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/30/06 | Short | Sold | -1,000 | SYNOPSYS INC<br>NBTJZ | 25.85 | 25,849.20 |
| 11/30/06 | Short | Sold | -1,000 | SYNOPSYS INC<br>NBV2L | 25.82 | 25,809.25 |
| 11/30/06 | Short | Sold | -1,000 | SYNOPSYS INC<br>NBVPQ | 25.86 | 25,859.20 |
| 11/30/06 | Short | Bought | 3,000 | SYNOPSYS INC<br>NB2VV | 25 3/4 | (77,253.00) |
| 11/30/06 | Short | Sold | -1,000 | SYNOPSYS INC<br>NC2KG | 25.83 | 25,829.20 |
| 11/30/06 | Short | Sold | -1,000 | SYNOPSYS INC<br>NC2QU | 25.86 | 25,859.20 |
| 11/30/06 | Short | Sold | -1,000 | SYNOPSYS INC<br>NC3NT | 25.84 | 25,829.25 |
| 11/30/06 | Short | Bought | 3,000 | SYNOPSYS INC<br>NC4UM | 25 3/4 | (77,259.95) |

# CyberTrader®
A Charles Schwab Company

**Member NASD/SIPC**
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

## Statement of Account

**Statement Period**
November 1,2006 to November 30,2006

**RABINOVICH & ASSOCIATES LP**

**Account Information**

Account Number:    19571959

Settled Trades Summary:

| | | |
|---|---|---|
| TOTAL PURCHASED (USD): | 4,695,068.04 | TOTAL SHARES PURCHASED: | 113,420.00 |
| TOTAL SOLD (USD): | 4,672,474.02 | TOTAL SHARES SOLD: | 111,800.00 |

SIPC does not cover commodity contracts and options on futures.

DPP and REIT securities are generally illiquid and the estimated value of these securities may not be realized upon liquidation of the security. The value of the security will differ from the purchase price. In the event valuations are provided, they will be based upon estimated values obtained from the issuer's annual report. However, in some cases accurate valuation information is not available and will not be provided.

NASD has filed with the SEC a proposed rule change to amend NASD Rule 2340 to require that account statements include a statement that advises each customer to promptly report any inaccuracy or discrepancy in that person's account to his or her brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing. http://www.nasd.com/stellent/groups/rules_regs/documents/rule_filing/nasdw_011958.pdf

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day your payment is received, and you will not receive your check back from your financial institution. Please contact your broker if you have questions about electronic check collection or do not want your payments collected electronically.

Pursuant to SEC Rule 606, Penson Financial Services, Inc. is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance * Division of S3 Matching Technologies * to disclose all required information pertaining to this rule. ftp://public.s3.com/11ac1-6/pfsi

THE NASD REQUIRES THAT WE NOTIFY YOU IN WRITING OF THE AVAILABILITY OF AN INVESTOR BROCHURE THAT INCLUDES INFORMATION DESCRIBING THE NASD'S PUBLIC DISCLOSURE PROGRAM (PROGRAM). TO OBTAIN A BROCHURE OR MORE INFORMATION ABOUT THE PROGRAM OR NASD, CONTACT THE NASD PROGRAM HOTLINE AT (800) 289-9999 OR ACCESS THE NASD WEB SITE AT www.nasdbrokercheck.com

* End of Statement *

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.    ● MEMBER NASD AND SIPC

# CyberTrader®
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

# Statement of Account

RABINOVICH & ASSOCIATES LP
2250 E 4TH ST
APT 2C
BROOKLYN NY 11223-4808

**Account Information**

| | |
|---|---|
| Account Number: | 19571959 |
| Financial Advisor #: | CY00 |

**Your Financial Advisor**
CYBERTRADER, INC. HOUSE REP
(512) 320-5444

**Statement Period**
December 1,2006 to December 31,2006

**Office Serving You**
12401 Research Blvd, Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

## Account Value

| Asset Category | Current Value 12/31/06 | Prior Value 11/30/06 | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|
| Cash Account Balance | 0.00 | 3.33 | | | |
| Margin Account Balance | 0.00 | 522.35 | | | |
| Money Fund Balance | 84,149.16 | 134,447.21 | 98.83% | 3,682.37 | 4.38% |
| Options, Rights, Warrants | 1,000.00 | 2,375.00 | 1.17% | | |
| **Total: Portfolio Values** | **85,149.16** | **137,347.89** | **100.00%** | **3,682.37** | **4.32%** |
| Less: Margin Loan Balance | 0.00 | 0.00 | | | |
| **Total Account Value** | **85,149.16** | **137,347.89** | **100.00%** | **3,682.37** | **4.32%** |
| Short Account Balance | 11,032.00 | (522.35) | 12.96% | | |

## Asset Allocation



CASH + MNYMKT
98.96%

Items less than 2% are not reflected on this pie chart.

## Income Summary

| | This Period | Year to Date |
|---|---|---|
| Credit Interest | 0.00 | 20.91 |
| Money Fund Dividends | 399.50 | 3,537.67 |
| Margin Interest | 0.00 | (170.96) |
| **Total: Income** | **399.50** | **3,387.62** |

The Account of the Customer is subject to the following terms and conditions ("Agreement") which the Customer agrees to, and accepts by use, maintenance and/or continuation of the Account notwithstanding any notice or statement of intention to You to the contrary.

1. **Definitions.** "Account" shall refer individually and collectively to all accounts which the Customer has previously opened, now has open or may open in the future, in which the Customer has any interest, with You or any Introducing Broker, and/or any of its agents. "You" and "Your" refers to the Customer's principal or the partners that carry on the business as the same now exists or hereafter may be constituted, and to any successors, whether or not in the business of the Customer, which transactions are cleared through You, whether one or more. "Obligations" means all indebtedness, debt balances, liabilities or other obligations of any kind of the Customer to You, whether now existing or hereafter arising. The securities and other property of every kind and nature and all other rights relating thereto, whether for present or future delivery, "You" or "Your" refers to Penson Financial Services, Inc.

2. **Payment of Indebtedness Upon Demand.** The Customer shall at all times be liable for the payment upon demand of any Obligations owing from the Customer to You, and Customer shall be liable to You for any deficiency remaining in any Account in the event of the liquidation thereof, in whole or in part, by You, the Introducing Broker, or by the Customer, and the Customer shall pay such Obligations upon demand.

3. **Security Interest; Liquidation.** All Securities or other property now or hereafter held, carried or maintained by You in or for the Account shall be subject to a first and prior lien and security interest for the discharge of all of the Obligations of the Customer and are to be held by You as security for the payment of the Obligations of the Customer to You, to the fullest extent permitted by law and without any prior notice to the Customer. In enforcing its lien, You shall have the right to determine the Account of the Customer or other Property purchased for the Account of the Customer, or deliver any Securities or other Property sold for such Account, or if any other Obligations of the Customer to You are unpaid, You are authorized (a) until payment or delivery is made in full, to pledge, repledge, hypothecate or rehypothecate, without notice, any and all Securities or other Property which You may hold for the Customer (either individually or jointly with others); (c) to sell any or all Securities or other Property which You may hold for the Customer (either individually or jointly with others); You may or all Securities or other Property which You may hold for the Customer (either individually or jointly with others), or which may be due thereon, or for the sum then due or for a greater or lesser sum and without retaining in our possession and control for delivery a like amount of similar Securities or other Property. The sale of any Securities or other Property may be made at Your discretion on any exchange, the over-the-counter market or other market where such business is usually transacted, or at public auction or private sale, and Your affiliates or the Introducing Broker or its affiliates may be the purchaser or seller for any such person's own Account. You may, without notice, to cancel any outstanding order, to close out the Account of the Customer, in whole or in part, or to close out any commitment made on behalf of the Customer.

4. **Lending Agreement; Margin or Short Accounts.** With respect to any margin or short Account maintained by the Customer, the Customer is authorized to lend to yourself, as principal of otherwise, or to others, any Securities or other Property held by You on margin for any Account or as collateral therefor, either separately or with other securities. The Customer will at all times maintain such Securities or other Property in the Account of the Customer for margin and maintenance purposes as required by You in Your sole discretion, on demand, in accordance with Your general policies regarding margin and maintenance requirements, as such may be modified from time to time, or at other times as You may require, and will be charged, in accordance with Your usual custom, with interest on all outstanding balances. With respect to margin transactions permitted by the laws of the State of Texas. With respect to any margin or short Account of the Customer, You shall have the right at any time and from time to time, in accordance with Your general policies regarding Your margin or maintenance requirements, if You in Your sole discretion consider it necessary for Your protection, to require additional collateral or the liquidation of any Securities or other Property, and the time or at an earlier point in time than called for by said general policies, in the event that You shall deem it desirable for Your protection, You may, for any reason in Your sole discretion: (b) to sell any or all Securities or other Property which You may hold for the Customer (either individually or jointly with others); (b) to sell any or all Securities or other Property in the Account of the Customer (either individually or jointly with others); (c) to buy any or all Securities or other Property which may be short in the such Account, including contracts for, and other commodities, all without advance notice to the Customer of such purchase, sale, or margin or additional margin, notice of sale or purchase or other notice or advertisement, and that any notice or demand by notice shall not be a waiver of Your rights provided herein. You shall have the discretion to determine which Securities or other Property are to be sold and which contracts are to be closed. Any such sales or purchases may be made at Your discretion on any exchange, the over-the-counter market or other market where such business is usually transacted, or at public auction or private sale, and You, Your affiliates or the Introducing Broker or its affiliates may be the purchaser or seller for any such person's own Account.

5. **Account Carried as Clearing Broker.** The Customer understands that You are carrying the Account of the Customer as clearing broker by arrangement with the Customer's Introducing Broker through whose courtesy the Account of the Customer has been introduced to You. The Customer understands that You act as custodian for funds and securities deposited with You, through the Customer's Introducing Broker, or as a result of transactions You may process for the Customer's Account. Your responsibilities, as Clearing Broker, shall be directed to the Customer's Introducing Broker. If Customer is unable to reach the Introducing Broker, Customer should speak with the Introducing Broker. The Customer may contact Penson at 1700 Pacific Avenue, Suite 1400, Dallas, TX 75201, (214) 765-1100, and speak with the Compliance Department. The Customer understands that the Introducing Broker and You, is responsible for compliance with all applicable laws and regulations in connection with the Customer's Account and therefore, except for the purposes of written notice to the contrary, You may accept and rely upon instructions from the Introducing Broker. The Customer understands that You, the officers and other agents, without any inquiry or investigation by You; (a) orders for the purchase or sale in the Customer's Account of Securities or other Property; and (b) any other instructions concerning the Customer's Account. The Customer understands that You act only to clear trades introduced by the Customer's Introducing Broker and to effect other

5. (continued)
back office functions for the Customer's Introducing Broker. You and the Customer agrees to any advice concerning the Customer's Account solely on the Customer's Introducing Broker. The Customer understands that You act solely as a principal of the partner and not as the agent of any introducing Broker or its representatives, employees or other agents. The Customer understands that You shall not be responsible or liable for any acts or omissions of the Introducing Broker or its representatives, employees or other agents.

THE FOLLOWING ARBITRATION AGREEMENT SHOULD BE READ IN CONJUNCTION WITH THESE DISCLOSURES:

a. **ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH A CLAIM IS FILED.**

b. **ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.**

c. **THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS.**

d. **THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.**

e. **THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.**

f. **THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.**

g. **THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIM IS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.**

6. **ARBITRATION AGREEMENT. ANY AND ALL CONTROVERSIES, DISPUTES OR CLAIMS BETWEEN THE UNDERSIGNED AND YOU, OR THE INTRODUCING BROKER, OR THE AGENTS, REPRESENTATIVES, EMPLOYEES, DIRECTORS, OFFICERS OR CONTROL PERSONS OF YOU OR THE INTRODUCING BROKER, ARISING OUT OF, IN CONNECTION WITH, FROM OR CONCERNING THE RELATIONSHIP IN ANY WAY, OR ANY ACCOUNT OR ANY RELATED AGREEMENTS(S), OR ANY TERM OF ANY SUCH AGREEMENT, OR THE VALIDITY OF THIS AGREEMENT OR ANY RELATED AGREEMENTS, THE RELATIONSHIP OF THE PARTIES TO OR THE CONTENTS OF THE INTRODUCING BROKER'S BUSINESS OR THE INTRODUCING BROKER'S ACCOUNTS, SHALL BE CONDUCTED PURSUANT TO THE CODE OF ARBITRATION PROCEDURE OF THE NASD. ARBITRATION MUST BE COMMENCED BY SERVICE OF A WRITTEN DEMAND FOR ARBITRATION OR A WRITTEN NOTICE OF INTENTION TO ARBITRATE. THE DECISION AND AWARD OF THE ARBITRATORS SHALL BE CONCLUSIVE AND BINDING AND JUDGMENT UPON ANY AWARD RENDERED MAY BE ENTERED IN A COURT HAVING JURISDICTION THEREOF, AND NEITHER PARTY SHALL OPPOSE SUCH ENTRY.**

No person shall bring a putative or certified class action to arbitration, nor seek to enforce any pre-dispute arbitration agreement against any person who has initiated in court a putative class action; or who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until: (i) the class certification is denied; or (ii) the class is de-certified; or (ii) the customer is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein.

7. **Other Agreements; Option Transactions, Charges.** The Customer agrees to be bound by the terms of Your Customer Account Agreement. If the Customer trades on margin or has short positions, the Customer agrees to be bound by the terms of Your Customer Margin and Short Account Agreement. If the Customer trades in options, the Customer agrees to be bound by the terms of Your Customer Option Agreement. If this is a joint Account, the Customer agrees to be bound by the terms of Your Joint Account Agreement. The Customer understands that copies of these agreements are available from You and, to the extent applicable, are incorporated by reference herein. The terms of these other agreements are in addition to the provisions of any other agreement and any other applicable written agreements between You and the Customer. You may charge the Customer Account maintenance fees, security transfer fees, or other charges or fees as agreed between You and the Customer's Introducing Broker or as independently established by You.

8. **Option Account.** Assignment notices for option contracts are allocated among client short positions pursuant to a manual procedure which randomly selects from all client short option positions, including positions which are subject to exercise. All short positions that are subject to exercise on the date of assignment, those contracts which are subject to exercise. The writer of an American-style option is subject to being assigned an exercise at any time after he has written the option expires. By contrast, the writer of a European-style option is subject to exercise assignment only during the exercise period. A more detailed description of Your random allocation procedure is available upon request. The Customer understands that upon the receipt of an exercise, if applicable, the Customer must promptly notify the Introducing Broker of any change in the Customer's objectives or financial situation. Individual options commissions and other related charges have been included in the Customer's Confirmation; however, a summary of this information will be made available to the Customer upon request. The Customer must promptly advise the Introducing Broker of any material change in the customer's investment objectives or financial situation.

9. **Miscellaneous.** Your financial statement is available for personal inspection or will be mailed on the Customer's request. The headings of each section of this Agreement are descriptive only and do not modify or qualify any provision of this Agreement. Except as provided in this Agreement, no provision of this Agreement may be altered, amended or modified unless in writing signed by Your authorized representative. This Agreement and all provisions shall inure to the benefit of You and Your successors, Your assigns, the Customer's Introducing Broker, and all other persons specified in Paragraph 6 above. With respect to any service provided by You by reference in this Agreement, such funds are not segregated and may be used in Your business, subject to the limitations of 17 CFR Section 15c3-3 and any of the applicable provisions thereof. The Customer may receive these funds in the normal course of business following demand to You. You shall not be liable for losses caused directly or indirectly by any events beyond Your reasonable control. The costs and expenses of collection of debit balances and any unpaid deficiency in the Account of the Customer, including but not limited to reasonable attorneys' fees and expenses, incurred and payable or paid by You shall be payable to You by the Customer. The estimated annual yield, estimated current yield, and market value calculations are estimates only, and have been obtained or prepared from sources You consider to be reliable, but You make no assurance as to their accuracy.

# Statement of Account

**CyberTrader®**
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

RABINOVICH & ASSOCIATES LP

**Account Information**
Account Number: 19571959

**Statement Period**
December 1,2006 to December 31,2006

## Portfolio Positions

| Cash & Equivalents | Symbol/ Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| Cash | | Cash | | | 0.00 | | | |
| Money Market Fund | | MoneyFund | | 1.00 | 84,149.16 | 98.83% | 3,682.37 | 4.38% |
| **Total: Cash & Equivalents** | | | | | **84,149.16** | **98.83%** | **3,682.37** | **4.38%** |
| **Options** | | | | | | | | |
| ACCENTURE LTD JAN '07 @ 35 PUT 100 MULTIPLIER | ACN MG | Margin | 100 | .1 | 1,000.00 | 1.17% | | |
| **Total: Options** | | | | | **1,000.00** | **1.17%** | | |
| **Total: Portfolio Values** | | | | | **85,149.16** | **100.00** | **3,682.37** | **4.32%** |
| Less: Margin Loan Balance | | Margin | | | 0.00 | | | |
| **Total: Account Net Assets/Equity** | | | | | **85,149.16** | **100.00** | **3,682.37** | **4.32%** |
| Short Account Balance | | Short | | | 11,032.00 | 12.96% | | |
| **Short Account Equity** | | | | | **11,032.00** | **12.96%** | | |

*Account value and totals are based only on priced securities. We may be unable to price all securities in your account. For municipal securities and some other fixed income securities, prices are approximate (not actual market bids) and are provided only as a general guide. They do not necessarily reflect actual market prices. For current prices, please contact your financial consultant.*

# CyberTrader®
A Charles Schwab Company

**Member NASD/SIPC**
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

## Statement of Account

**Account Information**
Account Number:    19571959

**Statement Period**
December 1, 2006 to December 31, 2006

RABINOVICH & ASSOCIATES LP

### Account Activity

**Cash Account**

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | Cash | | | OPENING BALANCE | | 3.33 |
| 12/01/06 | Cash | Disbursed | | DEPOSIT: MM PORTFOLIO | | (3.33) |
| 12/06/06 | Cash | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 12/06/06 | Cash | Received | | REDEEM SD MM PORTFOLIO | | 7,015.00 |
| 12/06/06 | Cash | Journal | | WIRE TRANSFER | | (7,000.00) |

**Total: Cash Account Balance**   0.00

**Margin Account**

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | Margin | | | OPENING BALANCE | | 522.35 |
| 12/05/06 | Margin | Bought | 10 | COPART INC<br>DEC '06 @ 30 PUT<br>100 MULTIPLIER | .6 | (619.95) |
| 12/05/06 | Margin | Bought | 100 | COPART INC<br>DEC '06 @ 30 PUT<br>100 MULTIPLIER | .7 | (7,109.95) |
| 12/05/06 | Margin | Bought | 15 | COPART INC<br>DEC '06 @ 30 PUT<br>100 MULTIPLIER | .7 | (1,074.95) |
| 12/05/06 | Margin | Bought | 100 | PHOTRONICS INC<br>DEC '06 @ 15 PUT<br>100 MULTIPLIER | .35 | (3,609.95) |
| 12/06/06 | Margin | Sold | -105 | COPART INC<br>DEC '06 @ 30 PUT<br>100 MULTIPLIER | 1.05 | 10,909.71 |
| 12/06/06 | Margin | Sold | -20 | COPART INC<br>DEC '06 @ 30 PUT<br>100 MULTIPLIER | .95 | 1,869.99 |
| 12/06/06 | Margin | Sold | -60 | PHOTRONICS INC<br>DEC '06 @ 15 PUT<br>100 MULTIPLIER | .2 | 1,130.01 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER NASD AND SIPC

# CyberTrader®
## A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

## Statement of Account

**Statement Period**
December 1,2006 to December 31,2006

RABINOVICH & ASSOCIATES LP

**Account Information**
**Account Number:**  19571959

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 12/06/06 | Margin | Sold | -40 | PHOTRONICS INC DEC '06 @ 15 PUT 100 MULTIPLIER | .15 | 550.03 |
| 12/06/06 | Margin | Received | | REDEEM: MM PORTFOLIO | | 11,892.45 |
| 12/07/06 | Margin | Disbursed | | DEPOSIT: MM PORTFOLIO | | (14,458.74) |
| 12/11/06 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 12/11/06 | Margin | Received | | REDEEM SID MM PORTFOLIO | | 18,015.00 |
| 12/11/06 | Margin | Journal | | WIRE TRANSFER | | (18,000.00) |
| 12/14/06 | Margin | Bought | 30 | ADOBE SYSTEMS INC (DE) DEC '06 @ 42 1/2 CALL 100 MULTIPLIER | .4 | (1,239.95) |
| 12/14/06 | Margin | Bought | 50 | ADOBE SYSTEMS INC (DE) DEC '06 @ 42 1/2 CALL 100 MULTIPLIER | .45 | (2,309.95) |
| 12/14/06 | Margin | Sold | -80 | ADOBE SYSTEMS INC (DE) DEC '06 @ 42 1/2 CALL 100 MULTIPLIER | .65 | 5,109.89 |
| 12/15/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD NBNLQ CA7609751028 2407320 | 136 | (68,009.95) |
| 12/15/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD NBOA7 CA7609751028 2407320 | 135.944 | (67,972.00) |
| 12/15/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD NBNZH CA7609751028 2407320 | 135.95 | (67,975.00) |
| 12/15/06 | Margin | Bought | 300 | RESEARCH IN MOTION LTD NBP87 CA7609751028 2407320 | 135.79 | (40,746.95) |
| 12/15/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD NBPF0 CA7609751028 2407320 | 135.95 | (67,984.95) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER NASD AND SIPC

# Statement of Account

**CyberTrader®**
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

**Account Information**

**Statement Period**
December 1,2006 to December 31,2006

RABINOVICH & ASSOCIATES LP

Account Number: 19571959

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 12/15/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD NBQB9 CA7609751028 2407320 | 135.95 | (67,975.00) |
| 12/15/06 | Margin | Bought | 100 | RESEARCH IN MOTION LTD NBQEE CA7609751028 2407320 | 135.78 | (13,578.00) |
| 12/15/06 | Margin | Sold | -900 | RESEARCH IN MOTION LTD NBW50 CA7609751028 2407320 | 136.228889 | 122,602.22 |
| 12/15/06 | Margin | Sold | -500 | RESEARCH IN MOTION LTD NBWOF CA7609751028 2407320 | 136.2 | 68,087.95 |
| 12/15/06 | Margin | Sold | -1,000 | RESEARCH IN MOTION LTD NBX6Q CA7609751028 2407320 | 136.205 | 136,200.80 |
| 12/15/06 | Margin | Sold | -500 | RESEARCH IN MOTION LTD NBXXM CA7609751028 2407320 | 136.2 | 68,097.90 |
| 12/15/06 | Margin | Mark to Market | | SHORT ACCT. MARK TO MARKET | | (768.22) |
| 12/18/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD NBK6Z CA7609751028 2407320 | 135.83 | (67,924.95) |
| 12/18/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD NBEGD CA7609751028 2407320 | 135.8 | (67,900.00) |
| 12/18/06 | Margin | Sold | -500 | RESEARCH IN MOTION LTD NBN5D CA7609751028 2407320 | 135.692 | 67,843.90 |
| 12/18/06 | Margin | Sold | -500 | RESEARCH IN MOTION LTD NBQ1C CA7609751028 2407320 | 135.61 | 67,792.95 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER NASD AND SIPC

# CyberTrader®
## A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

## Statement of Account

**Account Information**

| Account Number: | 19571959 |
|---|---|

**Statement Period**

December 1, 2006 to December 31, 2006

RABINOVICH & ASSOCIATES LP

*Account Activity*

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 12/18/06 | Margin | Mark to Market | | SHORT ACCT. MARK TO MARKET | | 2,736.63 |
| 12/19/06 | Margin | Disbursed | | DEPOSIT: MM PORTFOLIO | | (3,529.40) |
| 12/19/06 | Margin | Expired | -90 | JO-ANN STORES INC. DEC '06 @ 17 1/2 PUT 100 MULTIPLIER | | |
| 12/19/06 | Margin | Received | | REDEEM SD MM PORTFOLIO | | 460.00 |
| 12/19/06 | Margin | Bought | 300 | RESEARCH IN MOTION LTD NBIL5 CA7609751028 2407320 | 132.67 | (39,810.95) |
| 12/19/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD NBJU CA7609751028 2407320 | 132.8 | (66,409.95) |
| 12/19/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD NBIZV CA7609751028 2407320 | 132.7 | (66,350.00) |
| 12/19/06 | Margin | Sold | -500 | RESEARCH IN MOTION LTD NBLMI CA7609751028 2407320 | 133.17 | 66,572.99 |
| 12/19/06 | Margin | Bought | 200 | RESEARCH IN MOTION LTD NBOFC CA7609751028 2407320 | 132 3/4 | (26,550.00) |
| 12/19/06 | Margin | Sold | -500 | RESEARCH IN MOTION LTD NBPMB CA7609751028 2407320 | 132.8 | 66,397.96 |
| 12/19/06 | Margin | Sold | -500 | RESEARCH IN MOTION LTD NBPOJ CA7609751028 2407320 | 132.87 | 66,423.01 |
| 12/19/06 | Margin | Expired | -30 | SIGMA DESIGNS INC DEC '06 @ 22 1/2 PUT 100 MULTIPLIER | | |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC. • MEMBER NASD AND SIPC

# CyberTrader®
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

# Statement of Account

| | Statement Period |
| --- | --- |
| | December 1,2006 to December 31,2006 |

**Account Information**

Account Number: 19571959

RABINOVICH & ASSOCIATES LP

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 12/19/06 | Margin | Expired | -50 | SYNOPSYS INC DEC '06 @ 25 PUT 100 MULTIPLIER | | (10,609.95) |
| 12/20/06 | Margin | Bought | 100 | ACCENTURE LTD JAN '07 @ 35 PUT 100 MULTIPLIER | 1.05 | (43,389.95) |
| 12/20/06 | Margin | Bought | 1,000 | SANDISK CORPORATION NB9YL | 43.38 | (86,809.95) |
| 12/20/06 | Margin | Bought | 2,000 | SANDISK CORPORATION NBATB | 43.4 | (43,409.95) |
| 12/20/06 | Margin | Bought | 1,000 | SANDISK CORPORATION NBBTR | 43.4 | (43,380.00) |
| 12/20/06 | Margin | Bought | 1,000 | SANDISK CORPORATION NBC3C | 43.38 | (43,389.95) |
| 12/20/06 | Margin | Bought | 1,000 | SANDISK CORPORATION NBD0U | 43.38 | 86,874.31 |
| 12/20/06 | Margin | Sold | -2,000 | SANDISK CORPORATION NBEPN | 43.44 | 86,917.27 |
| 12/20/06 | Margin | Sold | -2,000 | SANDISK CORPORATION NBD7V | 43.46 | (86,800.00) |
| 12/20/06 | Margin | Bought | 2,000 | SANDISK CORPORATION NBHEF | 43.4 | (43,389.95) |
| 12/20/06 | Margin | Bought | 1,000 | SANDISK CORPORATION NBH20 | 43.38 | 86,887.31 |
| 12/20/06 | Margin | Sold | -2,000 | SANDISK CORPORATION NBIBY | 43.45 | 130,186.02 |
| 12/20/06 | Margin | Sold | -3,000 | SANDISK CORPORATION NBJEU | 43.4 | |
| 12/20/06 | Margin | Mark to Market | | SHORT ACCT. MARK TO MARKET | | (1,288.64) |
| 12/20/06 | Margin | Bought | 200 | SIGA TECHNOLOGIES INC 1A5F8 | 4 1/2 | (909.95) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER NASD AND SIPC

# Statement of Account

**CyberTrader** ®
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

| | Account Information | |
|---|---|---|
| RABINOVICH & ASSOCIATES LP | Account Number: | 19571959 |

**Statement Period**
December 1,2006 to December 31,2006

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 12/20/06 | Margin | Bought | 5,000 | SIGA TECHNOLOGIES INC NB9S9 | 3.6878 | (18,454.00) |
| 12/20/06 | Margin | Bought | 5,000 | SIGA TECHNOLOGIES INC NBBUF | 3.7 | (18,509.95) |
| 12/20/06 | Margin | Sold | -5,000 | SIGA TECHNOLOGIES INC NBF9X | 3.88 | 19,389.45 |
| 12/20/06 | Margin | Sold | -200 | SIGA TECHNOLOGIES INC 1ACB6 | 4.66 | 922.02 |
| 12/20/06 | Margin | Sold | -5,000 | SIGA TECHNOLOGIES INC NBFQ7 | 3.8702 | 19,335.37 |
| 12/21/06 | Margin | Received | | REDEEM: MM PORTFOLIO | | 10,879.67 |
| 12/22/06 | Margin | Disbursed | | DEPOSIT: MM PORTFOLIO | | (273.06) |
| 12/22/06 | Margin | Bought | 100 | RESEARCH IN MOTION LTD R3225 CA7609751028 2407320 | 132.35 | (13,235.00) |
| 12/22/06 | Margin | Bought | 100 | RESEARCH IN MOTION LTD R3235 CA7609751028 2407320 | 134.21 | (13,421.00) |
| 12/22/06 | Margin | Bought | 100 | RESEARCH IN MOTION LTD R3251 CA7609751028 2407320 | 131.97 | (13,197.00) |
| 12/22/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD NAVFI CA7609751028 2407320 | 133 3/4 | (66,875.00) |
| 12/22/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD NAVXI CA7609751028 2407320 | 131.96 | (65,980.00) |
| 12/22/06 | Margin | Sold | -600 | RESEARCH IN MOTION LTD R3307 CA7609751028 2407320 | 132 1/4 | 79,347.56 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER NASD AND SIPC

# Statement of Account

**CyberTrader** ®
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

**Account Information**

| | |
|---|---|
| **Statement Period** | December 1,2006 to December 31,2006 |
| **Account Number:** | 19571959 |

**RABINOVICH & ASSOCIATES LP**

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 12/22/06 | Margin | Bought | 300 | RESEARCH IN MOTION LTD 1A4P4 CA7609751028 2407320 | 135 | (40,500.00) |
| 12/22/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD R3347 CA7609751028 2407320 | 134.48994 | (67,244.97) |
| 12/22/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD NAWHB CA7609751028 2407320 | 135 | (67,500.00) |
| 12/22/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD 1A5EZ CA7609751028 2407320 | 131.62 | (65,810.00) |
| 12/22/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD NAWPH CA7609751028 2407320 | 131.84 | (65,929.95) |
| 12/22/06 | Margin | Sold | -100 | RESEARCH IN MOTION LTD 1A5WJ CA7609751028 2407320 | 132.23 | 13,222.59 |
| 12/22/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD NAYAW CA7609751028 2407320 | 132.11 | (66,055.00) |
| 12/22/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD 1A6YL CA7609751028 2407320 | 134.9 | (67,450.00) |
| 12/22/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD NAYZB CA7609751028 2407320 | 133.812 | (66,906.00) |
| 12/22/06 | Margin | Bought | 100 | RESEARCH IN MOTION LTD NAY8Y CA7609751028 2407320 | 133.54 | (13,363.95) |

# Statement of Account

**CyberTrader** ®
A Charles Schwab Company

**Member NASD/SIPC**
**12401 Research Blvd**
**Bldg 2, Suite 350**
**Austin, TX 78759**
**(512) 320-5444**

**Account Information**

**Statement Period**
December 1,2006 to December 31,2006

RABINOVICH & ASSOCIATES LP

Account Number:  · 19571959

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 12/22/06 | Margin | Sold | -500 | RESEARCH IN MOTION LTD<br>NAZ86<br>CA7609751028 2407320 | 135.29 | 67,642.92 |
| 12/22/06 | Margin | Sold | -500 | RESEARCH IN MOTION LTD<br>NAZL3<br>CA7609751028 2407320 | 135.06 | 67,517.95 |
| 12/22/06 | Margin | Sold | -100 | RESEARCH IN MOTION LTD<br>1A7NF<br>CA7609751028 2407320 | 132.95 | 13,294.59 |
| 12/22/06 | Margin | Sold | -201 | RESEARCH IN MOTION LTD<br>NAZD1<br>CA7609751028 2407320 | 132 1/2 | 26,621.72 |
| 12/22/06 | Margin | Sold | -600 | RESEARCH IN MOTION LTD<br>NAZSL<br>CA7609751028 2407320 | 132.95  · | 79,767.54 |
| 12/22/06 | Margin | Bought | 200 | RESEARCH IN MOTION LTD<br>NAYPS<br>CA7609751028 2407320 | 132.34 | (26,477.95) |
| 12/22/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD<br>NB04L<br>CA7609751028 2407320 | 136.36 | (68,180.00) |
| 12/22/06 | Margin | Bought | 200 | RESEARCH IN MOTION LTD<br>1A8AA<br>CA7609751028 2407320 | 132.34 | (26,468.00) |
| 12/22/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD<br>NB020<br>CA7609751028 2407320 | 132.22 | (66,119.95) |
| 12/22/06 | Margin | Sold | -500 | RESEARCH IN MOTION LTD<br>NB0O8<br>CA7609751028 2407320 | 135.29 | 67,632.95 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER NASD AND SIPC

# Statement of Account

**CyberTrader**®
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

**Statement Period**
December 1,2006 to December 31,2006

**Account Information**

**RABINOVICH & ASSOCIATES LP**

Account Number: 19571959

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 12/22/06 | Margin | Sold | -100 | RESEARCH IN MOTION LTD<br>R3790<br>CA7609751028 2407320 | 132.22 | 13,221.59 |
| 12/22/06 | Margin | Sold | -500 | RESEARCH IN MOTION LTD<br>NB08C<br>CA7609751028 2407320 | 135.1 | 67,547.92 |
| 12/22/06 | Margin | Sold | -200 | RESEARCH IN MOTION LTD<br>NB0VU<br>CA7609751028 2407320 | 133.025 | 26,594.23 |
| 12/22/06 | Margin | Sold | -1,799 | RESEARCH IN MOTION LTD<br>1A9FK<br>CA7609751028 2407320 | 132.21 | 237,838.45 |
| 12/22/06 | Margin | Sold | -500 | RESEARCH IN MOTION LTD<br>NB1ZX<br>CA7609751028 2407320 | 135 | 67,497.91 |
| 12/22/06 | Margin | Sold | -300 | RESEARCH IN MOTION LTD<br>NB214<br>CA7609751028 2407320 | 132 1/4 | 39,673.78 |
| 12/22/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD<br>NB2FM<br>CA7609751028 2407320 | 134.52 | (67,269.95) |
| 12/22/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD<br>NB251<br>CA7609751028 2407320 | 134 3/4 | (67,375.00) |
| 12/22/06 | Margin | Bought | 200 | RESEARCH IN MOTION LTD<br>1AARK<br>CA7609751028 2407320 | 132.215 | (26,443.00) |
| 12/22/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD<br>1AASI<br>CA7609751028 2407320 | 134.072 | (67,036.00) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER NASD AND SIPC

# CyberTrader®
A Charles Schwab Company

**Member NASD/SIPC**
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

## Statement of Account

**RABINOVICH & ASSOCIATES LP**

| Account Information | |
|---|---|
| Account Number: | 19571959 |

| Statement Period | |
|---|---|
| December 1,2006 to December 31,2006 | |

### Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 12/22/06 | Margin | Bought | 300 | RESEARCH IN MOTION LTD NB2DU CA7609751028 2407320 | 132.23 | (39,669.00) |
| 12/22/06 | Margin | Bought | 400 | RESEARCH IN MOTION LTD NB16P CA7609751028 2407320 | 132.01 | (52,804.00) |
| 12/22/06 | Margin | Bought | 200 | RESEARCH IN MOTION LTD NB1V9 CA7609751028 2407320 | 135 | (27,009.95) |
| 12/22/06 | Margin | Bought | 500 | RESEARCH IN MOTION LTD NB2GX CA7609751028 2407320 | 136.34 | (68,179.95) |
| 12/22/06 | Margin | Bought | 400 | RESEARCH IN MOTION LTD NB1DO CA7609751028 2407320 | 134.1825 | (53,682.95) |
| 12/22/06 | Margin | Bought | 200 | RESEARCH IN MOTION LTD NB2TN CA7609751028 2407320 | 131.85 | (26,379.95) |
| 12/22/06 | Margin | Sold | -3,000 | RESEARCH IN MOTION LTD NB29O CA7609751028 2407320 | 130 | 389,978.07 |
| 12/22/06 | Margin | Sold | -500 | RESEARCH IN MOTION LTD R4201 CA7609751028 2407320 | 135.05 | 67,522.92 |
| 12/22/06 | Margin | Sold | -300 | RESEARCH IN MOTION LTD 1ACP1 CA7609751028 2407320 | 133.02 | 39,904.77 |
| 12/27/06 | Margin | Mark to Market | | SHORT ACCT. MARK TO MARKET | | (11,032.00) |
| 12/28/06 | Margin | Received | | REDEEM: MM PORTFOLIO | | 20,699.96 |
| **Total: Margin Account Balance** | | | | | | **0.00** |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER NASD AND SIPC

# CyberTrader®
A Charles Schwab Company

**Member NASD/SIPC**
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

## Statement of Account

**Statement Period**
December 1,2006 to December 31,2006

**Account Information**

RABINOVICH & ASSOCIATES LP

Account Number: 19571959

### Account Activity

**Short Account**

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | Short | | | OPENING BALANCE | | (522.35) |
| 11/30/06 | Short | Sold | -1,000 | SYNOPSYS INC<br>NBT1Z | 25.85 | 25,849.20 |
| 11/30/06 | Short | Sold | -1,000 | SYNOPSYS INC<br>NBV2L | 25.82 | 25,809.25 |
| 11/30/06 | Short | Sold | -1,000 | SYNOPSYS INC<br>NBVPQ | 25.86 | 25,859.20 |
| 11/30/06 | Short | Bought | 3,000 | SYNOPSYS INC<br>NBZWV | 25 3/4 | (77,253.00) |
| 11/30/06 | Short | Sold | -1,000 | SYNOPSYS INC<br>NC2KG | 25.83 | 25,829.20 |
| 11/30/06 | Short | Sold | -1,000 | SYNOPSYS INC<br>NC2QU | 25.86 | 25,859.20 |
| 11/30/06 | Short | Sold | -1,000 | SYNOPSYS INC<br>NC3NT | 25.84 | 25,829.25 |
| 11/30/06 | Short | Bought | 3,000 | SYNOPSYS INC<br>NC4UM | 25 3/4 | (77,259.95) |
| 12/15/06 | Short | Sold | -1,000 | RESEARCH IN MOTION LTD<br>NBNPF<br>CA7609751028 2407320 | 135.41 | 135,405.84 |
| 12/15/06 | Short | Bought | 1,000 | RESEARCH IN MOTION LTD<br>NBRM8<br>CA7609751028 2407320 | 135.81 | (135,810.00) |
| 12/15/06 | Short | Sold | -1,000 | RESEARCH IN MOTION LTD<br>NBUWW<br>CA7609751028 2407320 | 135.4 | 135,385.89 |
| 12/15/06 | Short | Bought | 900 | RESEARCH IN MOTION LTD<br>NBVUP<br>CA7609751028 2407320 | 135 3/4 | (122,175.00) |
| 12/15/06 | Short | Bought | 100 | RESEARCH IN MOTION LTD<br>NBW66<br>CA7609751028 2407320 | 135.65 | (13,574.95) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER NASD AND SIPC

**CyberTrader** ®
A Charles Schwab Company

Member NASD/SIPC
12401 Research Blvd
Bldg 2, Suite 350
Austin, TX 78759
(512) 320-5444

## Statement of Account

| | Account Information | |
|---|---|---|
| | Account Number: | 19571959 |

| | Statement Period |
|---|---|
| | December 1,2006 to December 31,2006 |

RABINOVICH & ASSOCIATES LP

### Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 12/15/06 | Short | Mark to Market | | SHORT ACCT. MARK TO MARKET | | 768.22 |
| 12/18/06 | Short | Sold | -500 | BAIDU.COM - ADR<br>1 ADR:1 CL A SHR<br>US0567521085 B0FXT17 | 119.214 | 59,595.22 |
| 12/18/06 | Short | Sold | -200 | BAIDU.COM - ADR<br>1 ADR:1 CL A SHR<br>US0567521085 B0FXT17 | 119.23 | 23,845.26 |
| 12/18/06 | Short | Sold | -300 | BAIDU.COM - ADR<br>1 ADR:1 CL A SHR<br>US0567521085 B0FXT17 | 119.1 | 35,718.95 |
| 12/18/06 | Short | Bought | 1,000 | BAIDU.COM - ADR<br>1 ADR:1 CL A SHR<br>US0567521085 B0FXT17 | 119.1 | (119,109.95) |
| 12/18/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD<br>NBIZ9<br>CA7609751028 2407320 | 138 | 68,997.88 |
| 12/18/06 | Short | Sold | -500 | RESEARCH IN MOTION LTD<br>NBK9J<br>CA7609751028 2407320 | 138.27 | 69,132.87 |
| 12/18/06 | Short | Sold | -300 | RESEARCH IN MOTION LTD<br>NBKJ2<br>CA7609751028 2407320 | 138.05 | 41,403.77 |
| 12/18/06 | Short | Sold | -1,000 | RESEARCH IN MOTION LTD<br>NBJOJ<br>CA7609751028 2407320 | 138.15 | 138,135.80 |
| 12/18/06 | Short | Sold | -200 | RESEARCH IN MOTION LTD<br>NBKNN<br>CA7609751028 2407320 | 138 1/2 | 27,689.19 |
| 12/18/06 | Short | Sold | -200 | RESEARCH IN MOTION LTD<br>NBL2I<br>CA7609751028 2407320 | 138.17 | 27,623.20 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER NASD AND SIPC