0741245 17265972 20070430 74310788 6

**TRADENEW3.EPS**

STATEMENT PERIOD   March 31, 2007
THROUGH   April 30, 2007
ACCOUNT NUMBER   17265972

Page 9   of   22

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/13/2007 | 04/10/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,500.000 | $30.300000 | -45,461.00 | |
| 04/13/2007 | 04/10/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,500.000 | $30.300000 | -45,461.00 | |
| 04/13/2007 | 04/10/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 4,000.000 | $30.320000 | -121,306.00 | |
| 04/16/2007 | 04/11/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,377.000 | $29.800000 | -41,044.86 | |
| 04/16/2007 | 04/11/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $29.750000 | -29,758.00 | |
| 04/16/2007 | 04/11/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,623.000 | $29.740000 | -48,279.76 | |
| 04/16/2007 | 04/11/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $43.040000 | -43,048.00 | |
| 04/16/2007 | 04/11/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $29.700000 | -29,708.00 | |
| 04/16/2007 | 04/11/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $29.690000 | -29,698.00 | |
| 04/16/2007 | 04/11/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $29.700000 | -29,708.00 | |
| 04/16/2007 | 04/11/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $43.070000 | -43,078.00 | |
| 04/16/2007 | 04/11/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 4,000.000 | $29.600000 | | 118,372.18 |
| 04/16/2007 | 04/11/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $43.010000 | | 43,001.34 |
| 04/16/2007 | 04/11/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 3,000.000 | $29.600000 | | 88,778.64 |
| 04/16/2007 | 04/11/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $43.008000 | | 42,999.34 |
| 04/16/2007 | 04/11/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $30.100000 | | 30,091.53 |

0741245 17265972 20070430 74310786

STATEMENT PERIOD   March 31, 2007
THROUGH            April 30, 2007
ACCOUNT NUMBER     17265972

**TRADENEW3.EPS**

Page 10 of 22

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/16/2007 | 04/11/2007 | Sold | Short | EBAY INC COM Short | EBAY | 6,000.000 | $33.910000 | | 203,418.88 |
| 04/16/2007 | 04/11/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $30.100000 | | 30,091.53 |
| 04/16/2007 | 04/11/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $30.050000 | | 30,041.54 |
| 04/16/2007 | 04/11/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $30.040000 | | 30,031.54 |
| 04/16/2007 | 04/11/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $30.030000 | | 30,021.54 |
| 04/16/2007 | 04/11/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $30.040000 | | 30,031.54 |
| 04/16/2007 | 04/11/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $30.040000 | | 30,031.54 |
| 04/16/2007 | 04/11/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $33.710000 | -67,434.00 | |
| 04/16/2007 | 04/11/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 7,000.000 | $30.161141 | -211,171.99 | |
| 04/16/2007 | 04/11/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $33.700000 | -67,414.00 | |
| 04/16/2007 | 04/11/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $33.710000 | -67,434.00 | |
| 04/17/2007 | 04/12/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.980000 | | 33,971.48 |

**TRADENEW3.EPS**

0741245 17265972 20070430 743107886

STATEMENT PERIOD  March 31, 2007
THROUGH          April 30, 2007
ACCOUNT NUMBER   17265972

Page 11 of 22

## Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/17/2007 | 04/12/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.980000 | | 33,971.48 |
| 04/17/2007 | 04/12/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $33.850000 | -67,714.00 | |
| 04/18/2007 | 04/13/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.540000 | | 34,531.47 |
| 04/18/2007 | 04/13/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.530000 | | 34,521.47 |
| 04/18/2007 | 04/13/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 2,000.000 | $30.190000 | | 60,365.07 |
| 04/18/2007 | 04/13/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.600000 | | 34,591.47 |
| 04/18/2007 | 04/13/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.420000 | | 34,411.47 |
| 04/18/2007 | 04/13/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.540000 | | 34,531.47 |
| 04/18/2007 | 04/13/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 2,000.000 | $30.180000 | | 60,345.07 |
| 04/18/2007 | 04/13/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 2,000.000 | $30.210000 | | 60,405.07 |
| 04/18/2007 | 04/13/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.570000 | | 34,561.47 |
| 04/18/2007 | 04/13/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $30.190000 | | 30,181.53 |

0741245 17265972 20070430 74310788S6

STATEMENT PERIOD  March 31, 2007
THROUGH           April 30, 2007
ACCOUNT NUMBER    17265972

**TRADENEW3.EPS**

Page 12 of 22

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/18/2007 | 04/13/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $30.210000 | | 30,201.53 |
| 04/18/2007 | 04/13/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $30.310000 | | 30,301.53 |
| 04/18/2007 | 04/13/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $30.270000 | | 30,261.53 |
| 04/18/2007 | 04/13/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $30.250000 | | 30,241.53 |
| 04/18/2007 | 04/13/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $30.150000 | | 30,141.53 |
| 04/18/2007 | 04/13/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $30.300000 | | 30,291.53 |
| 04/18/2007 | 04/13/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $30.250000 | | 30,241.53 |
| 04/18/2007 | 04/13/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $30.460000 | -60,934.00 | |
| 04/18/2007 | 04/13/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $30.050000 | -60,114.00 | |
| 04/18/2007 | 04/13/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 3,000.000 | $34.700000 | -104,120.00 | |
| 04/18/2007 | 04/13/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $30.464000 | -60,942.00 | |
| 04/18/2007 | 04/13/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 3,000.000 | $34.700000 | -104,120.00 | |

0741245 17265972 20070430 743107886

STATEMENT PERIOD  March 31, 2007
THROUGH          April 30, 2007
ACCOUNT NUMBER   17265972

TRADENEW3.EPS

Page 13  of  22

## Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/18/2007 | 04/13/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 3,000.000 | $30.460000 | -91,400.00 | |
| 04/18/2007 | 04/13/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $29.990000 | -59,994.00 | |
| 04/18/2007 | 04/13/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $29.990000 | -59,994.00 | |
| 04/18/2007 | 04/13/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $29.990000 | -29,998.00 | |
| 04/23/2007 | 04/18/2007 | Bought | Margin | EBAY INC COM Cover Short | EBAY | 1,000.000 | $34.540000 | -34,548.00 | |
| 04/23/2007 | 04/18/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $34.550000 | -34,558.00 | |
| 04/23/2007 | 04/18/2007 | Sold | Margin | EBAY INC COM | EBAY | 1,000.000 | $34.540000 | | 34,531.47 |
| 04/23/2007 | 04/18/2007 | Sold | Margin | EBAY INC COM | EBAY | 1,000.000 | $34.540000 | | 34,531.47 |
| 04/23/2007 | 04/18/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $30.810000 | | 30,801.52 |
| 04/23/2007 | 04/18/2007 | Sold | Short | EBAY INC COM Short | EBAY | 6,000.000 | $34.750000 | | 208,458.80 |
| 04/23/2007 | 04/18/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $30.620000 | -30,628.00 | |
| 04/23/2007 | 04/18/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.600000 | -69,214.00 | |
| 04/23/2007 | 04/18/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.600000 | -69,214.00 | |
| 04/23/2007 | 04/18/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.600000 | -69,214.00 | |

074124S  17265972  20070430  743107886

STATEMENT PERIOD   March 31, 2007
THROUGH            April 30, 2007
ACCOUNT NUMBER     17265972

Page 14  of  22

**TRADENEW3.EPS**

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/24/2007 | 04/19/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $33.770000 | -33,778.00 | |
| 04/24/2007 | 04/19/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $33.730000 | -33,738.00 | |
| 04/24/2007 | 04/19/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $33.730000 | -33,738.00 | |
| 04/24/2007 | 04/19/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $33.780000 | -33,788.00 | |
| 04/24/2007 | 04/19/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $33.710000 | -33,718.00 | |
| 04/24/2007 | 04/19/2007 | Sold | Margin | EBAY INC COM | EBAY | 2,000.000 | $33.600000 | | 67,184.97 |
| 04/24/2007 | 04/19/2007 | Sold | Margin | EBAY INC COM | EBAY | 2,000.000 | $33.620000 | | 67,224.97 |
| 04/24/2007 | 04/19/2007 | Sold | Margin | EBAY INC COM | EBAY | 1,000.000 | $33.560000 | | 33,551.48 |
| 04/24/2007 | 04/19/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.570000 | | 31,561.51 |
| 04/24/2007 | 04/19/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.570000 | | 31,561.51 |
| 04/24/2007 | 04/19/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.560000 | | 31,551.51 |
| 04/24/2007 | 04/19/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.520000 | | 31,511.51 |
| 04/24/2007 | 04/19/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.530000 | | 31,521.51 |
| 04/24/2007 | 04/19/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,500.000 | $31.540000 | -78,867.00 | |
| 04/24/2007 | 04/19/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,500.000 | $31.550000 | -78,892.00 | |

074124S 17265972 20070430 743107886

STATEMENT PERIOD March 31, 2007
THROUGH April 30, 2007
ACCOUNT NUMBER 17265972

**TRADENEW3.EPS**

Page 15 of 22

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/25/2007 | 04/20/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.600000 | | 31,591.51 |
| 04/25/2007 | 04/20/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 2,000.000 | $31.890000 | | 63,765.02 |
| 04/25/2007 | 04/20/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.920000 | | 31,911.51 |
| 04/25/2007 | 04/20/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.930000 | | 31,921.51 |
| 04/25/2007 | 04/20/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.590000 | | 31,581.51 |
| 04/25/2007 | 04/20/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.740000 | | 31,731.51 |
| 04/25/2007 | 04/20/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.780000 | | 31,771.51 |
| 04/25/2007 | 04/20/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.700000 | | 31,691.51 |
| 04/25/2007 | 04/20/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.650000 | | 31,641.51 |
| 04/25/2007 | 04/20/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 6,000.000 | $31.900000 | -191,438.00 | |
| 04/25/2007 | 04/20/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $31.940000 | -63,894.00 | |
| 04/25/2007 | 04/20/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $31.920000 | -63,854.00 | |

Ô7412AS 17265972 20070430 743107886

**TRADENEW3.EPS**

| STATEMENT PERIOD | March 31, 2007 |
|---|---|
| THROUGH | April 30, 2007 |
| ACCOUNT NUMBER | 17265972 |

Page 16 of 22

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/26/2007 | 04/23/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.470000 | | 31,461.51 |
| 04/26/2007 | 04/23/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.570000 | | 31,561.51 |
| 04/26/2007 | 04/23/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.470000 | | 31,461.51 |
| 04/26/2007 | 04/23/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.560000 | | 31,551.51 |
| 04/26/2007 | 04/23/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $31.520000 | | 31,511.51 |
| 04/26/2007 | 04/23/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $31.550000 | -63,114.00 | |
| 04/26/2007 | 04/23/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $31.530000 | -31,538.00 | |
| 04/26/2007 | 04/23/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $31.550000 | -63,114.00 | |
| **Total Investment Activity** | | | | | | | | **-$4,696,289.20** | **$4,690,034.36** |

Dividends and Interest

| Date | Transaction | Account Type | Description | Symbol/Cusip | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 04/30/2007 | Credit Int | Margin | 1.250% 03/31-04/30 | $46552 | | 49.41 |
| **Total Dividends and Interest** | | | | | **$0.00** | **$49.41** |

074124S 17265972 20070430 743107886

STATEMENT PERIOD  March 31, 2007
THROUGH           April 30, 2007
ACCOUNT NUMBER    17265972

**TRADENEW3.EPS**

Page 17 of 22

## Miscellaneous Activity

| Date | Transaction | Account Type | Description | Symbol/Cusip | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 04/02/2007 | Journal | Margin | TradeStation: NASDTotalView 03 | | -5.00 | |
| 04/02/2007 | Journal | Margin | TradeStation: ECN Books 03/07 | | -20.00 | |
| 04/02/2007 | Journal | Margin | TradeStation: RadarScreen03/07 | | -7.99 | |
| 04/02/2007 | Journal | Margin | TradeStation Charges 03/07 | | -13.33 | |
| 04/03/2007 | Journal | Margin | TradeStation: AMEX 04/07 | | -1.00 | |
| 04/03/2007 | Journal | Margin | TradeStation: NASD 04/07 | | -1.00 | |
| 04/03/2007 | Journal | Margin | TradeStation: LVL 2 04/07 | | -9.00 | |
| 04/03/2007 | Journal | Margin | TradeStation: NASDTotalView04/ | | -5.00 | |
| 04/03/2007 | Journal | Margin | TradeStation: OPRA 04/07 | | -3.00 | |
| 04/03/2007 | Journal | Margin | TradeStation: NYSE 04/07 | | -1.00 | |
| 04/03/2007 | Journal | Margin | TradeStation: ECN Books 04/07 | | -20.00 | |
| 04/05/2007 | Adjustment | Margin | SHORT ACCT. MARK TO MARKET | | -55.02 | |
| 04/05/2007 | Adjustment | Short | SHORT ACCT. MARK TO MARKET | | | 55.02 |
| 04/10/2007 | Journal | Margin | Option Cancellation Fee | | -1.00 | |
| 04/13/2007 | Adjustment | Margin | SHORT ACCT. MARK TO MARKET | | | 449.18 |
| 04/13/2007 | Adjustment | Short | SHORT ACCT. MARK TO MARKET | | -449.18 | |
| 04/20/2007 | Adjustment | Margin | SHORT ACCT. MARK TO MARKET | | -955.12 | |
| 04/20/2007 | Adjustment | Short | SHORT ACCT. MARK TO MARKET | | | 955.12 |
| 04/27/2007 | Adjustment | Margin | SHORT ACCT. MARK TO MARKET | | -858.48 | |
| 04/27/2007 | Adjustment | Short | SHORT ACCT. MARK TO MARKET | | | 858.48 |
| Total Miscellaneous | | | | | -$2,405.12 | $2,317.80 |

## Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/01/2007 | 04/26/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.700000 | | 33,691.48 |
| 05/01/2007 | 04/26/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.710000 | | 33,701.48 |
| 05/01/2007 | 04/26/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.710000 | | 33,701.48 |
| 05/01/2007 | 04/26/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 500.000 | $33.730000 | | 16,859.74 |

074124S 17265972 20070430 743107886

STATEMENT PERIOD   March 31, 2007
THROUGH                    April 30, 2007
ACCOUNT NUMBER    17265972

TRADENEW3.EPS

Page 18 of 22

## Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/01/2007 | 04/26/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 500.000 | $33.730000 | | 16,859.74 |
| 05/01/2007 | 04/26/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.880000 | | 33,671.48 |
| 05/01/2007 | 04/26/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.700000 | | 33,691.48 |
| 05/01/2007 | 04/26/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.690000 | | 33,681.48 |
| 05/01/2007 | 04/26/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $33.622500 | -33,630.50 | |
| 05/01/2007 | 04/26/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $33.450000 | -66,914.00 | |
| 05/01/2007 | 04/26/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $33.450000 | -66,914.00 | |
| 05/01/2007 | 04/26/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $33.427000 | -66,868.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Margin | NVIDIA CORP COM | iNVDA | 1,000.000 | $33.160000 | -33,168.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Margin | NVIDIA CORP COM | NVDA. | 1,000.000 | $33.180000 | -33,188.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.100000 | -33,108.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.150000 | -33,158.00 | |

074124S 1726S972 20070430 74310788G

STATEMENT PERIOD    March 31, 2007
THROUGH             April 30, 2007
ACCOUNT NUMBER      1726S972

**TRADENEW3.EPS**

Page 19  of  22

Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/03/2007 | 04/30/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.120000 | -33,128.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.110000 | -33,118.00 | |
| 05/03/2007 | 04/30/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.230000 | | 33,221.49 |
| 05/03/2007 | 04/30/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.210000 | | 33,201.49 |
| 05/03/2007 | 04/30/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.210000 | | 33,201.49 |
| 05/03/2007 | 04/30/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.100000 | | 33,091.49 |
| 05/03/2007 | 04/30/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.100000 | | 33,091.49 |
| 05/03/2007 | 04/30/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.220000 | | 33,211.49 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.260000 | | 34,251.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.260000 | | 34,251.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.260000 | | 34,251.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.300000 | | 34,291.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.280000 | | 34,271.47 |

074124S 17265972 20070430 743107886

STATEMENT PERIOD    March 31, 2007
THROUGH             April 30, 2007
ACCOUNT NUMBER      17265972

## TRADENEW3.EPS

Page 20 of 22

**Trades Executed But Not Yet Settled**

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.240000 | | 34,231.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.240000 | | 34,231.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.300000 | | 34,291.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.230000 | | 34,221.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.310000 | | 34,301.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.260000 | | 34,251.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.310000 | | 34,301.47 |
| 05/03/2007 | 04/30/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.190000 | -68,394.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.130000 | -68,274.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.100000 | -68,214.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.120000 | -68,254.00 | |

074124S 17265972 20070430 743107886

**TRADENEW3.EPS**

STATEMENT PERIOD   March 31, 2007
THROUGH           April 30, 2007
ACCOUNT NUMBER    17265972

Page 21 of 22

Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/03/2007 | 04/30/2007 | Bought | Short | EBAY INC. COM Cover Short | EBAY | 2,000.000 | $34.100000 | -68,214.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.100000 | -68,214.00 | |
| Total Trades Executed But Not Yet Settled | | | | | | | | -$842,758.50 | $846,024.94 |

074124S 17265972 20070430 743107886

Please notify your account executive representative or the director of brokerage client service or chief compliance office, in writing of any material changes in your financial circumstances or investment objectives. Remember, you have represented that your objectives are to seek short-term trading profits by actively trading using highly speculative methods.

## GUIDE TO YOUR STATEMENT
Your statement may contain the following sections:

**Your Portfolio at a Glance:** Reflects the net equity of your account at the close of the statement period, the net equity of your last statement, and any change since your last statement. Figures shown in Long and Short Market Values of Securities contain netted values. A more comprehensive breakout of market values is reflected within the body of these sections.

**Transaction Summary and Cash Balance Summary:** Both show your opening and closing balances. Transaction Summary reflects the categories of cash activity. Cash and Cash Equivalent Balance Summary reflects the cash balances by account type. Opening Balance is the credit or debit balance from the previous period's closing balance. Closing balance is the combination of the total debits and credits for the statement period together with the opening cash balance. A debit balance (money you owe us) is indicated by a minus sign in these sections.

**Retirement Account Summary:** Reflects the contributions received and distributions paid during this statement period as well as for the previous year.

**Your Portfolio Holdings:** Reflects cash and all securities in your account. Accrued interest represents interest earned but not yet paid or collected on the fixed income securities since the last coupon date. There is no guarantee that this interest will be paid by the issuer. Current yield is calculated by dividing the estimated annual income by the market value of the securities and represents an estimated current yield only.

**Market Prices/Bond Ratings**
The market value of your holdings are as of the last business day of the statement period. Prices for determining market values represent estimates. These estimates are obtained from multiple sources, including outside services. Pricing estimates may be based on bids, prices within the bid/offer spread, closing prices or matrix methodology that uses data relating to other securities whose prices are more ascertainable to produce a hypothetical price based on the estimated yield spread relationship between the securities. Pricing estimates do not constitute bids or offers for any securities and may or may not be more or less than those shown on your statement. Bond ratings are received from outside sources. While we believe our sources for market values and bond ratings to be reliable, we cannot guarantee their accuracy.

**Trades Executed But Not Yet Settled:** This section will reflect any trades not yet settled by the statement closing date. The settlement date is indicated in the first column.

## IMPORTANT NOTES
**Dividend Income:** Dividends credited to your account may include capital gains, non-taxable dividends and/or dividends on foreign stock. You may wish to consult your tax advisor with regard to your tax liability on these dividend credits

**Methods of Computing Interest on Debit Balances:** Interest is charged on a day-by-day basis for any day that there is a net debit balance in your overall account. The calculation is made on a 365-day basis at the rate or rates shown on the statement. Interest rates may be changed from time to time with fluctuating money market rates or for other reasons.

Customer free credit balances may be used in this firm's business subject to the limitation of 17CFR Section 240.15c3-3 under the Securities Exchange Act of 1934. You have the right to receive from us in the course of normal business operation, upon demand, the delivery of:

a) any free credit balances to which you are entitled
b) any fully-paid securities to which you are entitled
c) any securities purchased on margin upon full payment of any indebtedness to us.

If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general account and special memorandum account maintained for you under Section 220.6 of Regulation T, issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account, as required by Regulation T, is available for your inspection.

**For Option Accounts:**Further information with respect to commissions and other charges related to the execution of listed options transactions has been included on confirmations of such transactions previously furnished to you and such information will be made available to you promptly upon written request.

**Bearer Bonds:** If any securities held by us for your account are bearer obligations which have been issued since December 31, 1982 with original maturities of more than one year, we agree that we will satisfy the conditions set forth in subdivisions (i), (ii) and (iii) of Treasury Regulation Section 1.165-12 (c) (3) and covenant that we will comply with the requirements of Treasury Regulation Section 1.165-12 (c) (2) (iii) concerning the delivery of such bearer obligations.

**Financial Statement:** A financial statement of our firm is available for your personal inspection at our office, or a copy will be mailed to you upon written request.

**Custody:** Whether we are your broker or act as a clearing agent for your broker, we carry your account and act as your custodian for funds and securities, once received by us by you, through your broker or otherwise or as a result of transactions we process for your account. Inquiries concerning the positions and balances in your account may be directed to our Client Services Department at (954) 652-7920 or (800) 871-3577. If your account is introduced by another broker, all other inquiries regarding your account and the activity therein should be directed to such broker.

**Reportable to the Internal Revenue Service:** As required by law, at year end we will report to you and to the Internal Revenue Service, and to certain states, certain information on sales (including short sales), dividends, and various types of interest that have been credited to your account.

**Statement Frequency:** Statements will be mailed to customers who have transaction during the statement period affecting money balances and/or security positions. All other accounts will be sent annual statements four times during a calendar year provided that the account contains a money or security balance.

Please promptly notify the office servicing your account in writing of any change of address. The office servicing your account can be found on page 1.

Please prominently include your account number(s) in all correspondence.

Each customer's securities account held at TradeStation Securities, Inc. is insured up to the amount of total net equity representing a loss of $500,000 per account and/or cash up to $100,000 per account. The first $500,000 of protection, which includes up to $100,000 of protection for cash, is provided by SIPC (Securities Investor Protection Corporation) and the balance is provided by a separate excess SIPC bond issued by HSBC Insurance Brokers Limited covering accounts maintained at TradeStation Securities, Inc., up to an additional $24,500,000 per account, subject to a firm-wide maximum limit of $200,000,000. Reverse Repurchase agreements, reverse repurchase and stock loan transactions, as well as certain mutual funds, may not be covered by the excess SIPC bond.

074124S 17265972 20070531 74310788 6

The TradeStation Building
Suite 2000
8050 S.W. 10th Street
Plantation, FL 33324
(954) 652-7920 * (800) 871-3577
www.tradestation.com

| STATEMENT PERIOD | May 1, 2007 |
|---|---|
| THROUGH | May 31, 2007 |
| ACCOUNT NUMBER | 17265972 |
| LAST STATEMENT | April 30, 2007 |

0000102737

RABINOVICH & ASSOCIATES, L.P.
ATTN: ALEX ROBINVICH
2250 E. 4TH STREET, STE. 2-C
BROOKLYN NY 11223

## Your Portfolio at a Glance

| | This Period |
|---|---|
| Long Market Value | 12,000.00 |
| Short Market Value | 0.00 |
| Total Value of Securities | $12,000.00 |
| Cash Balance | 75,521.39 |
| Short Cash Balance | -6,139.29 |
| Net Cash Balance | $53,726.36 |
| Net Equity | |
| Net Equity Last Statement | $53,726.36 |
| Change Since Last Statement | $27,655.74 |

## Transaction Summary

| | |
|---|---|
| Opening Balance | 53,726.36 |
| Securities Sold | 12,248,884.55 |
| Funds Deposited | 40,000.00 |
| Money Fund Purchase | 0.00 |
| Dividends/Interest | 84.19 |
| Miscellaneous | 26,448.81 |
| Amount Credited | $12,315,417.55 |
| Securities Bought | -12,273,271.00 |
| Funds Withdrawn | 0.00 |
| Money Fund Redemption | 0.00 |
| Dividends/Interest Charged | 0.00 |
| Miscellaneous | -26,490.81 |
| Amount Debited | -$12,299,761.81 |
| Net Cash Activity | $15,655.74 |
| Closing Balance | $69,382.10 |

## Cash & Cash Equivalent Balance Summary

| | Opening | Closing |
|---|---|---|
| Margin | 53,726.36 | 75,521.39 |
| Short | 0.00 | -6,139.29 |
| Net Cash Balance | $53,726.36 | $69,382.10 |
| Net Cash & Cash Equivalent Balance | $53,726.36 | $69,382.10 |

Same day transfers of cash between account types are not included in this section; such transfers, as well as details for all transactions this period appear in the Transaction Detail.

074124S 17265972 20070531 743107886

TRADENEW3.EPS

| STATEMENT PERIOD | May 1, 2007 |
| THROUGH | May 31, 2007 |
| ACCOUNT NUMBER | 17265972 |

Page 2   of   42

Your Portfolio Holdings

**Cash and Cash Equivalents**

| Description | | | | | | Market Value |
|---|---|---|---|---|---|---|
| Cash Balance | | | | | | 69,382.10 |
| Total Cash and Cash Equivalents | | | | | | $69,382.10 |

**Equities and Options**

| Description | Symbol/Cusip | Account Type | Quantity | Price | Market Value |
|---|---|---|---|---|---|
| JOY GLOBAL INC JUN '07 @ 55   PUT | JQY RK | Margin | 100.000 | 1.200000 | 12,000.00 |
| Total Equities and Options | | | | | $12,000.00 |

| TOTAL MARKET VALUE OF PRICED SECURITIES | | | | | $12,000.00 |

0741245 17265972 20070531 743107886

STATEMENT PERIOD   May 1, 2007
THROUGH            May 31, 2007
ACCOUNT NUMBER     17265972

**TRADENEW3.EPS**

Page 3 of 42

Transaction Detail

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/01/2007 | 04/26/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.700000 | | 33,691.48 |
| 05/01/2007 | 04/26/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.710000 | | 33,701.48 |
| 05/01/2007 | 04/26/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.710000 | | 33,701.48 |
| 05/01/2007 | 04/26/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 500.000 | $33.730000 | | 16,859.74 |
| 05/01/2007 | 04/26/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 500.000 | $33.730000 | | 16,859.74 |
| 05/01/2007 | 04/26/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.680000 | | 33,671.48 |
| 05/01/2007 | 04/26/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.700000 | | 33,691.48 |
| 05/01/2007 | 04/26/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.690000 | | 33,681.48 |
| 05/01/2007 | 04/26/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $33.622500 | -33,630.50 | |
| 05/01/2007 | 04/26/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $33.450000 | -66,914.00 | |
| 05/01/2007 | 04/26/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $33.450000 | -66,914.00 | |
| 05/01/2007 | 04/26/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $33.427000 | -66,868.00 | |

0741245 17265972 20070531 74310786

STATEMENT PERIOD   May 1, 2007
THROUGH   May 31, 2007
ACCOUNT NUMBER   17265972

**TRADENEW3.EPS**

Page 4  of  42

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/03/2007 | 04/30/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.160000 | -33,168.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.180000 | -33,188.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.100000 | -33,108.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.150000 | -33,158.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.120000 | -33,128.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.110000 | -33,118.00 | |
| 05/03/2007 | 04/30/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.230000 | | 33,221.49 |
| 05/03/2007 | 04/30/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.210000 | | 33,201.49 |
| 05/03/2007 | 04/30/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.210000 | | 33,201.49 |
| 05/03/2007 | 04/30/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.100000 | | 33,091.49 |
| 05/03/2007 | 04/30/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.100000 | | 33,091.49 |
| 05/03/2007 | 04/30/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.220000 | | 33,211.49 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.260000 | | 34,251.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.260000 | | 34,251.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.260000 | | 34,251.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.300000 | | 34,291.47 |

074124S  17265972  20070531  743107886

STATEMENT PERIOD  May 1, 2007
THROUGH           May 31, 2007
ACCOUNT NUMBER    17265972

**TRADENEW3.EPS**

Page 5  of  42

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.280000 | | 34,271.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.240000 | | 34,231.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.240000 | | 34,231.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.300000 | | 34,291.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.230000 | | 34,221.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.310000 | | 34,301.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.260000 | | 34,251.47 |
| 05/03/2007 | 04/30/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.310000 | | 34,301.47 |
| 05/03/2007 | 04/30/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.190000 | -68,394.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.130000 | -68,274.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.100000 | -68,214.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.120000 | -68,254.00 | |

074124S 17265972 20070531 743107886

STATEMENT PERIOD May 1, 2007
THROUGH May 31, 2007
ACCOUNT NUMBER 17265972

**TRADENEW3.EPS**

Page 6 of 42

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/03/2007 | 04/30/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.100000 | -68,214.00 | |
| 05/03/2007 | 04/30/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.100000 | -68,214.00 | |
| 05/07/2007 | 05/02/2007 | Sold | Short | EBAY INC COM Short | EBAY | 847.000 | $33.740000 | | 28,570.26 |
| 05/07/2007 | 05/02/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.750000 | | 33,741.48 |
| 05/07/2007 | 05/02/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.750000 | | 33,741.48 |
| 05/07/2007 | 05/02/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.730000 | | 33,721.48 |
| 05/07/2007 | 05/02/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.760000 | | 33,751.48 |
| 05/07/2007 | 05/02/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.780000 | | 33,771.48 |
| 05/07/2007 | 05/02/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.820000 | | 33,811.48 |
| 05/07/2007 | 05/02/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.820000 | | 33,811.48 |
| 05/07/2007 | 05/02/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.820000 | | 33,811.48 |
| 05/07/2007 | 05/02/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.820000 | | 33,811.48 |

0741245 17265972 20070531 743107886

STATEMENT PERIOD　May 1, 2007
THROUGH　　　　　May 31, 2007
ACCOUNT NUMBER　17265972

TRADENEW3.EPS

Page 7　of　42

**Investment Activity**

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/07/2007 | 05/02/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $33.750000 | -67,514.00 | |
| 05/07/2007 | 05/02/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $33.763000 | -67,540.00 | |
| 05/07/2007 | 05/02/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 1,000.000 | $33.710000 | -33,718.00 | |
| 05/07/2007 | 05/02/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $33.760000 | -67,534.00 | |
| 05/07/2007 | 05/02/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 1,000.000 | $33.700000 | -33,708.00 | |
| 05/07/2007 | 05/02/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 1,847.000 | $33.700000 | -62,256.98 | |
| 05/08/2007 | 05/07/2007 | Bought | Margin | J2 GLOBAL COMMUNICATIONS INC MAY '07 @ 30 PUT Opening Contract | JQF QF | 4.000 | $0.750000 | -304.00 | |
| 05/08/2007 | 05/07/2007 | Bought | Margin | EAGLE BULK SHIPPING INC MAY '07 @ 22 1/2 PUT Opening Contract | QEK QX | 50.000 | $0.550000 | -2,800.00 | |
| 05/08/2007 | 05/07/2007 | Sold | Margin | J2 GLOBAL COMMUNICATIONS INC MAY '07 @ 30 PUT Closing Contract | JQF QF | 4.000 | $0.850000 | | 335.99 |
| 05/08/2007 | 05/03/2007 | Sold | Short | EBAY INC COM Short | EBAY | 2,000.000 | $34.300000 | | 68,584.95 |
| 05/08/2007 | 05/03/2007 | Sold | Short | EBAY INC COM Short | EBAY | 2,000.000 | $34.310000 | | 68,604.95 |
| 05/08/2007 | 05/03/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.290000 | | 34,281.47 |