0741245 17265972 20070531 743107886

STATEMENT PERIOD May 1, 2007
THROUGH May 31, 2007
ACCOUNT NUMBER 17265972

**TRADENEW3.EPS**

Page 8 of 42

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/08/2007 | 05/03/2007 | Sold | Short | EBAY INC COM Short | EBAY | 2,000.000 | $34.310000 | | 68,604.95 |
| 05/08/2007 | 05/03/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.360000 | | 33,351.48 |
| 05/08/2007 | 05/03/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.270000 | | 34,261.47 |
| 05/08/2007 | 05/03/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.390000 | | 33,381.48 |
| 05/08/2007 | 05/03/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.440000 | | 33,431.48 |
| 05/08/2007 | 05/03/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.300000 | | 34,291.47 |
| 05/08/2007 | 05/03/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.420000 | | 33,411.48 |
| 05/08/2007 | 05/03/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.270000 | | 34,261.47 |
| 05/08/2007 | 05/03/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.470000 | | 33,461.48 |
| 05/08/2007 | 05/03/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.450000 | | 33,441.48 |
| 05/08/2007 | 05/03/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 2,000.000 | $33.530000 | | 67,044.97 |
| 05/08/2007 | 05/03/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.310000 | | 34,301.47 |

0741245 17265972 20070531 743107886

STATEMENT PERIOD May 1, 2007
THROUGH May 31, 2007
ACCOUNT NUMBER 17265972

**TRADENEW3.EPS**

Page 9 of 42

## Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/08/2007 | 05/03/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.580000 | | 33,571.48 |
| 05/08/2007 | 05/03/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.590000 | | 33,581.48 |
| 05/08/2007 | 05/03/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.300000 | | 34,291.47 |
| 05/08/2007 | 05/03/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 2,000.000 | $33.580000 | | 67,144.97 |
| 05/08/2007 | 05/03/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.350000 | -68,714.00 | |
| 05/08/2007 | 05/03/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.350000 | -68,714.00 | |
| 05/08/2007 | 05/03/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $33.640000 | -33,648.00 | |
| 05/08/2007 | 05/03/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.360000 | -68,734.00 | |
| 05/08/2007 | 05/03/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $33.640000 | -33,648.00 | |
| 05/08/2007 | 05/03/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.340000 | -68,694.00 | |
| 05/08/2007 | 05/03/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $33.640000 | -33,648.00 | |
| 05/08/2007 | 05/03/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $33.660000 | -33,668.00 | |

0741245 17265972 20070531 743107866

STATEMENT PERIOD May 1, 2007
THROUGH May 31, 2007
ACCOUNT NUMBER 17265972

## TRADENEW3.EPS

Page 10 of 42

### Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/08/2007 | 05/03/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.340000 | -68,694.00 | |
| 05/08/2007 | 05/03/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.340000 | -68,694.00 | |
| 05/08/2007 | 05/03/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $33.600000 | -67,214.00 | |
| 05/08/2007 | 05/03/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $33.540000 | -67,094.00 | |
| 05/08/2007 | 05/03/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $33.650000 | -33,658.00 | |
| 05/08/2007 | 05/03/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $33.650000 | -33,658.00 | |
| 05/08/2007 | 05/03/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $33.570000 | -67,154.00 | |
| 05/09/2007 | 05/04/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.560000 | | 34,551.47 |
| 05/09/2007 | 05/04/2007 | Sold | Short | EBAY INC COM Short | EBAY | 5,000.000 | $34.570000 | | 172,815.35 |
| 05/09/2007 | 05/04/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 1,000.000 | $34.440000 | -34,448.00 | |
| 05/09/2007 | 05/04/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 1,000.000 | $34.440000 | -34,448.00 | |
| 05/09/2007 | 05/04/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 1,000.000 | $34.450000 | -34,458.00 | |

074124S  17265972  20070531  743107886

STATEMENT PERIOD  May 1, 2007
THROUGH  May 31, 2007
ACCOUNT NUMBER  17265972

**TRADENEW3.EPS**

Page 11 of  42

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/09/2007 | 05/04/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 1,000.000 | $34.440000 | -34,448.00 | |
| 05/09/2007 | 05/04/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 1,000.000 | $34.440000 | -34,448.00 | |
| 05/09/2007 | 05/04/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 1,000.000 | $34.460000 | -34,468.00 | |
| 05/10/2007 | 05/07/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.420000 | -33,428.00 | |
| 05/10/2007 | 05/07/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.420000 | -33,428.00 | |
| 05/10/2007 | 05/07/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.420000 | -33,428.00 | |
| 05/10/2007 | 05/07/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.420000 | -33,428.00 | |
| 05/10/2007 | 05/07/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.420000 | -33,428.00 | |
| 05/10/2007 | 05/07/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.400000 | -33,408.00 | |
| 05/10/2007 | 05/07/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,500.000 | $33.220000 | | 49,818.23 |
| 05/10/2007 | 05/07/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,500.000 | $33.120000 | | 49,668.23 |
| 05/10/2007 | 05/07/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,500.000 | $33.090000 | | 49,623.24 |
| 05/10/2007 | 05/07/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,500.000 | $33.170000 | | 49,743.23 |
| 05/10/2007 | 05/07/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $34.468000 | | 34,459.47 |
| 05/10/2007 | 05/07/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $34.500000 | | 34,491.47 |
| 05/10/2007 | 05/07/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $34.420000 | -34,428.00 | |

0741245 17265972 20070531 743107886

STATEMENT PERIOD    May 1, 2007
THROUGH             May 31, 2007
ACCOUNT NUMBER      17265972

**TRADENEW3.EPS**

Page 12 of 42

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/10/2007 | 05/07/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $34.490000 | -34,498.00 | |
| 05/11/2007 | 05/10/2007 | Bought | Margin | NVIDIA CORP MAY '07 @ 32 1/2 CALL Opening Contract | UVA EZ | 50.000 | $1.350000 | -6,800.00 | |
| 05/11/2007 | 05/10/2007 | Sold | Margin | NVIDIA CORP MAY '07 @ 32 1/2 CALL Closing Contract | UVA EZ | 50.000 | $1.400000 | | 6,949.89 |
| 05/11/2007 | 05/10/2007 | Sold | Margin | EAGLE BULK SHIPPING INC MAY '07 @ 22 1/2 PUT Closing Contract | QEK QX | 6.000 | $0.500000 | | 293.99 |
| 05/11/2007 | 05/10/2007 | Sold | Margin | EAGLE BULK SHIPPING INC MAY '07 @ 22 1/2 PUT Closing Contract | QEK QX | 44.000 | $0.450000 | | 1,935.96 |
| 05/11/2007 | 05/08/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.320000 | | 44,311.32 |
| 05/11/2007 | 05/08/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.310000 | | 44,301.32 |
| 05/11/2007 | 05/08/2007 | Sold | Short | PRICELINE COM INC COM NEW Short | PCLN | 50.000 | $63.630000 | | 3,180.45 |
| 05/11/2007 | 05/08/2007 | Sold | Short | PRICELINE COM INC COM NEW Short | PCLN | 200.000 | $63.610000 | | 12,719.80 |
| 05/11/2007 | 05/08/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.286000 | | 44,277.32 |
| 05/11/2007 | 05/08/2007 | Sold | Short | PRICELINE COM INC COM NEW Short | PCLN | 200.000 | $63.500000 | | 12,697.80 |
| 05/11/2007 | 05/08/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.298060 | | 44,289.38 |

074124S  17265972  20070531  743107886

STATEMENT PERIOD   May 1, 2007
THROUGH            May 31, 2007
ACCOUNT NUMBER     17265972

**TRADENEW3.EPS**

Page 13 of 42

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/11/2007 | 05/08/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 2,000.000 | $44.550500 | | 89,085.63 |
| 05/11/2007 | 05/08/2007 | Sold | Short | PRICELINE COM INC COM NEW Short | PCLN | 200.000 | $63.690000 | | 12,735.80 |
| 05/11/2007 | 05/08/2007 | Sold | Short | PRICELINE COM INC COM NEW Short | PCLN | 200.000 | $63.730000 | | 12,743.80 |
| 05/11/2007 | 05/08/2007 | Sold | Short | PRICELINE COM INC COM NEW Short | PCLN | 200.000 | $63.760000 | | 12,749.80 |
| 05/11/2007 | 05/08/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 2,000.000 | $44.580000 | | 89,144.63 |
| 05/11/2007 | 05/08/2007 | Sold | Short | PRICELINE COM INC COM NEW Short | PCLN | 200.000 | $63.660000 | | 12,729.80 |
| 05/11/2007 | 05/08/2007 | Sold | Short | PRICELINE COM INC COM NEW Short | PCLN | 200.000 | $63.714850 | | 12,740.77 |
| 05/11/2007 | 05/08/2007 | Sold | Short | PRICELINE COM INC COM NEW Short | PCLN | 200.000 | $63.550000 | | 12,707.80 |
| 05/11/2007 | 05/08/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 2,000.000 | $44.600000 | -89,214.00 | |
| 05/11/2007 | 05/08/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 2,000.000 | $44.562860 | -89,139.72 | |
| 05/11/2007 | 05/08/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $44.270000 | -44,278.00 | |
| 05/11/2007 | 05/08/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $44.280000 | -44,288.00 | |

074124S  17265972  20070531  743107886

STATEMENT PERIOD May 1, 2007
THROUGH May 31, 2007
ACCOUNT NUMBER 17265972

TRADENEW3.EPS

Page 14 of 42

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/11/2007 | 05/08/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $44.260000 | -44,268.00 | |
| 05/11/2007 | 05/08/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $44.270000 | -44,278.00 | |
| 05/11/2007 | 05/08/2007 | Bought | Short | PRICELINE COM INC COM NEW Cover Short | PCLN | 100.000 | $63.720000 | -6,373.00 | |
| 05/14/2007 | 05/09/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.390000 | | 34,381.47 |
| 05/14/2007 | 05/09/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.380000 | | 34,371.47 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $32.960000 | | 32,951.49 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $32.960000 | | 32,951.49 |
| 05/14/2007 | 05/09/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.420000 | | 34,411.47 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $32.940000 | | 32,931.49 |
| 05/14/2007 | 05/09/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.440000 | | 34,431.47 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $32.960000 | | 32,951.49 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.050000 | | 33,041.49 |

074124S 17265972 20070531 743107886

STATEMENT PERIOD May 1, 2007
THROUGH May 31, 2007
ACCOUNT NUMBER 17265972

**TRADENEW3.EPS**

Page 15 of 42

### Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/14/2007 | 05/09/2007 | Sold | Short | EBAY INC COM | EBAY | 1,000.000 | $34.380000 | | 34,371.47 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.350000 | | 33,341.48 |
| 05/14/2007 | 05/09/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.380000 | | 34,371.47 |
| 05/14/2007 | 05/09/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.420000 | | 34,411.47 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $32.960000 | | 32,951.49 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.030000 | | 33,021.49 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.350000 | | 33,341.48 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.350000 | | 33,341.48 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 2,000.000 | $33.130000 | | 66,244.98 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 2,000.000 | $33.130000 | | 66,244.98 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.110000 | | 33,101.49 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.347290 | | 33,338.77 |

074124S 17265972 20070531 74310786

STATEMENT PERIOD    May 1, 2007
THROUGH             May 31, 2007
ACCOUNT NUMBER      17265972

**TRADENEW3.EPS**

Page 16 of 42

### Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.190000 | | 33,181.49 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,600.000 | $33.200000 | | 53,107.58 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $33.180000 | | 33,171.49 |
| 05/14/2007 | 05/09/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 400.000 | $33.130000 | | 13,247.79 |
| 05/14/2007 | 05/09/2007 | Bought | Short | PRICELINE COM INC COM NEW Cover Short | PCLN | 200.000 | $62.045000 | -12,411.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | PRICELINE COM INC COM NEW Cover Short | PCLN | 200.000 | $61.190000 | -12,240.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | PRICELINE COM INC COM NEW Cover Short | PCLN | 200.000 | $61.240000 | -12,250.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $33.140000 | -33,148.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | PRICELINE COM INC COM NEW Cover Short | PCLN | 200.000 | $61.150000 | -12,232.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.530000 | -69,074.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $33.150000 | -33,158.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $33.140000 | -33,148.00 | |

074124S  17265972  20070531  74310786

**TRADENEW3.EPS**

STATEMENT PERIOD   May 1, 2007
THROUGH            May 31, 2007
ACCOUNT NUMBER     17265972

Page 17 of 42

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/14/2007 | 05/09/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.540000 | -69,094.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $33.150000 | -66,314.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 3,000.000 | $34.540000 | -103,640.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 5,000.000 | $33.460000 | -167,332.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $33.380000 | -33,388.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | PRICELINE COM INC COM NEW Cover Short | PCLN | 200.000 | $61.190000 | -12,240.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | PRICELINE COM INC COM NEW Cover Short | PCLN | 200.000 | $61.170000 | -12,236.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | PRICELINE COM INC COM NEW Cover Short | PCLN | 150.000 | $61.170000 | -9,177.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $33.460000 | -66,934.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $33.280000 | -66,574.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $33.300000 | -66,614.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | PRICELINE COM INC COM NEW Cover Short | PCLN | 200.000 | $61.171250 | -12,236.25 | |

TRADENEW3.EPS

074124S  17265972  20070531  743107886

STATEMENT PERIOD    May 1, 2007
THROUGH             May 31, 2007
ACCOUNT NUMBER      17265972

Page 18  of  42

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/14/2007 | 05/09/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 2,000.000 | $33.250000 | -66,514.00 | |
| 05/14/2007 | 05/09/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $33.400000 | -33,408.00 | |
| 05/15/2007 | 05/10/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 540.000 | $32.620000 | -17,620.04 | |
| 05/15/2007 | 05/10/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $32.630000 | -32,638.00 | |
| 05/15/2007 | 05/10/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $32.720000 | -32,728.00 | |
| 05/15/2007 | 05/10/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $32.660050 | -32,668.05 | |
| 05/15/2007 | 05/10/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $32.730000 | -32,738.00 | |
| 05/15/2007 | 05/10/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $32.650000 | -32,658.00 | |
| 05/15/2007 | 05/10/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $32.970000 | -32,978.00 | |
| 05/15/2007 | 05/10/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $32.720000 | -32,728.00 | |
| 05/15/2007 | 05/10/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $32.940000 | -32,948.00 | |
| 05/15/2007 | 05/10/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $32.640000 | -32,648.00 | |
| 05/15/2007 | 05/10/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.000000 | -33,008.00 | |
| 05/15/2007 | 05/10/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $32.940000 | -32,948.00 | |
| 05/15/2007 | 05/10/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $32.910000 | -32,918.00 | |
| 05/15/2007 | 05/10/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $32.870000 | -32,878.00 | |
| 05/15/2007 | 05/10/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 5,000.000 | $32.793200 | | 163,931.49 |

**TRADENEW3.EPS**

074124S  17265972  20070531  743107886

STATEMENT PERIOD    May 1, 2007
THROUGH             May 31, 2007
ACCOUNT NUMBER      17265972

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/15/2007 | 05/10/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 2,540.000 | $32.730000 | | 83,115.68 |
| 05/15/2007 | 05/10/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $33.040000 | | 33,031.49 |
| 05/15/2007 | 05/10/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 500.000 | $34.312000 | | 17,150.73 |
| 05/15/2007 | 05/10/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 500.000 | $34.300000 | | 17,144.73 |
| 05/15/2007 | 05/10/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 500.000 | $34.300000 | | 17,144.73 |
| 05/15/2007 | 05/10/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 500.000 | $34.310000 | | 17,149.73 |
| 05/15/2007 | 05/10/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 500.000 | $34.310000 | | 17,149.73 |
| 05/15/2007 | 05/10/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 500.000 | $34.450000 | | 17,219.73 |
| 05/15/2007 | 05/10/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 500.000 | $34.400000 | | 17,194.73 |
| 05/15/2007 | 05/10/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 500.000 | $34.300000 | | 17,144.73 |
| 05/15/2007 | 05/10/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 500.000 | $34.300000 | | 17,144.73 |
| 05/15/2007 | 05/10/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 500.000 | $34.300000 | | 17,144.73 |
| 05/15/2007 | 05/10/2007 | Sold | Short | EBAY INC COM Short | EBAY | 5,000.000 | $34.080000 | | 170,365.39 |
| 05/15/2007 | 05/10/2007 | Sold | Short | EBAY INC COM Short | EBAY | 5,000.000 | $34.060000 | | 170,265.39 |
| 05/15/2007 | 05/10/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.030000 | | 34,021.47 |
| 05/15/2007 | 05/10/2007 | Sold | Short | EBAY INC COM Short | EBAY | 5,000.000 | $34.050000 | | 170,215.39 |

074124S  17265972  20070531  743107886

STATEMENT PERIOD   May 1, 2007
THROUGH            May 31, 2007
ACCOUNT NUMBER     17265972

**TRADENEW3.EPS**

Page 20 of 42

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/15/2007 | 05/10/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.030000 | | 34,021.47 |
| 05/15/2007 | 05/10/2007 | Sold | Short | EBAY INC COM Short | EBAY | 3,000.000 | $34.030000 | | 102,068.43 |
| 05/15/2007 | 05/10/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $34.030000 | | 34,021.47 |
| 05/15/2007 | 05/10/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 5,000.000 | $34.110000 | -170,582.00 | |
| 05/15/2007 | 05/10/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 5,000.000 | $34.110000 | -170,582.00 | |
| 05/15/2007 | 05/10/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 9,000.000 | $34.050000 | -306,506.00 | |
| 05/15/2007 | 05/10/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.060000 | -68,134.00 | |
| 05/17/2007 | 05/14/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.540000 | -34,548.00 | |
| 05/17/2007 | 05/14/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.560000 | -34,568.00 | |
| 05/17/2007 | 05/14/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.550000 | -34,558.00 | |
| 05/17/2007 | 05/14/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.620000 | | 34,611.47 |
| 05/17/2007 | 05/14/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.610000 | | 34,601.47 |
| 05/17/2007 | 05/14/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.610000 | | 34,601.47 |
| 05/17/2007 | 05/14/2007 | Sold | Short | EBAY INC COM Short | EBAY | 2,000.000 | $34.050000 | | 68,084.95 |

**TRADENEW3.EPS**

074124S  17265972  20070531  743107886

STATEMENT PERIOD    May 1, 2007
THROUGH             May 31, 2007
ACCOUNT NUMBER      17265972

Page 21  of  42

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/17/2007 | 05/14/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 2,000.000 | $34.020000 | -68,054.00 | |
| 05/18/2007 | 05/15/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.520000 | -34,528.00 | |
| 05/18/2007 | 05/15/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.520000 | -34,528.00 | |
| 05/18/2007 | 05/15/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.510000 | -34,518.00 | |
| 05/18/2007 | 05/15/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.520000 | -34,528.00 | |
| 05/18/2007 | 05/15/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.540000 | -34,548.00 | |
| 05/18/2007 | 05/15/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.570000 | | 34,561.47 |
| 05/18/2007 | 05/15/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 3,000.000 | $34.540000 | | 103,598.41 |
| 05/18/2007 | 05/15/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.570000 | | 34,561.47 |
| 05/18/2007 | 05/15/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.840000 | | 33,831.48 |
| 05/18/2007 | 05/15/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.820000 | | 33,811.48 |
| 05/18/2007 | 05/15/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 1,000.000 | $33.860000 | -33,868.00 | |
| 05/18/2007 | 05/15/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 1,000.000 | $33.880000 | -33,888.00 | |
| 05/21/2007 | 05/16/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $32.700000 | -32,708.00 | |
| 05/21/2007 | 05/16/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $32.700000 | -32,708.00 | |
| 05/21/2007 | 05/16/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $32.700000 | -32,708.00 | |

0741245 17265972 20070531 743107886

**TRADENEW3.EPS**

STATEMENT PERIOD    May 1, 2007
THROUGH            May 31, 2007
ACCOUNT NUMBER     17265972

Page 22 of 42

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/21/2007 | 05/16/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $32.700000 | -32,708.00 | |
| 05/21/2007 | 05/16/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $32.700000 | -32,708.00 | |
| 05/21/2007 | 05/16/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $32.700000 | -32,708.00 | |
| 05/21/2007 | 05/16/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $32.700000 | -32,708.00 | |
| 05/21/2007 | 05/16/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $32.650000 | -32,658.00 | |
| 05/21/2007 | 05/16/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $32.630000 | -32,638.00 | |
| 05/21/2007 | 05/16/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $32.650000 | -32,658.00 | |
| 05/21/2007 | 05/16/2007 | Sold | Margin | EBAY INC COM | EBAY | 5,000.000 | $32.658528 | | 163,258.14 |
| 05/21/2007 | 05/16/2007 | Sold | Margin | EBAY INC COM | EBAY | 5,000.000 | $32.640000 | | 165,165.50 |
| 05/22/2007 | 05/17/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $33.100000 | -33,108.00 | |
| 05/22/2007 | 05/17/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $33.100000 | -33,108.00 | |
| 05/22/2007 | 05/17/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $33.100000 | -33,108.00 | |
| 05/22/2007 | 05/17/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $33.100000 | -33,108.00 | |
| 05/22/2007 | 05/17/2007 | Bought | Margin | EBAY INC COM | EBAY | 1,000.000 | $33.100000 | -33,108.00 | |
| 05/22/2007 | 05/17/2007 | Sold | Margin | EBAY INC COM | EBAY | 5,000.000 | $33.070000 | | 165,315.47 |
| 05/22/2007 | 05/17/2007 | Sold | Short | EBAY INC COM Short | EBAY | 700.000 | $33.390000 | | 23,366.44 |
| 05/22/2007 | 05/17/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.370000 | | 33,361.48 |

074124S 17265972 20070531 74310886

STATEMENT PERIOD   May 1, 2007
THROUGH          May 31, 2007
ACCOUNT NUMBER      17265972

Page 23 of 42

## TRADENEW3.EPS

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/22/2007 | 05/17/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.420000 | | 33,411.48 |
| 05/22/2007 | 05/17/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.440000 | | 33,431.48 |
| 05/22/2007 | 05/17/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.410000 | | 33,401.48 |
| 05/22/2007 | 05/17/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.450000 | | 33,441.48 |
| 05/22/2007 | 05/17/2007 | Sold | Short | EBAY INC COM Short | EBAY | 1,000.000 | $33.480000 | | 33,471.48 |
| 05/22/2007 | 05/17/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 5,000.000 | $33.382256 | -166,943.28 | |
| 05/22/2007 | 05/17/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 700.000 | $33.228571 | -23,266.20 | |
| 05/22/2007 | 05/17/2007 | Bought | Short | EBAY INC COM Cover Short | EBAY | 1,000.000 | $33.220000 | -33,228.00 | |
| 05/23/2007 | 05/18/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.000000 | | 43,991.32 |
| 05/23/2007 | 05/18/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.040000 | | 44,031.32 |
| 05/23/2007 | 05/18/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $43.990000 | | 43,981.32 |
| 05/23/2007 | 05/18/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.030000 | | 44,021.32 |

**TRADENEW3.EPS**

Page 24 of 42

074124S 17265972 20070531 743107886

STATEMENT PERIOD    May 1, 2007
THROUGH             May 31, 2007
ACCOUNT NUMBER      17265972

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/23/2007 | 05/18/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.030000 | | 44,021.32 |
| 05/23/2007 | 05/18/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.056960 | | 44,048.28 |
| 05/23/2007 | 05/18/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.030000 | | 44,021.32 |
| 05/23/2007 | 05/18/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.010000 | | 44,001.32 |
| 05/23/2007 | 05/18/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.010000 | | 44,001.32 |
| 05/23/2007 | 05/18/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.010000 | | 44,001.32 |
| 05/23/2007 | 05/18/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 500.000 | $44.050000 | | 22,019.66 |
| 05/23/2007 | 05/18/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.070000 | | 44,061.32 |
| 05/23/2007 | 05/18/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.120000 | | 44,111.32 |
| 05/23/2007 | 05/18/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 500.000 | $44.050000 | | 22,019.66 |
| 05/23/2007 | 05/18/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.080000 | | 44,071.32 |
| 05/23/2007 | 05/18/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $44.060000 | | 44,051.32 |

074124S  17265972 20070531 743107886

STATEMENT PERIOD    May 1, 2007
THROUGH             May 31, 2007
ACCOUNT NUMBER      17265972

**TRADENEW3.EPS**

Page 25 of 42

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/23/2007 | 05/18/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 900.000 | $43.940000 | -39,553.40 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 100.000 | $43.960000 | -4,397.00 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 500.000 | $43.960000 | -21,985.00 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 500.000 | $43.970000 | -21,990.00 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $44.010000 | -44,018.00 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $44.000000 | -44,008.00 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $44.010000 | -44,018.00 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $44.010000 | -44,018.00 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $44.010000 | -44,018.00 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $43.943140 | -43,951.14 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $43.950000 | -43,958.00 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $43.950000 | -43,958.00 | |

0741245 17265972 20070531 743107886

**TRADENEW3.EPS**

STATEMENT PERIOD  May 1, 2007
THROUGH           May 31, 2007
ACCOUNT NUMBER    17265972

Page 26 of 42

## Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/23/2007 | 05/18/2007 | Bought | Short | SANDISK CORP COM | SNDK | 1,000.000 | $43.940000 | -43,948.00 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | Cover Short SANDISK CORP COM | SNDK | 1,000.000 | $43.950000 | -43,958.00 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | Cover Short SANDISK CORP COM | SNDK | 500.000 | $43.950000 | -21,980.00 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | Cover Short SANDISK CORP COM | SNDK | 500.000 | $43.950000 | -21,980.00 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | Cover Short SANDISK CORP COM | SNDK | 500.000 | $43.960000 | -21,985.00 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | Cover Short SANDISK CORP COM | SNDK | 500.000 | $43.960000 | -21,985.00 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | Cover Short SANDISK CORP COM | SNDK | 500.000 | $43.950000 | -21,980.00 | |
| 05/23/2007 | 05/18/2007 | Bought | Short | Cover Short SANDISK CORP COM | SNDK | 500.000 | $43.940000 | -21,975.00 | |
| 05/24/2007 | 05/21/2007 | Sold | Short | Cover Short NVIDIA CORP COM Short | NVDA | 1,000.000 | $35.270000 | | 35,261.46 |
| 05/24/2007 | 05/21/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $35.290000 | | 35,281.46 |
| 05/24/2007 | 05/21/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $35.280000 | | 35,271.46 |
| 05/24/2007 | 05/21/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,700.000 | $35.214706 | -59,877.20 | |

TRADENEW3.EPS

074124S 17265972 20070531 74310786

STATEMENT PERIOD   May 1, 2007
THROUGH            May 31, 2007
ACCOUNT NUMBER     17265972

Page 27 of 42

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/24/2007 | 05/21/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 300.000 | $35.220000 | -10,569.00 | |
| 05/24/2007 | 05/21/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $35.220000 | -35,228.00 | |
| 05/25/2007 | 05/22/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.710000 | -34,718.00 | |
| 05/25/2007 | 05/22/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.700000 | -34,708.00 | |
| 05/25/2007 | 05/22/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.700000 | -34,708.00 | |
| 05/25/2007 | 05/22/2007 | Bought | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.710000 | -34,718.00 | |
| 05/25/2007 | 05/22/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.808000 | | 34,799.46 |
| 05/25/2007 | 05/22/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.820000 | | 34,811.46 |
| 05/25/2007 | 05/22/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.800000 | | 34,791.46 |
| 05/25/2007 | 05/22/2007 | Sold | Margin | NVIDIA CORP COM | NVDA | 1,000.000 | $34.860000 | | 34,851.46 |
| 05/25/2007 | 05/22/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 2,000.000 | $43.513220 | | 87,011.10 |
| 05/25/2007 | 05/22/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 2,000.000 | $43.509500 | | 87,003.66 |
| 05/25/2007 | 05/22/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $35.220000 | | 35,211.46 |
| 05/25/2007 | 05/22/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 2,000.000 | $43.500000 | | 86,984.66 |
| 05/25/2007 | 05/22/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $35.220000 | | 35,211.46 |

074124S  17265972  20070531  74310788

STATEMENT PERIOD    May 1, 2007
THROUGH             May 31, 2007
ACCOUNT NUMBER      17265972

**TRADENEW3.EPS**

Page 28 of 42

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/25/2007 | 05/22/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 2,000.000 | $43.500000 | | 86,984.66 |
| 05/25/2007 | 05/22/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $35.210000 | | 35,201.46 |
| 05/25/2007 | 05/22/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $35.300000 | | 35,291.45 |
| 05/25/2007 | 05/22/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $35.300000 | | 35,291.45 |
| 05/25/2007 | 05/22/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $35.330000 | | 35,321.45 |
| 05/25/2007 | 05/22/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $35.320000 | | 35,311.45 |
| 05/25/2007 | 05/22/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $35.360000 | | 35,351.45 |
| 05/25/2007 | 05/22/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $35.300000 | | 35,291.45 |
| 05/25/2007 | 05/22/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $35.390000 | | 35,381.45 |
| 05/25/2007 | 05/22/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $35.410000 | | 35,401.45 |
| 05/25/2007 | 05/22/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $35.450000 | | 35,441.45 |
| 05/25/2007 | 05/22/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $35.450000 | | 35,441.45 |