0741245 17265972 20070629 743107886

STATEMENT PERIOD   May 31, 2007
THROUGH            June 29, 2007
ACCOUNT NUMBER     17265972

**TRADENEW3.EPS**

Page 11  of  16

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/27/2007 | 06/26/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Opening Contract | RFY GN | 10.000 | $6.100000 | -6,110.00 | |
| 06/29/2007 | 06/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Opening Contract | RFY GN | 10.000 | $4.800000 | -4,810.00 | |
| 06/29/2007 | 06/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Opening Contract | RFY GN | 10.000 | $4.800000 | -4,810.00 | |
| 06/29/2007 | 06/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Opening Contract | RFY GN | 10.000 | $4.500000 | -4,510.00 | |
| 06/29/2007 | 06/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Opening Contract | RFY GN | 5.000 | $5.200000 | -2,605.00 | |
| 06/29/2007 | 06/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Opening Contract | RFY GN | 10.000 | $4.500000 | -4,510.00 | |
| 06/29/2007 | 06/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Opening Contract | RFY GN | 10.000 | $5.200000 | -5,210.00 | |
| 06/29/2007 | 06/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Opening Contract | RFY GN | 5.000 | $5.300000 | -2,655.00 | |
| 06/29/2007 | 06/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Opening Contract | RFY GN | 10.000 | $4.500000 | -4,510.00 | |
| 06/29/2007 | 06/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Opening Contract | RFY GN | 10.000 | $4.500000 | -4,510.00 | |
| 06/29/2007 | 06/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Opening Contract | RFY GN | 20.000 | $4.700000 | -9,420.00 | |
| 06/29/2007 | 06/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Opening Contract | RFY GN | 10.000 | $4.600000 | -4,610.00 | |

0741245 17265972 20070629 743107886

**TRADENEW3.EPS**

STATEMENT PERIOD  May 31, 2007
THROUGH           June 29, 2007
ACCOUNT NUMBER    17265972

Page 12 of 16

## Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/29/2007 | 06/28/2007 | Sold | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Closing Contract | RFY GN | 20.000 | $4.600000 | | 9,179.85 |
| 06/29/2007 | 06/28/2007 | Sold | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Closing Contract | RFY GN | 50.000 | $4.600000 | | 22,949.64 |
| 06/29/2007 | 06/28/2007 | Sold | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Closing Contract | RFY GN | 60.000 | $4.500000 | | 26,939.58 |
| 06/29/2007 | 06/28/2007 | Sold | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Closing Contract | RFY GN | 60.000 | $5.000000 | | 29,939.54 |
| 06/29/2007 | 06/28/2007 | Sold | Margin | RESEARCH IN MOTION LTD JUL '07 @ 170 CALL Closing Contract | RFY GN | 50.000 | $4.600000 | | 22,949.64 |
| Total Investment Activity | | | | | | | | -$1,241,890.00 | $1,203,075.35 |

## Deposits and Withdrawals

| Date | Transaction | Account Type | Description | Symbol/Cusip | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 06/12/2007 | Funds Deposited | Margin | WIRE REC'D ASTORIA FEDL SVGS | | | ▓▓▓▓▓ |
| 06/27/2007 | Funds Deposited | Margin | WIRE REC'D ASTORIA FEDL SVGS | | | $90,000.00 |
| Total Deposits and Withdrawals | | | | | $0.00 | |

## Dividends and Interest

| Date | Transaction | Account Type | Description | Symbol/Cusip | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 06/29/2007 | Credit Int | Margin | 1.250% 06/01-06/29 $63990 | | | 63.53 |
| Total Dividends and Interest | | | | | $0.00 | $63.53 |

0741245 17265972 20070629 74310786

TRADENEW3.EPS

STATEMENT PERIOD  May 31, 2007
THROUGH           June 29, 2007
ACCOUNT NUMBER    17265972

Page 13 of 16

## Miscellaneous Activity

| Date | Transaction | Account Type | Description | Symbol/Cusip | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 06/01/2007 | Adjustment | Margin | SHORT ACCT. MARK TO MARKET | | -6,139.29 | |
| 06/01/2007 | Adjustment | Short | SHORT ACCT. MARK TO MARKET | | | 6,139.29 |
| 06/08/2007 | Adjustment | Margin | SHORT ACCT. MARK TO MARKET | | -3,481.05 | |
| 06/08/2007 | Journal | Margin | TradeStation: ECN Books 06/07 | | -20.00 | |
| 06/08/2007 | Journal | Margin | TradeStation: NASD 06/07 | | -1.00 | |
| 06/08/2007 | Journal | Margin | TradeStation: AMEX 06/07 | | -1.00 | |
| 06/08/2007 | Journal | Margin | TradeStation: LVL 2 06/07 | | -10.00 | |
| 06/08/2007 | Journal | Margin | TradeStation: NASDTotalView06/ | | -5.00 | |
| 06/08/2007 | Journal | Margin | TradeStation: NYSE 06/07 | | -1.00 | |
| 06/08/2007 | Journal | Margin | TradeStation: OPRA 06/07 | | -3.00 | |
| 06/08/2007 | Adjustment | Short | SHORT ACCT. MARK TO MARKET | | | 3,481.05 |
| 06/15/2007 | Adjustment | Margin | SHORT ACCT. MARK TO MARKET | | -2,137.96 | |
| 06/15/2007 | Adjustment | Short | SHORT ACCT. MARK TO MARKET | | | 2,137.96 |
| 06/19/2007 | Journal | Margin | Option Cancellation Fee | | -1.00 | |
| **Total Miscellaneous** | | | | | **-$11,800.30** | **$11,758.30** |

## Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $15.900000 | -7,955.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $15.700000 | -7,855.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $15.800000 | -7,905.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $14.600000 | -7,305.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $14.500000 | -7,255.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $15.500000 | -7,755.00 | |

TRADENEW3.EPS

Page 14 of 16

07412AS 17265972 20070629 743107886

STATEMENT PERIOD  May 31, 2007
THROUGH  June 29, 2007
ACCOUNT NUMBER  17265972

**Trades Executed But Not Yet Settled**

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $14.800000 | -7,405.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $14.400000 | -7,205.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $14.400000 | -7,205.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $15.000000 | -7,505.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $15.300000 | -7,655.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $14.800000 | -7,405.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $14.400000 | -7,205.00 | |
| 07/02/2007 | 06/29/2007 | Sold | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Closing Contract | RFY SB | 65.000 | $14.700000 | | 95,483.53 |
| Total Trades Executed But Not Yet Settled | | | | | | | | -$97,615.00 | $95,483.53 |

0741245 1726S972 20070629 743107886

Please notify your account executive representative, or the director of brokerage client service or chief compliance office, in writing of any material changes in your financial circumstances or investment objectives. Remember, you have represented that your stock and short-term trading profits by actively trading using highly speculative methods.

## GUIDE TO YOUR STATEMENT
Your statement may contain the following sections:

**Your Portfolio at a Glance:** Reflects the net equity of your account at the close of the statement period, the net equity of your last statement and any change since that statement. Figures shown for Long and Short Market Value of Securities contain market values. A more comprehensive breakout of market values is reflected within the body of the statement.

**Transaction Summary and Cash Balance Summary:** Both show your opening and closing balances. Transaction Summary reflects the categories of cash activity. Cash and Cash Equivalent Balance Summary reflects the cash balances by account type. Opening Balance is the cash credit or debit carried over from the previous periods closing balance. Closing balance is the combination of the total debits and credits for the statement period together with the opening cash balance. A debit balance (money you owe us) is indicated by a minus sign in these sections.

**Retirement Account Summary:** Reflects the contributions received and distributions paid during this statement period as well as for the previous year.

**Your Portfolio Holdings:** Reflects cash and all securities in your account. Accrued interest represents interest earned but not yet paid or collected on the fixed income securities since the last coupon date. There is no guarantee that this interest will be paid by the issuer. Current yield is calculated by dividing the estimated annual income by the market value of the securities and represents an estimated current yield only.

## Market Prices/Bond Ratings
The market value of your holdings are as of the last business day of the statement period. Prices for determining market values represent estimates. These estimates are obtained from multiple sources, including outside services. Prices are typically based on bids, prices within the bid/offer spread, closing prices or matrix methodology that uses data relating to other securities whose prices are more ascertainable to produce a hypothetical price based on the estimated yield spread relationship between the securities. Pricing estimates may not consult bids for any securities. Actual prices realized for sale may be more or less than those shown on your statement. Bond Ratings are received from outside sources. While we believe our sources for market values and bond ratings to be reliable, we cannot

**Trades Executed But Not Yet Settled:** This section will reflect any trades not yet settled by the statement closing date. The settlement date is indicated in the first column.

## IMPORTANT NOTES
**Dividend Income:** Dividends credited to your account may include capital gains, non-taxable dividends and/or dividends on foreign stock. You may wish to consult your tax advisor with regard to your tax liability on these dividend credits.

**Methods of Computing Interest on Debit Balances:**
Interest is charged on a day-by-day basis for any day that there is a net debit balance in your overall account. The calculation is made on a 365-day basis at the rate or rates shown on the statement. Interest rates may be changed from time to time with fluctuating money market rates or for other reasons.

Customer free credit balances may be used in this firm's business subject to the limitation 17CFR Section 240.15c3-3 under the Securities Exchange Act of 1934. You have the right to receive from us in the course of normal business operation, upon demand, the delivery of:

a) any free credit balances to which you are entitled
b) any fully-paid securities to which you are entitled
c) any securities purchased on margin upon full payment of any indebtedness to us.

If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general account and special memorandum account maintained for you under Section 220.8 of Regulation T, issued by the Board of Governors of the Federal Reserve System. The permanent record of this separate account, as required by Regulation T, is available for your inspection.

**For Option Accounts:**Further information with respect to commissions and other charges related to the execution of listed options transactions has been included on confirmations of such transactions previously furnished to you and such information will be made available to you promptly upon written request.

**Bearer Bonds:** If any securities held by us for your account are bearer obligations which have been issued since December 31, 1982 with original maturities of more than one year, we agree that we will satisfy the conditions set forth in subdivisions (i), (ii) and (iii) of Treasury Regulation Section 1.165-12 (c) (3) and covenant that we will comply with the requirements of Treasury Regulation Section 1.165-12 (c) (1) (iii) concerning the delivery of such bearer obligations.

**Financial Statement:** A financial statement of our firm is available for your personal inspection at our

directly with us by you, through your broker or otherwise or as a result of transactions we process for your account. Inquiries concerning the positions and balances in your account may be directed to our Client Services Department at (954) 652-7920 or (800) 871-3577. If your account is introduced by another broker, all other inquiries regarding your account, including all activity therein should be directed to such broker.

**Reportable to the Internal Revenue Service:** As required by law, at year end, we will report to you and to the Internal Revenue Service, and to certain states, certain information on sales (including short sales), dividends, and various types of interest that have been credited to your account.

**Statement Frequency:** Statements will be mailed to customers who have transaction during the statement period affecting money balances and/or security positions. All other accounts will be sent statements at least four times during a calendar year provided that the account contains a money or security balance.

Please promptly notify the office servicing your account in writing of any change of address. The office servicing your account can be found on page 1.

Please prominently include your account number(s) in all correspondence.

Each customer's securities account held at TradeStation Securities, Inc. is insured up to the amount of total net equity representing a loss of both securities and/or cash up to $25,000,000 per account. The first $500,000 of protection, which includes up to $100,000 of protection for cash, is provided by SIPC (Securities Investor Protection Corporation) and the balance is provided by a separate excess SIPC bond issued by HSBC Insurance Brokers Limited covering accounts maintained at TradeStation Securities, Inc. up to an additional $24,500,000 per account, subject to a firm-wide maximum protection limit $200,000,000. Repurchase and stock loan transactions, reverse repurchase and stock loan transactions, as well as certain mutual funds, may not be covered by the excess SIPC bond.

Please promptly report any inaccuracy in your account statement to TradeStation s Client Service Department at (954)871-3577 (outside the USA). Also, confirm any verbal communication in writing.

0741245 17265972 20070731 743107886

The TradeStation Building
Suite 2000
8050 S.W. 10th Street
Plantation, FL 33324
(954) 652-7920 * (800) 871-3577
www.tradestation.com

0000098247

RABINOVICH & ASSOCIATES, L.P.
ATTN: ALEX ROBINVICH
2250 E. 4TH STREET, STE. 2-C
BROOKLYN NY 11223

| STATEMENT PERIOD | June 29, 2007 |
| THROUGH | July 31, 2007 |
| ACCOUNT NUMBER | 17265972 |
| LAST STATEMENT | June 29, 2007 |

| Your Portfolio at a Glance | This Period |
|---|---|
| Long Market Value | 0.00 |
| Short Market Value | 0.00 |
| Total Value of Securities | $0.00 |
| Cash Balance | 118,134.75 |
| Short Cash Balance | 0.00 |
| Net Cash Balance | $118,134.75 |
| Net Equity | |
| Net Equity Last Statement | $120,588.98 |
| Change Since Last Statement | -$2,454.23 |

| Transaction Summary | |
|---|---|
| Opening Balance | 138,988.98 |
| Securities Sold | 138,332.83 |
| Funds Deposited | 0.00 |
| Money Fund Purchase | 0.00 |
| Dividends/Interest | 118.94 |
| Miscellaneous | 0.00 |
| Amount Credited | $138,451.77 |
| Securities Bought | -140,865.00 |
| Funds Withdrawn | 0.00 |
| Money Fund Redemption | 0.00 |
| Dividends/Interest Charged | 0.00 |
| Miscellaneous | -41.00 |
| Amount Debited | -$140,906.00 |
| Net Cash Activity | -$2,454.23 |
| Closing Balance | $118,134.75 |

| Cash & Cash Equivalent Balance Summary | Opening | Closing |
|---|---|---|
| Margin | 120,588.98 | 118,134.75 |
| Net Cash Balance | $120,588.98 | $118,134.75 |
| Net Cash & Cash Equivalent Balance | $120,588.98 | $118,134.75 |

Same day transfers of cash between account types are not included in this section; such transfers, as well as details for all transactions this period appear in the Transaction Detail.

074124S 17265972 20070731 74310786

STATEMENT PERIOD    June 29, 2007
THROUGH    July 31, 2007
ACCOUNT NUMBER    17265972

**TRADENEW3.EPS**

Page 2   of   6

Your Portfolio Holdings

Cash and Cash Equivalents

| Description | Market Value |
|---|---|
| Cash Balance | 118,134.75 |
| Total Cash and Cash Equivalents | $118,134.75 |

| TOTAL MARKET VALUE OF PRICED SECURITIES | $0.00 |
|---|---|

074124S 17265972 20070731 743107886

STATEMENT PERIOD    June 29, 2007
THROUGH             July 31, 2007
ACCOUNT NUMBER      17265972

**TRADENEW3.EPS**

Page 3  of  6

Transaction Detail

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $15.900000 | -7,955.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $15.700000 | -7,855.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $15.800000 | -7,905.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $14.600000 | -7,305.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $14.500000 | -7,255.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $15.500000 | -7,755.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $14.800000 | -7,405.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $14.400000 | -7,205.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $14.400000 | -7,205.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $15.000000 | -7,505.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $15.300000 | -7,655.00 | |
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $14.800000 | -7,405.00 | |

074124S 17265972 20070731 743107886

STATEMENT PERIOD    June 29, 2007
THROUGH             July 31, 2007
ACCOUNT NUMBER      17265972

**TRADENEW3.EPS**

Page 4    of    6

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/02/2007 | 06/29/2007 | Bought | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Opening Contract | RFY SB | 5.000 | $14.400000 | -7,205.00 | |
| 07/02/2007 | 06/29/2007 | Sold | Margin | RESEARCH IN MOTION LTD JUL '07 @ 210 PUT Closing Contract | RFY SB | 65.000 | $14.700000 | | 95,483.53 |
| 07/31/2007 | 07/30/2007 | Bought | Margin | RESEARCH IN MOTION LTD AUG '07 @ 220 CALL Opening Contract | RFY HD | 10.000 | $8.600000 | -8,610.00 | |
| 07/31/2007 | 07/30/2007 | Bought | Margin | RESEARCH IN MOTION LTD AUG '07 @ 220 CALL Opening Contract | RFY HD | 10.000 | $8.600000 | -8,610.00 | |
| 07/31/2007 | 07/30/2007 | Bought | Margin | RESEARCH IN MOTION LTD AUG '07 @ 220 CALL Opening Contract | RFY HD | 10.000 | $8.700000 | -8,710.00 | |
| 07/31/2007 | 07/30/2007 | Bought | Margin | RESEARCH IN MOTION LTD AUG '07 @ 220 CALL Opening Contract | RFY HD | 10.000 | $8.700000 | -8,710.00 | |
| 07/31/2007 | 07/30/2007 | Bought | Margin | RESEARCH IN MOTION LTD AUG '07 @ 220 CALL Opening Contract | RFY HD | 10.000 | $8.600000 | -8,610.00 | |
| 07/31/2007 | 07/30/2007 | Sold | Margin | RESEARCH IN MOTION LTD AUG '07 @ 220 CALL Closing Contract | RFY HD | 10.000 | $8.500000 | | 8,489.86 |
| 07/31/2007 | 07/30/2007 | Sold | Margin | RESEARCH IN MOTION LTD AUG '07 @ 220 CALL Closing Contract | RFY HD | 10.000 | $8.600000 | | 8,589.86 |
| 07/31/2007 | 07/30/2007 | Sold | Margin | RESEARCH IN MOTION LTD AUG '07 @ 220 CALL Closing Contract | RFY HD | 10.000 | $8.600000 | | 8,589.86 |
| 07/31/2007 | 07/30/2007 | Sold | Margin | RESEARCH IN MOTION LTD AUG '07 @ 220 CALL Closing Contract | RFY HD | 10.000 | $8.600000 | | 8,589.86 |
| 07/31/2007 | 07/30/2007 | Sold | Margin | RESEARCH IN MOTION LTD AUG '07 @ 220 CALL Closing Contract | RFY HD | 10.000 | $8.600000 | | 8,589.86 |
| Total Investment Activity | | | | | | | | -$140,865.00 | $138,332.83 |

TRADENEW3.EPS

074124S 17265972 20070731 743107886

STATEMENT PERIOD   June 29, 2007
THROUGH            July 31, 2007
ACCOUNT NUMBER     17265972

Page 5  of  6

Dividends and Interest

| Date | Transaction | Account Type | Description | Symbol/Cusip | Debit Amount | Credit Amount |
|------|-------------|--------------|-------------|--------------|--------------|---------------|
| 07/31/2007 | Credit Int | Margin | 1.250% 06/30-07/31 | $108544 | | 118.94 |
| Total Dividends and Interest | | | | | $0.00 | $118.94 |

Miscellaneous Activity

| Date | Transaction | Account Type | Description | Symbol/Cusip | Debit Amount | Credit Amount |
|------|-------------|--------------|-------------|--------------|--------------|---------------|
| 07/06/2007 | Journal | Margin | TradeStation: ECN Books 07/07 | | -20.00 | |
| 07/06/2007 | Journal | Margin | TradeStation: AMEX 07/07 | | -1.00 | |
| 07/06/2007 | Journal | Margin | TradeStation: NASDTotalView07/ | | -5.00 | |
| 07/06/2007 | Journal | Margin | TradeStation: LVL 2 07/07 | | -10.00 | |
| 07/06/2007 | Journal | Margin | TradeStation: NASD 07/07 | | -1.00 | |
| 07/06/2007 | Journal | Margin | TradeStation: OPRA 07/07 | | -3.00 | |
| 07/06/2007 | Journal | Margin | TradeStation: NYSE 07/07 | | -1.00 | |
| Total Miscellaneous | | | | | -$41.00 | $0.00 |

074124S 17265972 20070731 743107886

Please notify your account executive or representative, or the director of brokerage client service or chief compliance office, in writing of any material changes in your financial circumstances or investment objectives. Remember, you should have represented that your objectives are to seek short-term trading profits by actively trading using highly speculative methods.

## GUIDE TO YOUR STATEMENT

Your statement may contain the following sections:

**Your Portfolio at a Glance:** Reflects the net equity of your account at the close of the statement period, the net equity of your account last statement, and any change since the last statement. Values shown for Long and Short Market Value of Securities contain netted values. A more comprehensive breakout of market values is reflected within the body of the statement.

**Transaction Summary and Cash Balance Summary:** Both show your opening and closing balances. Transaction Summary reflects the categories of cash activity. Cash and Cash Equivalent Balance Summary reflects the cash balances by account type. Opening balance is the credit or debit carried over from the previous period's closing balance. Closing balance is the combination of the total debits and credits for the statement period together with the opening cash balance. A debit balance (money you owe us) is indicated by a minus sign in these sections.

**Retirement Account Summary:** Reflects the contributions received and distributions paid during this statement period as well as for the previous year.

**Your Portfolio Holdings:** Reflects cash and all securities in your account. Accrued interest represents interest earned but not yet paid or collected on the fixed income securities since the last coupon date. There is no guarantee that this interest will be paid by the issuer. Current yield is calculated by dividing the estimated annual income by the market value of the securities and represents an estimated current yield only.

## Market Prices/Bond Ratings

The market value of your holdings are as of the last business day of the statement period. Prices for determining market values represent estimates. These estimates are obtained from multiple sources, including outside pricing services. Pricing estimates based on bids, prices within the bid/offer spread, closing prices or matrix methodology that uses data relating to other securities whose prices are more ascertainable to produce a hypothetical price based on the estimated yield spread relationship between the securities. Actual prices realized at sale may be more or less than those shown on your statement. Bond Ratings are received from outside sources. While we believe our sources for market values and bond ratings to be reliable, we cannot

**Trades Executed But Not Yet Settled:** This section will reflect any trades not yet settled by the statement closing date. The settlement date is indicated in the first column.

## IMPORTANT NOTES

**Dividend Income:** Dividends credited to your account may include capital gains, non-taxable dividends and/or dividends on foreign stock. You may wish to consult your tax advisor with regard to your tax liability on these dividend credits.

**Methods of Computing Interest on Debit Balances:**
Interest is charged on a day-by-day basis for any day that there is a net debit balance in your overall account. The calculation is made on a 365-day basis at the rate or rates shown on the statement. Interest rates may be changed from time to time with fluctuating money market rates or for other reasons.

Customer free credit balances may be used in this firm's business subject to the limitation of 17CFR Section 240.15c3-3 under the Securities Exchange Act of 1934. You have the right to receive from us in the course of normal business operation, upon demand, the delivery of:

a) any free credit balances to which you are entitled
b) any fully-paid securities to which you are entitled
c) any securities purchased on margin upon full payment of any indebtedness to us

If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general account and special memorandum account maintained under Section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of this separate account, as required by Regulation T, is available for your inspection.

**For Option Accounts:**Further information with respect to commissions and other charges related to the execution of listed options transactions has been included on confirmations of such transactions previously furnished to you and such information will be made available to you promptly upon written request.

**Bearer Bonds:** If any securities held by us for your account are bearer obligations which have been issued since December 31, 1982 with original maturities of more than one year, we agree that we will satisfy the conditions set forth in subdivisions (i), (ii) and (iii) of Treasury Regulation Section 1.165-12 (c) (3) and covenant that we will comply with the requirements of the Treasury Regulation Section 1.165-12; (c) (1) (iii) concerning the delivery of such bearer obligations.

**Financial Statement:** A financial statement of our firm is available for your personal inspection at our

directly with us by you, through your broker or otherwise or as a result of transactions we process for your account. Inquiries concerning the positions and balances in your account may be directed to our Client Services Department at (954) 652-7920 or (800) 871-3577. If your account is introduced by another broker, all other inquiries regarding your account and the activity therein should be directed to such broker.

**Reportable to the Internal Revenue Service:** As required by law, at year end, we will report to you and to the Internal Revenue Service, and to certain states, certain information on sales (including short sales), dividends, and various types of interest that have been credited to your account.

**Statement Frequency:** Statements will be mailed to customers who have transaction during the statement period affecting money balances and/or securities positions. All other accounts will be sent statements at least four times during a calendar year provided that the account contains a money or security balance.

Please promptly notify the office servicing your account in writing of any change of address. The office servicing your account can be found on page 1.

Please prominently include your account number(s) in all correspondence.

Each customer's securities account held at TradeStation Securities, Inc. is insured with a combined equity amount of both equity and/or cash balances of up to $25,000,000 per account. The first $500,000 of protection, which includes up to $100,000 protection for cash, is provided by SIPC (Securities Investor Protection Corporation) and the balance is provided by a separate excess SIPC bond issued by HSBC Insurance Brokers Limited covering accounts maintained at TradeStation Securities, Inc. up to an additional $24,500,000 per account, subject to a firm-wide maximum protection limit of $200,000,000. Repurchase and stock loan transactions, as well as certain mutual funds, may not be covered by the excess SIPC bond.

Please promptly report any inaccuracy in your account statement to TradeStation's Client Service Department at (800)871-3577 (inside the USA) or (954)652-7920 (outside of the USA). Also confirm any verbal communication in writing.



24220/002 1 5 249 236 0000142193



# TradeStation®
## SECURITIES
Member NASD, NYSE, SIPC and NFA

The TradeStation Building
Suite 2000
8050 S.W. 10th Street
Plantation, FL 33324
(954) 652-7920 * (800) 871-3577
www.tradestation.com

| | |
|---|---|
| STATEMENT PERIOD | July 31, 2007 |
| THROUGH | August 31, 2007 |
| ACCOUNT NUMBER | 17265972 |
| LAST STATEMENT | July 31, 2007 |

0000142193
|..|..||...|..|..|..|||
RABINOVICH & ASSOCIATES, L.P.
ATTN: ALEX ROBINVICH
2250 E. 4TH STREET, STE. 2-C
BROOKLYN NY 11223

## Your Portfolio at a Glance

| | This Period |
|---|---|
| Long Market Value | 0.00 |
| Short Market Value | 0.00 |
| **Total Value of Securities** | **$0.00** |
| | |
| Cash Balance | 117,937.99 |
| Short Cash Balance | 0.00 |
| | |
| **Net Cash Balance** | **$117,937.99** |
| | |
| **Net Equity** | ~~$117,937.99~~ |
| | |
| Net Equity Last Statement | ~~$118,134.75~~ |
| | |
| Change Since Last Statement | -$196.76 |

## Transaction Summary

| | |
|---|---|
| Opening Balance | 118,134.75 |
| Securities Sold | 140,125.07 |
| Funds Deposited | ~~$0.00~~ |
| Money Fund Purchase | 0.00 |
| Dividends/Interest | 114.57 |
| Miscellaneous | 270.33 |
| **Amount Credited** | **$140,509.97** |
| | |
| Securities Bought | -140,395.40 |
| Funds Withdrawn | ~~$0.00~~ |
| Money Fund Redemption | 0.00 |
| Dividends/Interest Charged | -311.33 |
| Miscellaneous | 0.00 |
| **Amount Debited** | **-$140,706.73** |
| | |
| **Net Cash Activity** | **-$196.76** |
| | |
| **Closing Balance** | **$117,937.99** |

## Cash & Cash Equivalent Balance Summary

| | Opening | Closing |
|---|---|---|
| Margin | 118,134.75 | 117,937.99 |
| | | |
| **Net Cash Balance** | **$118,134.75** | **$117,937.99** |
| | | |
| **Net Cash & Cash Equivalent Balance** | **$118,134.75** | **$117,937.99** |

Same day transfers of cash between account types are not included in this section; such transfers, as well as details for all transactions this period appear in the Transaction Detail.



24220/002 2 5 249 564Q 0000142193

STATEMENT PERIOD     July 31, 2007
THROUGH              August 31, 2007
ACCOUNT NUMBER       17265972



**TradeStation®**
Member NASD, NYSE, SIPC and NFA

Page 2   of   4

## Your Portfolio Holdings

### Cash and Cash Equivalents

| Description | Market Value |
|---|---|
| Cash Balance | 117,937.99 |
| **Total Cash and Cash Equivalents** | **$117,937.99** |

| | |
|---|---|
| **TOTAL MARKET VALUE OF PRICED SECURITIES** | **$0.00** |

24220/002 3 5 249 564Q 0000142193

| STATEMENT PERIOD | July 31, 2007 |
| THROUGH | August 31, 2007 |
| ACCOUNT NUMBER | 17265972 |



**TradeStation®**
Member NASD, NYSE, SIPC and NFA

Page 3 of 4

## Transaction Detail

### Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 08/10/2007 | 08/07/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 634.000 | $221.030000 | | 140,125.07 |
| 08/10/2007 | 08/07/2007 | Bought | Short | RESEARCH IN MOTION LTD COM Cover Short | RIMM | 634.000 | $221.434700 | -140,395.40 | |
| **Total Investment Activity** | | | | | | | | **-$140,395.40** | **$140,125.07** |

### Dividends and Interest

| Date | Transaction | Account Type | Description | Symbol/Cusip | | | | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 08/31/2007 | Credit Int | Margin | 1.250% 08/01-08/31  $107936 | | | | | | 114.57 |
| **Total Dividends and Interest** | | | | | | | | **$0.00** | **$114.57** |

### Miscellaneous Activity

| Date | Transaction | Account Type | Description | Symbol/Cusip | | | | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 08/07/2007 | Journal | Margin | TradeStation: ECN Books 08/07 | | | | | -20.00 | |
| 08/07/2007 | Journal | Margin | TradeStation: AMEX 08/07 | | | | | -1.00 | |
| 08/07/2007 | Journal | Margin | TradeStation: NASD 08/07 | | | | | -1.00 | |
| 08/07/2007 | Journal | Margin | TradeStation: LVL 2 08/07 | | | | | -10.00 | |
| 08/07/2007 | Journal | Margin | TradeStation: NASDTotalView08/ | | | | | -5.00 | |
| 08/07/2007 | Journal | Margin | TradeStation: NYSE 08/07 | | | | | -1.00 | |
| 08/07/2007 | Journal | Margin | TradeStation: OPRA 08/07 | | | | | -3.00 | |
| 08/10/2007 | Adjustment | Margin | SHORT ACCT. MARK TO MARKET | | | | | -270.33 | 270.33 |
| 08/10/2007 | Adjustment | Short | SHORT ACCT. MARK TO MARKET | | | | | | |
| **Total Miscellaneous** | | | | | | | | **-$311.33** | **$270.33** |

24220/002 4 5 249 5640 0000142193

Please notify your account executive or representative, or the director of brokerage client service, or chief compliance office, in writing of any material changes in financial circumstances or investment objectives. Recommendations and other information we provide are to seek short-term trading profits through active trading using highly speculative methods.

## GUIDE TO YOUR STATEMENT
Your statement may contain the following sections:

**Your Portfolio at a Glance:** Reflects the net equity of your account at the close of the statement period, the net equity of your last statement and any change since. Market Value of Securities shown reflects any Short Market Value of Securities shown. A more comprehensive breakout of market values is reflected within the body of the statement.

**Transaction Summary and Cash Balance Summary:** Both show your opening and closing balances. Transaction Summary reflects the categories of cash activity. Cash and Cash Equivalent Balance Summary reflects the cash balances by account type. Opening Balance is the credit or debit carried over from one previous period's closing balance. Closing balance for the statement period, together with the credits for the statement period, together with the opening cash balance. A debit balance (money you owe us) is indicated by a minus sign in these sections.

**Retirement Account Summary:** Reflects the contributions received and distributions paid during this statement period as well as for the previous year.

**Your Portfolio Holdings:** Reflects cash and all securities in your account. Accrued interest represents interest earned on your fixed income securities since the last interest was paid. There is no guarantee that this interest will be paid by the issuer. Current yield is calculated by dividing the estimated annual income by the market value of the securities and represents an estimated current yield only.

**Market Prices/Bond Ratings**
The market value of your holdings are as of the last business day of the statement period. Prices for estimates are often, or represent estimates. These outside services. Pricing estimates may be based on bids, prices within the bid/offer spread, closing prices or matrix methodology that uses data relating to other securities whose prices are more ascertainable to produce a hypothetical price based on the estimated yield spread relationship between the securities. Pricing estimates do not constitute bids for any securities. Actual prices realized at sale may be more or less than those shown on your statement. Bond ratings are received from outside sources. While we believe such ratings and bond ratings to be reliable, we cannot guarantee their accuracy.

**Transaction Detail:** Reflects all transactions settling or processed for your account this statement period.

**Trades Executed But Not Yet Settled:** This section will reflect any trades not yet settled by the statement closing date. The settlement date is indicated in the first column.

## IMPORTANT NOTES
**Dividend Income:** Dividends credited to your account may include capital gains, non-taxable dividends and/or dividends on foreign stock. You may wish to consult your tax advisor with regard to your tax liability on these dividend credits.

**Methods of Computing Interest on Debit Balances:** Interest is charged on a day-by-day basis for any day that there is a net debit balance in your overall account. The calculation is made on a 365-day basis or may be changed from time to time with interest rates with fluctuating money market rates or for other reasons.

Customer free credit balances may be used in the firm's business subject to the limitation of 17CFR of 1934. You have the right to receive from us in the course of normal business operation, upon demand, the delivery of:

a) any fully paid securities to which you are entitled
b) any fully paid credit balances to which you are entitled
c) full payment of margin balances purchased on margin upon indebtedness to us

If this is a margin account and we maintain a special memorandum account this is a combined statement of your general account and special memorandum account maintained in your name under Section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of this separate account, as required by Regulation T, is available for your inspection.

**For Option Accounts:** Further information with respect to commissions and other charges related to the execution of listed options transactions has been included previously furnished to you and such information will be made available to you promptly upon written request.

**Bearer Bonds:** If any securities held by us for your account are subject to obligation which have been issued since December 31, 1980... more than one year, we agree that we will satisfy the conditions set forth in subdivisions (i), (ii) and (iii) of Treasury Regulation Section 1.165-12 (c) (3) and covenant that we will comply with the requirements concerning the delivery of such bearer obligations.

**Financial Statement:** A financial statement of our firm is available for your personal inspection at our office, or a copy will be mailed to you upon written request.

**Custody:** Whether we are your broker or act as a clearing agent for your broker, we carry your account and act as your custodian for funds and securities, once received by us, which have been deposited directly with us by you, through your broker or otherwise, or as a result of transactions we process for your account. Inquiries concerning the positions and balances in your account may be directed to our Client Services Department at (954) 652-7920 or (800) 871-3577. If your account is introduced by another broker, all other inquiries regarding your account and any activity therein should be directed to such broker.

**Reportable to the Internal Revenue Service:** As required by law, at year end, we will report to you and to the Internal Revenue Service, and to certain states, certain information on sales (including short sales), dividends, and various types of interest that have been credited to your account.

**Statement Frequency:** Statements will be mailed to customers who have transaction during the statement period affecting money balances and/or security positions. All other accounts will be provided statements at least four times during a calendar year provided that the account contains a money or security balance.

**Please promptly notify the office servicing your account** of any change of address. The office servicing your account can be found on page 1.

**Please prominently include your account number(s) in all correspondence.**

Each customer's securities account held at TradeStation Securities, Inc. is insured up to the amount of total net equity, representing a loss of both securities and/or cash up to $500,000 per account... the first $500,000 of protection for cash is provided by SIPC (Securities Investor Protection Corporation) and the balance is provided by a separate excess SIPC bond issued by HSBC Insurance... Limited, covering... additional... up to an... $24,500,000 per account, subject to a firm-wide maximum protection limit of $200,000,000. Repurchase agreements, reverse repurchase and stock loan transactions, as well as certain mutual funds, may not be covered by the excess SIPC bond.

**Please promptly report any inaccuracy in your account statement** to TradeStation's Client Service Department at (800)871-3577 (in the USA) or (954)652-7920 (outside of the USA). Also, confirm any verbal communication in writing.

074124S  17265972  20070928  743107886

The TradeStation Building
Suite 2000
8050 S.W. 10th Street
Plantation, FL 33324
(954) 652-7920 * (800) 871-3577
www.tradestation.com

| STATEMENT PERIOD | August 31, 2007 |
| THROUGH | September 28, 2007 |
| ACCOUNT NUMBER | 17265972 |
| LAST STATEMENT | August 31, 2007 |

0000144290

RABINOVICH & ASSOCIATES, L.P.
ATTN: ALEX ROBINVICH
2250 E. 4TH STREET, STE. 2-C
BROOKLYN NY 11223

## Your Portfolio at a Glance

| | This Period |
|---|---|
| Long Market Value | 0.00 |
| Short Market Value | 0.00 |
| Total Value of Securities | $0.00 |
| Cash Balance | 116,131.55 |
| Short Cash Balance | 0.00 |
| Net Cash Balance | $116,131.55 |
| Net Equity | ~~$117,937.99~~ |
| Net Equity Last Statement | ~~$117,937.99~~ |
| Change Since Last Statement | -$1,806.44 |

## Transaction Summary

| | |
|---|---|
| Opening Balance | ~~$117,937.99~~ |
| Securities Sold | 2,521,165.31 |
| Funds Deposited | 0.00 |
| Money Fund Purchase | 102.95 |
| Dividends/Interest | 2,372.14 |
| Miscellaneous | |
| Amount Credited | $2,523,640.40 |
| Securities Bought | -2,522,873.80 |
| Funds Withdrawn | ~~0.00~~ |
| Money Fund Redemption | 0.00 |
| Dividends/Interest Charged | 0.00 |
| Miscellaneous | -2,573.04 |
| Amount Debited | -$2,525,446.84 |
| Net Cash Activity | -$1,806.44 |
| Closing Balance | $116,131.55 |

## Cash & Cash Equivalent Balance Summary

| | Opening | Closing |
|---|---|---|
| Margin | 117,937.99 | 116,131.55 |
| Net Cash Balance | $117,937.99 | $116,131.55 |
| Net Cash & Cash Equivalent Balance | $117,937.99 | $116,131.55 |

Same day transfers of cash between account types are not included in this section; such transfers, as well as details for all transactions this period appear in the Transaction Detail.

074124S 17265972 20070928 743107886

STATEMENT PERIOD   August 31, 2007
THROUGH            September 28, 2007
ACCOUNT NUMBER     17265972

**TRADENEW3.EPS**

Page 2   of   14

Your Portfolio Holdings

Cash and Cash Equivalents

| Description | Market Value |
|---|---|
| Cash Balance | 116,131.55 |
| Total Cash and Cash Equivalents | $116,131.55 |

| TOTAL MARKET VALUE OF PRICED SECURITIES | $0.00 |
|---|---|

074124S 17265972 20070928 74310786

STATEMENT PERIOD   August 31, 2007
THROUGH            September 28, 2007
ACCOUNT NUMBER     17265972

TRADENEW3.EPS

Page 3   of   14

Transaction Detail

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/19/2007 | 09/14/2007 | Sold | Short | COUNTRYWIDE FINANCIAL CORP COM Short | CFC | 1,800.000 | $19.130000 | | 34,420.67 |
| 09/19/2007 | 09/14/2007 | Sold | Short | COUNTRYWIDE FINANCIAL CORP COM Short | CFC | 1,800.000 | $19.050000 | | 34,276.67 |
| 09/19/2007 | 09/14/2007 | Sold | Short | COUNTRYWIDE FINANCIAL CORP COM Short | CFC | 2,000.000 | $19.560000 | | 39,105.40 |
| 09/19/2007 | 09/14/2007 | Sold | Short | COUNTRYWIDE FINANCIAL CORP COM Short | CFC | 1,000.000 | $19.270000 | | 19,261.70 |
| 09/19/2007 | 09/14/2007 | Sold | Short | COUNTRYWIDE FINANCIAL CORP COM Short | CFC | 1,000.000 | $19.250000 | | 19,241.70 |
| 09/19/2007 | 09/14/2007 | Sold | Short | COUNTRYWIDE FINANCIAL CORP COM Short | CFC | 1,000.000 | $19.270000 | | 19,261.70 |
| 09/19/2007 | 09/14/2007 | Sold | Short | COUNTRYWIDE FINANCIAL CORP COM Short | CFC | 1,000.000 | $19.300000 | | 19,291.70 |
| 09/19/2007 | 09/14/2007 | Sold | Short | COUNTRYWIDE FINANCIAL CORP COM Short | CFC | 1,000.000 | $19.300000 | | 19,291.70 |
| 09/19/2007 | 09/14/2007 | Sold | Short | COUNTRYWIDE FINANCIAL CORP COM Short | CFC | 1,000.000 | $19.300000 | | 19,291.70 |
| 09/19/2007 | 09/14/2007 | Sold | Short | COUNTRYWIDE FINANCIAL CORP COM Short | CFC | 1,800.000 | $19.270000 | | 34,672.66 |
| 09/19/2007 | 09/14/2007 | Sold | Short | COUNTRYWIDE FINANCIAL CORP COM Short | CFC | 1,800.000 | $19.290000 | | 34,708.66 |
| 09/19/2007 | 09/14/2007 | Sold | Short | COUNTRYWIDE FINANCIAL CORP COM Short | CFC | 2,000.000 | $19.340000 | | 38,665.40 |

0741245 17265972 20070928 743107886

STATEMENT PERIOD    August 31, 2007
THROUGH    September 28, 2007
ACCOUNT NUMBER    17265972

TRADENEW3.EPS

Page 4  of  14

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/19/2007 | 09/14/2007 | Sold | Short | COUNTRYWIDE FINANCIAL CORP COM Short | CFC | 2,000.000 | $19.380000 | | 38,745.40 |
| 09/19/2007 | 09/14/2007 | Sold | Short | COUNTRYWIDE FINANCIAL CORP COM Short | CFC | 2,000.000 | $19.400000 | | 38,785.40 |
| 09/19/2007 | 09/14/2007 | Bought | Short | COUNTRYWIDE FINANCIAL CORP COM Cover Short | CFC | 2,000.000 | $19.610000 | -39,234.00 | |
| 09/19/2007 | 09/14/2007 | Bought | Short | COUNTRYWIDE FINANCIAL CORP COM Cover Short | CFC | 2,000.000 | $19.580000 | -39,174.00 | |
| 09/19/2007 | 09/14/2007 | Bought | Short | COUNTRYWIDE FINANCIAL CORP COM Cover Short | CFC | 1,800.000 | $19.320000 | -34,788.80 | |
| 09/19/2007 | 09/14/2007 | Bought | Short | COUNTRYWIDE FINANCIAL CORP COM Cover Short | CFC | 2,000.000 | $19.540000 | -39,094.00 | |
| 09/19/2007 | 09/14/2007 | Bought | Short | COUNTRYWIDE FINANCIAL CORP COM Cover Short | CFC | 2,000.000 | $19.600000 | -39,214.00 | |
| 09/19/2007 | 09/14/2007 | Bought | Short | COUNTRYWIDE FINANCIAL CORP COM Cover Short | CFC | 1,800.000 | $19.310000 | -34,770.80 | |
| 09/19/2007 | 09/14/2007 | Bought | Short | COUNTRYWIDE FINANCIAL CORP COM Cover Short | CFC | 2,000.000 | $19.390000 | -38,794.00 | |
| 09/19/2007 | 09/14/2007 | Bought | Short | COUNTRYWIDE FINANCIAL CORP COM Cover Short | CFC | 2,000.000 | $19.370000 | -38,754.00 | |
| 09/19/2007 | 09/14/2007 | Bought | Short | COUNTRYWIDE FINANCIAL CORP COM Cover Short | CFC | 2,000.000 | $19.410000 | -38,834.00 | |
| 09/19/2007 | 09/14/2007 | Bought | Short | COUNTRYWIDE FINANCIAL CORP COM Cover Short | CFC | 1,800.000 | $19.090000 | -34,374.80 | |

074124S 17265972 20070928 743107886

STATEMENT PERIOD  August 31, 2007
THROUGH          September 28, 2007
ACCOUNT NUMBER   17265972

**TRADENEW3.EPS**

Page 5  of  14

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/19/2007 | 09/14/2007 | Bought | Short | COUNTRYWIDE FINANCIAL CORP COM Cover Short | CFC | 1,800.000 | $19.090000 | -34,374.80 | |
| 09/20/2007 | 09/17/2007 | Bought | Margin | COUNTRYWIDE FINANCIAL CORP COM | CFC | 1,000.000 | $19.120000 | -19,128.00 | |
| 09/20/2007 | 09/17/2007 | Bought | Margin | COUNTRYWIDE FINANCIAL CORP COM | CFC | 1,000.000 | $19.120000 | -19,128.00 | |
| 09/20/2007 | 09/17/2007 | Sold | Margin | COUNTRYWIDE FINANCIAL CORP COM | CFC | 1,000.000 | $19.180000 | | 19,171.70 |
| 09/20/2007 | 09/17/2007 | Sold | Margin | COUNTRYWIDE FINANCIAL CORP COM | CFC | 1,000.000 | $19.180000 | | 19,171.70 |
| 09/20/2007 | 09/17/2007 | Sold | Short | COUNTRYWIDE FINANCIAL CORP COM Short | CFC | 1,000.000 | $19.430000 | | 19,421.70 |
| 09/20/2007 | 09/17/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $32.410000 | | 32,401.50 |
| 09/20/2007 | 09/17/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $32.400000 | | 32,391.50 |
| 09/20/2007 | 09/17/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $32.390000 | | 32,381.50 |
| 09/20/2007 | 09/17/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $32.390000 | | 32,381.50 |
| 09/20/2007 | 09/17/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $32.420000 | | 32,411.50 |
| 09/20/2007 | 09/17/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $32.410000 | | 32,401.50 |
| 09/20/2007 | 09/17/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 500.000 | $32.420000 | | 16,204.75 |
| 09/20/2007 | 09/17/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,500.000 | $32.420000 | | 48,618.25 |

0741245 17265972 20070928 743107886

STATEMENT PERIOD   August 31, 2007
THROUGH            September 28, 2007
ACCOUNT NUMBER     17265972

**TRADENEW3.EPS**

Page 6   of   14

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/20/2007 | 09/17/2007 | Bought | Short | NVIDA CORP COM Cover Short | NVDA | 1,000.000 | $32.315000 | -32,323.00 | |
| 09/20/2007 | 09/17/2007 | Bought | Short | NVIDA CORP COM Cover Short | NVDA | 1,000.000 | $32.320000 | -32,328.00 | |
| 09/20/2007 | 09/17/2007 | Bought | Short | NVIDA CORP COM Cover Short | NVDA | 1,000.000 | $32.320000 | -32,328.00 | |
| 09/20/2007 | 09/17/2007 | Bought | Short | NVIDA CORP COM Cover Short | NVDA | 1,000.000 | $32.320000 | -32,328.00 | |
| 09/20/2007 | 09/17/2007 | Bought | Short | NVIDA CORP COM Cover Short | NVDA | 1,000.000 | $32.320000 | -32,328.00 | |
| 09/20/2007 | 09/17/2007 | Bought | Short | NVIDA CORP COM Cover Short | NVDA | 1,000.000 | $32.320000 | -32,328.00 | |
| 09/20/2007 | 09/17/2007 | Bought | Short | COUNTRYWIDE FINANCIAL CORP COM Cover Short | CFC | 1,000.000 | $19.440000 | -19,448.00 | |
| 09/20/2007 | 09/17/2007 | Bought | Short | NVIDA CORP COM Cover Short | NVDA | 1,000.000 | $32.320000 | -32,328.00 | |
| 09/20/2007 | 09/17/2007 | Bought | Short | NVIDA CORP COM Cover Short | NVDA | 1,000.000 | $32.325600 | -32,333.60 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $142.550000 | -71,280.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $142.470000 | -71,240.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $142.440000 | -71,225.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $142.018000 | -71,014.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $141.870000 | -70,940.00 | |

0741245 17265972 20070928 743107886

**TRADENEW3.EPS**

STATEMENT PERIOD   August 31, 2007
THROUGH            September 28, 2007
ACCOUNT NUMBER     17265972

Page 7  of  14

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $141.890000 | -70,950.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $141.800000 | -70,905.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $141.750000 | -70,880.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $142.400000 | -71,205.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $141.830000 | -70,920.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $141.670000 | -70,840.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $141.320000 | -70,665.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $141.550000 | -70,780.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $140.808000 | -70,409.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $140.870000 | -70,440.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $140.860000 | -70,435.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $140.860000 | -70,435.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $140.020000 | -70,015.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $139.800000 | -69,905.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $139.620000 | -69,815.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $139.890000 | -69,950.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $139.780000 | -69,895.00 | |
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $140.480000 | -70,245.00 | |