074124S 17265972 20070928 743107886

**TRADENEW3.EPS**

STATEMENT PERIOD   August 31, 2007
THROUGH            September 28, 2007
ACCOUNT NUMBER     17265972

Page 8  of  14

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/24/2007 | 09/19/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $139.660000 | -69,835.00 | |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $142.400000 | | 71,193.91 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $142.320000 | | 71,153.91 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 1,000.000 | $141.660000 | | 141,649.83 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $141.804000 | | 70,895.91 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $141.360000 | | 70,673.91 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $141.804040 | | 70,895.93 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $141.800000 | | 70,893.91 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $141.800000 | | 70,893.91 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $141.770000 | | 70,878.91 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $141.310000 | | 70,648.91 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $142.750000 | | 71,368.90 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $142.760000 | | 71,373.90 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $140.800000 | | 70,393.92 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $140.620000 | | 70,303.92 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $140.570000 | | 70,278.92 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $140.780000 | | 70,383.92 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $140.670000 | | 70,328.92 |

074124S  17265972  20070928  74310786

STATEMENT PERIOD   August 31, 2007
THROUGH            September 28, 2007
ACCOUNT NUMBER     17265972

## TRADENEW3.EPS

Page 9  of  14

### Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $140.747660 | | 70,367.75 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $139.450000 | | 69,718.93 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $139.982000 | | 69,984.92 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $139.514000 | | 69,750.93 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $139.460000 | | 69,723.93 |
| 09/24/2007 | 09/19/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 500.000 | $139.820000 | | 69,903.93 |
| 09/25/2007 | 09/25/2007 | Bought | Margin | APPLE COMPUTER INC COM | AAPL | 250.000 | $149.220000 | -37,307.50 | |
| 09/25/2007 | 09/25/2007 | Sold | Margin | APPLE COMPUTER INC COM | AAPL | 250.000 | $149.580000 | | 37,391.92 |
| 09/25/2007 | 09/25/2007 | Sold | Short | POTASH CORP SASK INC COM Short | POT | 250.000 | $104.810000 | | 26,199.59 |
| 09/28/2007 | 09/25/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 250.000 | $151.750000 | | 37,934.41 |
| 09/28/2007 | 09/25/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 250.000 | $151.620000 | -37,907.50 | |
| 09/28/2007 | 09/25/2007 | Bought | Short | POTASH CORP SASK INC COM Cover Short | POT | 250.000 | $102.790000 | -25,700.00 | |
| Total Investment Activity | | | | | | | | -$2,522,873.80 | $2,521,165.31 |

074124S 17265972 20070928 743107886

**TRADENEW3.EPS**

STATEMENT PERIOD  August 31, 2007
THROUGH  September 28, 2007
ACCOUNT NUMBER  17265972

Page 10 of 14

## Dividends and Interest

| Date | Transaction | Account Type | Description | Symbol/Cusip | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 09/28/2007 | Credit Int | Margin | 1.250% 09/01-09/28 | $107381 | | 102.95 |
| Total Dividends and Interest | | | | | $0.00 | $102.95 |

## Miscellaneous Activity

| Date | Transaction | Account Type | Description | Symbol/Cusip | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 09/07/2007 | Journal | Margin | TradeStation: ECN Books 09/07 | | -20.00 | |
| 09/07/2007 | Journal | Margin | TradeStation: AMEX 09/07 | | -1.00 | |
| 09/07/2007 | Journal | Margin | TradeStation: NASDTotalView09/ | | -5.00 | |
| 09/07/2007 | Journal | Margin | TradeStation: NASD 09/07 | | -1.00 | |
| 09/07/2007 | Journal | Margin | TradeStation: OPRA 09/07 | | -3.00 | |
| 09/07/2007 | Journal | Margin | TradeStation Charges 09/07 | | -99.95 | |
| 09/07/2007 | Journal | Margin | TradeStation: RadarScreen09/07 | | -59.95 | |
| 09/07/2007 | Journal | Margin | TradeStation: LVL 2 09/07 | | -10.00 | |
| 09/07/2007 | Journal | Margin | TradeStation: NYSE 09/07 | | -1.00 | |
| 09/21/2007 | Adjustment | Margin | SHORT ACCT. MARK TO MARKET | | -1,845.64 | |
| 09/21/2007 | Adjustment | Short | SHORT ACCT. MARK TO MARKET | | | 1,845.64 |
| 09/28/2007 | Adjustment | Margin | SHORT ACCT. MARK TO MARKET | | | 526.50 |
| 09/28/2007 | Adjustment | Short | SHORT ACCT. MARK TO MARKET | | -526.50 | |
| Total Miscellaneous | | | | | -$2,573.04 | $2,372.14 |

## Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 300.000 | $99.700000 | -29,913.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 200.000 | $99.750000 | -19,952.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 200.000 | $99.750000 | -19,952.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 300.000 | $99.707367 | -29,915.21 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 250.000 | $99.610000 | -24,905.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 250.000 | $99.550000 | -24,890.00 | |

0741245  17265972  20070928  743107886

STATEMENT PERIOD  August 31, 2007
THROUGH  September 28, 2007
ACCOUNT NUMBER  17265972

## TRADENEW3.EPS

Page 11 of  14

### Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 250.000 | $99.480000 | -24,872.50 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 150.000 | $99.530000 | -14,931.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.420000 | -9,943.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 200.000 | $99.480000 | -19,898.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 200.000 | $99.480000 | -19,898.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.520000 | -9,953.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.470000 | -9,948.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.410000 | -9,942.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.400000 | -9,941.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.420000 | -9,943.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.680000 | -9,969.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.680000 | -9,967.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.600000 | -9,961.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.530000 | -9,954.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.510000 | -9,952.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.450000 | -9,946.00 | |

07412AS 17265972 20070928 743107886

STATEMENT PERIOD  August 31, 2007
THROUGH  September 28, 2007
ACCOUNT NUMBER  17265972

**TRADENEW3.EPS**

Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.550000 | -9,956.00 | |
| 10/02/2007 | 09/27/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $99.960000 | | 59,969.48 |
| 10/02/2007 | 09/27/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 1,000.000 | $99.990000 | | 99,980.47 |
| 10/02/2007 | 09/27/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 1,000.000 | $100.060000 | | 100,050.46 |
| 10/02/2007 | 09/27/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 1,000.000 | $100.180000 | | 100,170.46 |
| 10/03/2007 | 09/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.440000 | -9,845.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.480000 | -9,849.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | POTASH CORP SASK INC COM | POT | 200.000 | $105.060000 | -21,014.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.440000 | -9,845.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | POTASH CORP SASK INC COM | POT | 100.000 | $105.040000 | -10,505.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | POTASH CORP SASK INC COM | POT | 100.000 | $105.010000 | -10,502.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | POTASH CORP SASK INC COM | POT | 100.000 | $104.920000 | -10,493.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | POTASH CORP SASK INC COM | POT | 100.000 | $104.850000 | -10,486.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | POTASH CORP SASK INC COM | POT | 100.000 | $104.770000 | -10,478.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | POTASH CORP SASK INC COM | POT | 100.000 | $104.860000 | -10,487.00 | |
| 10/03/2007 | 09/28/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 300.000 | $98.710000 | | 29,609.54 |

0741245 17265972 20070928 743107886

**TRADENEW3.EPS**

STATEMENT PERIOD     August 31, 2007
THROUGH     September 28, 2007
ACCOUNT NUMBER     17265972

Page 13 of 14

### Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/03/2007 | 09/28/2007 | Sold | Margin | POTASH CORP SASK INC COM | POT | 200.000 | $105.510000 | | 21,099.67 |
| 10/03/2007 | 09/28/2007 | Sold | Margin | POTASH CORP SASK INC COM | POT | 200.000 | $105.550000 | | 21,107.67 |
| 10/03/2007 | 09/28/2007 | Sold | Margin | POTASH CORP SASK INC COM | POT | 200.000 | $105.530000 | | 21,103.67 |
| 10/03/2007 | 09/28/2007 | Sold | Margin | POTASH CORP SASK INC COM | POT | 200.000 | $105.530000 | | 21,103.67 |
| 10/03/2007 | 09/28/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 300.000 | $154.440000 | | 46,328.29 |
| 10/03/2007 | 09/28/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 300.000 | $154.160000 | | 46,244.29 |
| 10/03/2007 | 09/28/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 300.000 | $154.150000 | | 46,241.29 |
| 10/03/2007 | 09/28/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 300.000 | $154.280000 | -46,287.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 300.000 | $154.010000 | -46,206.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 300.000 | $154.000000 | -46,203.00 | |
| Total Trades Executed But Not Yet Settled | | | | | | | | -$610,701.71 | $613,008.96 |

074124S 17265972 20070928 743107886

Please notify your account executive or representative, or the director of brokerage client service or chief compliance office, in writing of any material changes in your financial circumstances or investment objectives. Remember, you have represented that your objectives permit several short-term trading profits by actively trading using highly speculative methods

## GUIDE TO YOUR STATEMENT
Your statement may contain the following sections:

**Your Portfolio at a Glance:** Reflects the net equity of your account at the close of the statement period, the net equity of your last statement and any change since your last statement. Figures shown for Long and Short Market Value of Securities contain netted values. A more comprehensive breakout of market values is reflected within the body of the statement.

**Transaction Summary and Cash Balance Summary:** Both show your opening and closing balances. Transaction Summary reflects the categories of account activity. Cash and Cash Equivalent Balance Summary reflects the cash balances by account type. Opening Balance is the credit or debit carried over from the previous period's closing balance. Closing balance is the combination of the total debits and credits for the statement period together with the opening cash balance. A debit balance (money you owe us) is indicated by a minus sign in these sections.

**Retirement Account Summary:** Reflects the contributions received and distributions paid during this statement period as well as for the previous year.

**Your Portfolio Holdings:** Reflects cash and all securities in your account. Accrued interest represents interest earned but not yet paid or collected on the fixed income securities since the last coupon date. There is no guarantee that this interest will be paid by the issuer. Current yield is calculated by dividing the estimated annual income by the market value of the securities and represents an estimated current yield only.

## Market Prices/Bond Ratings
The market value of your holdings are as of the last business day of the statement period. Prices for determining market values represent estimates. These estimates are obtained from multiple sources, including outside services. Pricing estimates may be based on bids, prices, prior to the bid/offer spread, closing prices or matrix methodology that uses data relating to other securities whose prices are more ascertainable to produce a hypothetical price based on the estimated yield spread relationship between the securities. Prices estimates may not be ascertainable and actual prices realized on the sale may be more or less than those shown on your statement. Bond ratings are received from outside sources. While we believe our sources for market values and bond ratings to be reliable, we cannot guarantee their accuracy.

**Trades Executed But Not Yet Settled:** This section will reflect any trades not yet settled by the statement closing date. The settlement date is indicated in the first column.

## IMPORTANT NOTES
Dividend Income: Dividends credited to your account may include capital gains, non-taxable dividends and/or dividends on foreign stock. You may wish to consult your tax advisor with regard to your tax liability on these dividend credits.

## Methods of Computing Interest on Debit Balances:
Interest is charged on a day-by-day basis for any day that there is a net debit balance in your overall account. The calculation is made on a 360-day basis at the rate or rates shown on the statement. Interest rates may be changed from time to time with fluctuating money market rates or for other reasons.

Customer free credit balances may be used in this firm's business subject to the limitation of 17CFR Section 240.15c3-3 under the Securities Exchange Act of 1934. You have the right to receive from us in the course of normal business operation, upon demand, the delivery of:

a) any free credit balances to which you are entitled
b) any fully-paid securities to which you are entitled
c) any securities purchased on margin upon full payment of any indebtedness to us

If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general account and special memorandum account maintained for you under Section 220.6 of Regulation T, issued by the Board of Governors of the Federal Reserve System. The permanent record of this separate account, as required by Regulation T, is available for your inspection.

**For Option Accounts:** Further information with respect to commissions and other charges related to the execution of listed options transactions has been included on confirmations of such transactions previously furnished to you and such information will be made available to you promptly upon written request.

**Bearer Bonds:** If any securities held by us for your account are bearer obligations which have been issued since December 31, 1982 with original maturities of more than one year, you agree that we will satisfy the conditions set forth in subdivisions (i), (ii) and (iii) of Treasury Regulation Section 1.165-12 (c) (3) and covenant that we will comply with the requirements of Treasury Regulation Section 1.165-12 (c) (iii) concerning the delivery of such bearer obligations.

**Financial Statement:** A financial statement of our firm is available for your personal inspection at our office, or a copy will be mailed to you upon written request.

directly with us by you, through your broker or otherwise or as a result of transactions, the process or your account. Inquiries concerning the positions and balances in your account may be directed to our Client Services Department at (954) 652-7920 or (800) 871-3877. If your account was introduced by another broker, all other inquiries regarding your account and the activity therein should be directed to such broker.

**Reportable** to the Internal Revenue Service: As required by law, at year end, we will report to you and to the Internal Revenue Service, and to certain states, certain information on sales (including short sales), dividends, and various types of interest that have been credited to your account.

**Statement Frequency:** Statements will be mailed to customers who have transaction during the statement period affecting money balances and/or security positions. All other accounts will be sent statements at least four times during a calendar year provided that the account contains a money or security balance.

Please promptly notify the office servicing your account in writing of any change of address. The office servicing your account can be found on page 1.

Please prominently include your account number(s) in all correspondence.

Each customer's securities account held at TradeStation Securities, Inc. is insured up to the amount of total net equity representing a loss of both securities and/or cash up to $500,000 per account. The first $500,000 of protection, which includes up to $100,000 protection for cash, is provided by SIPC (Securities Investor Protection Corporation) and the balance is provided by a separate excess SIPC bond issued by HSBC Insurance Brokers Limited covering accounts maintained at TradeStation Securities, Inc., up to an additional $24,500,000 per account, subject to a firm-wide maximum of $200,000,000. Repurchase agreements, reverse repurchase and stock loan transactions, as well as certain mutual funds, may not be covered by the excess SIPC bond.

Please promptly report any inaccuracy in your account statement to TradeStation s Client Service Department at (800)871-3877 (in the USA) or (954)652-7920 (outside the USA). Also, confirm any verbal communication in writing.

The TradeStation Building
Suite 2000
8050 S.W. 10th Street
Plantation, FL 33324
(954) 652-7920 * (800) 871-3577
www.tradestation.com

| STATEMENT PERIOD | September 28, 2007 |
| THROUGH | October 31, 2007 |
| ACCOUNT NUMBER | 17265972 |
| LAST STATEMENT | September 28, 2007 |

0000092568

RABINOVICH & ASSOCIATES, L.P.
ATTN: ALEX ROBINVICH
2250 E. 4TH STREET, STE. 2-C
BROOKLYN NY 11223

## Your Portfolio at a Glance

| | This Period |
| --- | --- |
| Long Market Value | 5,000.00 |
| Short Market Value | 0.00 |
| Total Value of Securities | $5,000.00 |
| Cash Balance | 109,707.48 |
| Short Cash Balance | 183.10 |
| Net Cash Balance | $109,890.58 |
| Net Equity | $116,131.55 |
| Net Equity Last Statement | $116,131.55 |
| Change Since Last Statement | -$1,240.97 |

## Transaction Summary

| | |
| --- | --- |
| Opening Balance | 116,131.55 |
| Securities Sold | 4,591,596.23 |
| Funds Deposited | 0.00 |
| Money Fund Purchase | 0.00 |
| Dividends/Interest | 114.01 |
| Miscellaneous | 2,297.11 |
| Amount Credited | $4,594,007.35 |
| Securities Bought | -4,597,909.21 |
| Funds Withdrawn | 0.00 |
| Money Fund Redemption | 0.00 |
| Dividends/Interest Charged | 0.00 |
| Miscellaneous | -2,339.11 |
| Amount Debited | -$4,600,248.32 |
| Net Cash Activity | -$6,240.97 |
| Closing Balance | $109,890.58 |

## Cash & Cash Equivalent Balance Summary

| | Opening | Closing |
| --- | --- | --- |
| Margin | 116,131.55 | 109,707.48 |
| Short | 0.00 | 183.10 |
| Net Cash Balance | $116,131.55 | $109,890.58 |
| Net Cash & Cash Equivalent Balance | $116,131.55 | $109,890.58 |

Same day transfers of cash between account types are not included in this section; such transfers, as well as details for all transactions this period appear in the Transaction Detail.

0741245 17265972 20071031 74310786

tsLogo_2clr_memberZ.eps

| STATEMENT PERIOD | September 28, 2007 |
| THROUGH | October 31, 2007 |
| ACCOUNT NUMBER | 17265972 |

Page 2 of 38

Your Portfolio Holdings

**Cash and Cash Equivalents**

| Description | Market Value |
|---|---|
| Cash Balance | 109,890.58 |
| Total Cash and Cash Equivalents | $109,890.58 |

**Equities and Options**

| Description | Symbol/Cusip | Account Type | Quantity | Price | Market Value |
|---|---|---|---|---|---|
| LINEAR TECHNOLOGY CORP NOV '07 @ 37 1/2 CALL | LLQ KU | Margin | 500.000 | 0.100000 | 5,000.00 |
| Total Equities and Options | | | | | $5,000.00 |

| TOTAL MARKET VALUE OF PRICED SECURITIES | $5,000.00 |
|---|---|

0741245 17265972 20071031 743107886

tsLogo_2clr_memberZ.eps

STATEMENT PERIOD   September 28, 2007
THROUGH            October 31, 2007
ACCOUNT NUMBER     17265972

Page 3   of   38

Transaction Detail

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 300.000 | $99.700000 | -29,913.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 200.000 | $99.750000 | -19,952.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 200.000 | $99.750000 | -19,952.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 300.000 | $99.707367 | -29,915.21 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 250.000 | $99.610000 | -24,905.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 250.000 | $99.550000 | -24,890.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 250.000 | $99.480000 | -24,872.50 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 150.000 | $99.530000 | -14,931.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.420000 | -9,943.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 200.000 | $99.480000 | -19,898.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 200.000 | $99.480000 | -19,898.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.520000 | -9,953.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.470000 | -9,948.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.410000 | -9,942.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.400000 | -9,941.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.420000 | -9,943.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.680000 | -9,969.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.660000 | -9,967.00 | |

0741248 17265972 20071031 743107886

STATEMENT PERIOD    September 28, 2007
THROUGH             October 31, 2007
ACCOUNT NUMBER      17265972

tsLogo_2clr_memberZ.eps

Page 4   of   38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.600000 | -9,961.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.530000 | -9,954.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.510000 | -9,952.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.450000 | -9,946.00 | |
| 10/02/2007 | 09/27/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $99.550000 | -9,956.00 | |
| 10/02/2007 | 09/27/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $99.960000 | | 59,969.48 |
| 10/02/2007 | 09/27/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 1,000.000 | $99.990000 | | 99,980.47 |
| 10/02/2007 | 09/27/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 1,000.000 | $100.060000 | | 100,050.46 |
| 10/02/2007 | 09/27/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 1,000.000 | $100.180000 | | 100,170.46 |
| 10/03/2007 | 09/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.440000 | -9,845.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.480000 | -9,849.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | POTASH CORP SASK INC COM | POT | 200.000 | $105.060000 | -21,014.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.440000 | -9,845.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | POTASH CORP SASK INC COM | POT | 100.000 | $105.040000 | -10,505.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | POTASH CORP SASK INC COM | POT | 100.000 | $105.010000 | -10,502.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | POTASH CORP SASK INC COM | POT | 100.000 | $104.920000 | -10,493.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | POTASH CORP SASK INC COM | POT | 100.000 | $104.850000 | -10,486.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Margin | POTASH CORP SASK INC COM | POT | 100.000 | $104.770000 | -10,478.00 | |

0741245 17265972 20071031 743107886

STATEMENT PERIOD    September 28, 2007
THROUGH    October 31, 2007
ACCOUNT NUMBER    17265972

tsLogo_2clr_memberZ.eps

Page 5   of   38

**Investment Activity**

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/03/2007 | 09/28/2007 | Bought | Margin | POTASH CORP SASK INC COM | POT | 100.000 | $104.860000 | -10,487.00 | |
| 10/03/2007 | 09/28/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 300.000 | $98.710000 | | 29,609.54 |
| 10/03/2007 | 09/28/2007 | Sold | Margin | POTASH CORP SASK INC COM | POT | 200.000 | $105.510000 | | 21,099.67 |
| 10/03/2007 | 09/28/2007 | Sold | Margin | POTASH CORP SASK INC COM | POT | 200.000 | $105.550000 | | 21,107.67 |
| 10/03/2007 | 09/28/2007 | Sold | Margin | POTASH CORP SASK INC COM | POT | 200.000 | $105.530000 | | 21,103.67 |
| 10/03/2007 | 09/28/2007 | Sold | Margin | POTASH CORP SASK INC COM | POT | 200.000 | $105.530000 | | 21,103.67 |
| 10/03/2007 | 09/28/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 300.000 | $154.440000 | | 46,328.29 |
| 10/03/2007 | 09/28/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 300.000 | $154.160000 | | 46,244.29 |
| 10/03/2007 | 09/28/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 300.000 | $154.150000 | | 46,241.29 |
| 10/03/2007 | 09/28/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 300.000 | $154.280000 | -46,287.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 300.000 | $154.010000 | -46,206.00 | |
| 10/03/2007 | 09/28/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 300.000 | $154.000000 | -46,203.00 | |
| 10/04/2007 | 10/01/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 500.000 | $98.380000 | -49,195.00 | |
| 10/04/2007 | 10/01/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 500.000 | $98.310000 | -49,160.00 | |
| 10/04/2007 | 10/01/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 500.000 | $98.300000 | -49,155.00 | |

tsLogo_2clr_memberZ.eps

074124S 17265972 20071031 743107886

STATEMENT PERIOD   September 28, 2007
THROUGH            October 31, 2007
ACCOUNT NUMBER     17265972

Page 6  of  38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/04/2007 | 10/01/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 500.000 | $98.078000 | -49,044.00 | |
| 10/04/2007 | 10/01/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 500.000 | $98.300000 | -49,155.00 | |
| 10/04/2007 | 10/01/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 500.000 | $98.260000 | -49,135.00 | |
| 10/04/2007 | 10/01/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 500.000 | $98.060000 | -49,035.00 | |
| 10/04/2007 | 10/01/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 500.000 | $98.010000 | -49,010.00 | |
| 10/04/2007 | 10/01/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 200.000 | $97.960000 | -19,594.00 | |
| 10/04/2007 | 10/01/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $98.050000 | -58,835.60 | |
| 10/04/2007 | 10/01/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $98.050000 | -58,835.60 | |
| 10/04/2007 | 10/01/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $98.060000 | -58,841.60 | |
| 10/04/2007 | 10/01/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $98.050000 | -58,835.60 | |
| 10/04/2007 | 10/01/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $98.050000 | -58,835.60 | |
| 10/04/2007 | 10/01/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $98.056667 | -58,839.60 | |
| 10/04/2007 | 10/01/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $97.980000 | | 58,781.50 |
| 10/04/2007 | 10/01/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $98.001667 | | 58,794.50 |
| 10/04/2007 | 10/01/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $97.980000 | | 58,781.50 |
| 10/04/2007 | 10/01/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $97.980000 | | 58,781.50 |
| 10/04/2007 | 10/01/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $97.986667 | | 58,785.50 |
| 10/04/2007 | 10/01/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $98.420833 | | 59,045.99 |

074124S  17265972  20071031  743107886

tsLogo_2clr_memberZ.eps

| STATEMENT PERIOD | September 28, 2007 |
| THROUGH | October 31, 2007 |
| ACCOUNT NUMBER | 17265972 |

## Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/04/2007 | 10/01/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $98.390000 | | 59,027.49 |
| 10/04/2007 | 10/01/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $98.400000 | | 59,033.49 |
| 10/04/2007 | 10/01/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $98.430000 | | 59,051.49 |
| 10/04/2007 | 10/01/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $98.420000 | | 59,045.49 |
| 10/04/2007 | 10/01/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $98.430000 | | 59,051.49 |
| 10/04/2007 | 10/01/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $98.005000 | | 58,796.50 |
| 10/04/2007 | 10/01/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 600.000 | $98.000000 | | 58,793.50 |
| 10/05/2007 | 10/04/2007 | Bought | Margin | UAP HLDG CORP OCT '07 @ 35 CALL Opening Contract | JUL JG | 25.000 | $0.250000 | -650.00 | |
| 10/05/2007 | 10/04/2007 | Bought | Margin | UAP HLDG CORP OCT '07 @ 35 CALL Opening Contract | JUL JG | 20.000 | $0.300000 | -620.00 | |
| 10/05/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD OCT '07 @ 95 PUT Opening Contract | RUL VS | 10.000 | $5.200000 | -5,210.00 | |
| 10/05/2007 | 10/04/2007 | Bought | Margin | LAWSON SOFTWARE INC NEW OCT '07 @ 12 1/2 CALL Opening Contract | QPA JV | 100.000 | $0.100000 | -1,100.00 | |
| 10/05/2007 | 10/04/2007 | Bought | Margin | UAP HLDG CORP OCT '07 @ 35 CALL Opening Contract | JUL JG | 15.000 | $0.250000 | -390.00 | |
| 10/05/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD OCT '07 @ 95 PUT Opening Contract | RUL VS | 5.000 | $5.150000 | -2,580.00 | |
| 10/05/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD OCT '07 @ 95 PUT Opening Contract | RUL VS | 5.000 | $5.050000 | -2,530.00 | |
| 10/05/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD OCT '07 @ 95 PUT Opening Contract | RUL VS | 4.000 | $5.000000 | -2,004.00 | |

074124S  17265972  20071031  743107886

STATEMENT PERIOD  September 28, 2007
THROUGH  October 31, 2007
ACCOUNT NUMBER  17265972

tsLogo_2clr_memberZ.eps

Page 8   of   38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/05/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD OCT '07 @ 95 PUT Opening Contract | RUL VS | 4.000 | $5.050000 | -2,024.00 | |
| 10/05/2007 | 10/04/2007 | Bought | Margin | LAWSON SOFTWARE INC NEW OCT '07 @ 12 1/2 CALL Opening Contract | QPA JV | 50.000 | $0.100000 | -550.00 | |
| 10/05/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD OCT '07 @ 95 PUT Opening Contract | RUL VS | 10.000 | $4.700000 | -4,710.00 | |
| 10/05/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD OCT '07 @ 95 PUT Opening Contract | RUL VS | 2.000 | $4.650000 | -932.00 | |
| 10/05/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD OCT '07 @ 95 PUT Closing Contract | RUL VS | -10.000 | $5.250000 | | 5,239.91 |
| 10/05/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD OCT '07 @ 95 PUT Closing Contract | RUL VS | 14.000 | $5.300000 | | 7,405.88 |
| 10/05/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD OCT '07 @ 95 PUT Closing Contract | RUL VS | 4.000 | $5.200000 | | 2,075.96 |
| 10/09/2007 | 10/03/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 200.000 | $158.450000 | | 31,687.51 |
| 10/09/2007 | 10/03/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 200.000 | $158.470000 | | 31,691.51 |
| 10/09/2007 | 10/03/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 200.000 | $158.500000 | | 31,697.51 |
| 10/09/2007 | 10/03/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 200.000 | $158.630000 | | 31,723.51 |
| 10/09/2007 | 10/03/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 200.000 | $158.650000 | | 31,727.51 |

074124S 17265972 20071031 743107886

STATEMENT PERIOD September 28, 2007
THROUGH October 31, 2007
ACCOUNT NUMBER 17265972

tsLogo_2clr_memberZ.eps

Page 9  of  38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/09/2007 | 10/03/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 200.000 | $158.635000 | | 31,724.51 |
| 10/09/2007 | 10/03/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 200.000 | $158.710000 | | 31,739.51 |
| 10/09/2007 | 10/03/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 200.000 | $158.765000 | | 31,750.51 |
| 10/09/2007 | 10/03/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 200.000 | $158.800000 | | 31,757.51 |
| 10/09/2007 | 10/03/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 200.000 | $158.790000 | | 31,755.51 |
| 10/09/2007 | 10/03/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 200.000 | $158.840000 | | 31,765.51 |
| 10/09/2007 | 10/03/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $158.840000 | | 15,882.75 |
| 10/09/2007 | 10/03/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 200.000 | $158.800000 | | 31,757.51 |
| 10/09/2007 | 10/03/2007 | Bought | Short | APPLE COMPUTER INC COM Short Cover | AAPL | 250.000 | $158.400000 | -39,602.50 | |
| 10/09/2007 | 10/03/2007 | Bought | Short | APPLE COMPUTER INC COM Short Cover | AAPL | 250.000 | $158.360000 | -39,592.50 | |
| 10/09/2007 | 10/03/2007 | Bought | Short | APPLE COMPUTER INC COM Short Cover | AAPL | 250.000 | $158.340000 | -39,587.50 | |
| 10/09/2007 | 10/03/2007 | Bought | Short | APPLE COMPUTER INC COM Short Cover | AAPL | 250.000 | $158.410000 | -39,605.00 | |

074124S 17265972 20071031 743107886

tsLogo_2clr_memberZ.eps

STATEMENT PERIOD September 28, 2007
THROUGH          October 31, 2007
ACCOUNT NUMBER   17265972

Page 10 of 38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/09/2007 | 10/03/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 250.000 | $158.400000 | -39,602.50 | |
| 10/09/2007 | 10/03/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 250.000 | $158.450000 | -39,615.00 | |
| 10/09/2007 | 10/03/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 250.000 | $158.430000 | -39,610.00 | |
| 10/09/2007 | 10/03/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 250.000 | $158.480000 | -39,622.50 | |
| 10/09/2007 | 10/03/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 250.000 | $158.430000 | -39,610.00 | |
| 10/09/2007 | 10/03/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 250.000 | $158.390000 | -39,600.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.510000 | -9,852.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.460000 | -9,847.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.590000 | -9,860.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.370000 | -9,838.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.420000 | -9,843.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 500.000 | $99.000000 | -49,505.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 250.000 | $98.630000 | -24,660.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 250.000 | $98.520000 | -24,632.50 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 250.000 | $98.460000 | -24,617.50 | |

tsLogo_2clr_memberZ.eps

074124S  17265972  20071031  743107886

STATEMENT PERIOD   September 28, 2007
THROUGH            October 31, 2007
ACCOUNT NUMBER     17265972

Page 11 of 38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 250.000 | $98.356000 | -24,591.50 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 250.000 | $98.270000 | -24,570.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 150.000 | $98.320000 | -14,749.50 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.200000 | -9,821.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.100000 | -9,811.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.030000 | -9,804.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.060000 | -9,807.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.840000 | -9,885.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.820000 | -9,883.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.730000 | -9,874.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.840000 | -9,885.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.680000 | -9,869.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.700000 | -9,871.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.710000 | -9,872.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.590000 | -9,860.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.560000 | -9,857.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.500000 | -9,851.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.460000 | -9,847.00 | |

074124S 17265972 20071031 743107886

tsLogo_2clr_memberZ.eps

STATEMENT PERIOD    September 28, 2007
THROUGH    October 31, 2007
ACCOUNT NUMBER    17265972

Page 12 of 38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.600000 | -9,861.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.410000 | -9,842.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.310000 | -9,832.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.340000 | -9,835.00 | |
| 10/10/2007 | 10/04/2007 | Bought | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.260000 | -9,827.00 | |
| 10/10/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 500.000 | $98.700000 | | 49,344.24 |
| 10/10/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 500.000 | $99.030000 | | 49,509.24 |
| 10/10/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 500.000 | $98.764000 | | 49,376.24 |
| 10/10/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 300.000 | $98.700000 | | 29,606.54 |
| 10/10/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 500.000 | $98.790000 | | 49,389.24 |
| 10/10/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 500.000 | $98.817900 | | 49,403.19 |
| 10/10/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 500.000 | $98.620000 | | 49,304.24 |
| 10/10/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 500.000 | $98.642000 | | 49,315.24 |
| 10/10/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.610000 | | 9,859.84 |
| 10/10/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.620000 | | 9,860.84 |
| 10/10/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.620000 | | 9,860.84 |
| 10/10/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.620000 | | 9,860.84 |
| 10/10/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.610000 | | 9,859.84 |

tsLogo_2clr_memberZ.eps

074124S  17265972  20071031  743107886

STATEMENT PERIOD    September 28, 2007
THROUGH            October 31, 2007
ACCOUNT NUMBER      17265972

Page 13  of   38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/10/2007 | 10/04/2007 | Sold | Margin | RESEARCH IN MOTION LTD COM | RIMM | 100.000 | $98.610000 | | 9,859.84 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $110.260000 | | 11,024.83 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $110.360000 | | 11,034.83 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 250.000 | $159.410000 | | 39,849.39 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 250.000 | $159.460000 | | 39,861.89 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $159.420000 | | 15,940.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $159.470000 | | 15,945.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $159.500000 | | 15,948.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $159.470000 | | 15,945.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $159.550000 | | 15,953.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $159.560000 | | 15,954.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $159.740000 | | 15,972.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $159.640000 | | 15,962.75 |

074124S  17265972  20071031  74310786

**tsLogo_2clr_memberZ.eps**

STATEMENT PERIOD    September 28, 2007
THROUGH            October 31, 2007
ACCOUNT NUMBER     17265972

Page 14 of 38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $159.630000 | | 15,961.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $159.620000 | | 15,960.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $159.710000 | | 15,969.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $159.720000 | | 15,970.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $159.840000 | | 15,982.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $159.720000 | | 15,970.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 50.000 | $159.790000 | | 7,988.37 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $159.940000 | | 15,992.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 50.000 | $159.830000 | | 7,990.37 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 50.000 | $160.030000 | | 8,000.37 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 50.000 | $160.000000 | | 7,998.87 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 50.000 | $159.810000 | | 7,989.37 |

074124S 17265972 20071031 743107886

STATEMENT PERIOD  September 28, 2007
THROUGH          October 31, 2007
ACCOUNT NUMBER   17265972

tsLogo_2clr_memberZ.eps

Page 15 of 38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $159.950000 | | 15,993.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 250.000 | $160.080000 | | 40,016.88 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $111.840000 | | 11,182.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 250.000 | $160.120000 | | 40,026.88 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $111.860000 | | 11,184.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 250.000 | $160.100000 | | 40,021.88 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 150.000 | $160.100000 | | 24,013.13 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 150.000 | $160.130000 | | 24,017.63 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.000000 | | 11,198.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $160.130000 | | 16,011.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.130000 | | 11,211.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $160.130000 | | 16,011.75 |