074124S  17265972  20071031  743107886

**tsLogo_2clr_memberZ.eps**

STATEMENT PERIOD    September 28, 2007
THROUGH            October 31, 2007
ACCOUNT NUMBER     17265972

Page 16 of 38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.140000 | | 11,212.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $160.120000 | | 16,010.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $160.240000 | | 16,022.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.110000 | | 11,209.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $160.300000 | | 16,028.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.290000 | | 11,227.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $160.250000 | | 16,023.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.480000 | | 11,246.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $160.320000 | | 16,030.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $160.350000 | | 16,033.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.530000 | | 11,251.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $160.300000 | | 16,028.75 |

tsLogo_2clr_memberZ.eps

074124S 17265972 20071031 743107886

| STATEMENT PERIOD | September 28, 2007 |
| THROUGH | October 31, 2007 |
| ACCOUNT NUMBER | 17265972 |

Page 17 of 38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $111.960000 | | 11,194.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $160.290000 | | 16,027.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.420000 | | 11,240.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $160.290000 | | 16,027.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.480000 | | 11,246.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $160.360000 | | 16,034.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.020000 | | 11,200.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $160.370000 | | 16,035.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.530000 | | 11,251.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $160.310000 | | 16,029.75 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.670000 | | 11,265.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.660000 | | 11,264.82 |

074124S 17265972 20071031 74307886

tsLogo_2clr_memberZ.eps

STATEMENT PERIOD   September 28, 2007
THROUGH            October 31, 2007
ACCOUNT NUMBER     17265972

Page 18 of 38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.750000 | | 11,273.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.770000 | | 11,275.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.330000 | | 11,231.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.730000 | | 11,271.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.780000 | | 11,276.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.810000 | | 11,279.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.780000 | | 11,276.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.750000 | | 11,273.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.760000 | | 11,274.82 |
| 10/11/2007 | 10/05/2007 | Sold | Short | RESEARCH IN MOTION LTD COM Short | RIMM | 100.000 | $112.870000 | | 11,285.82 |
| 10/11/2007 | 10/05/2007 | Bought | Short | RESEARCH IN MOTION LTD COM Cover Short | RIMM | 250.000 | $111.990000 | -28,000.00 | |
| 10/11/2007 | 10/05/2007 | Bought | Short | RESEARCH IN MOTION LTD COM Cover Short | RIMM | 250.000 | $111.980000 | -27,997.50 | |

0741245 17265972 20071031 74310786 6

STATEMENT PERIOD September 28, 2007
THROUGH October 31, 2007
ACCOUNT NUMBER 17265972

tsLogo_2clr_memberZ.eps

Page 19 of 38

## Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/2007 | 10/05/2007 | Bought | Short | RESEARCH IN MOTION LTD COM Cover Short | RIMM | 250.000 | $112.032000 | -28,010.50 | |
| 10/11/2007 | 10/05/2007 | Bought | Short | RESEARCH IN MOTION LTD COM Cover Short | RIMM | 250.000 | $112.000000 | -28,002.50 | |
| 10/11/2007 | 10/05/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 150.000 | $160.090000 | -24,015.00 | |
| 10/11/2007 | 10/05/2007 | Bought | Short | RESEARCH IN MOTION LTD COM Cover Short | RIMM | 250.000 | $112.000000 | -28,002.50 | |
| 10/11/2007 | 10/05/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 2,250.000 | $160.100000 | -360,240.50 | |
| 10/11/2007 | 10/05/2007 | Bought | Short | RESEARCH IN MOTION LTD COM Cover Short | RIMM | 250.000 | $111.970000 | -27,995.00 | |
| 10/11/2007 | 10/05/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 600.000 | $159.783167 | -95,875.50 | |
| 10/11/2007 | 10/05/2007 | Bought | Short | RESEARCH IN MOTION LTD COM Cover Short | RIMM | 250.000 | $112.044000 | -28,013.50 | |
| 10/11/2007 | 10/05/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 600.000 | $159.820000 | -95,897.60 | |
| 10/11/2007 | 10/05/2007 | Bought | Short | RESEARCH IN MOTION LTD COM Cover Short | RIMM | 250.000 | $112.100000 | -28,027.50 | |
| 10/11/2007 | 10/05/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 600.000 | $159.860000 | -95,921.60 | |
| 10/11/2007 | 10/05/2007 | Bought | Short | RESEARCH IN MOTION LTD COM Cover Short | RIMM | 250.000 | $112.060000 | -28,017.50 | |

074124S 17265972 20071031 74310786

STATEMENT PERIOD    September 28, 2007
THROUGH             October 31, 2007
ACCOUNT NUMBER      17265972

tsLogo_2clr_memberZ.eps

Page 20 of 38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/2007 | 10/05/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 600.000 | $159.900000 | -95,945.60 | |
| 10/11/2007 | 10/05/2007 | Bought | Short | RESEARCH IN MOTION LTD COM Cover Short | RIMM | 250.000 | $112.140000 | -28,037.50 | |
| 10/11/2007 | 10/05/2007 | Bought | Short | RESEARCH IN MOTION LTD COM Cover Short | RIMM | 100.000 | $108.290000 | -10,830.00 | |
| 10/11/2007 | 10/05/2007 | Bought | Short | RESEARCH IN MOTION LTD COM Cover Short | RIMM | 100.000 | $112.720000 | -11,273.00 | |
| 10/11/2007 | 10/05/2007 | Bought | Short | RESEARCH IN MOTION LTD COM Cover Short | RIMM | 100.000 | $108.300000 | -10,831.00 | |
| 10/16/2007 | 10/11/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $170.070000 | | 17,005.73 |
| 10/16/2007 | 10/11/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $170.170000 | | 17,015.73 |
| 10/16/2007 | 10/11/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $170.220000 | | 17,020.73 |
| 10/16/2007 | 10/11/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $170.220000 | | 17,020.73 |
| 10/16/2007 | 10/11/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $170.300000 | | 17,028.73 |
| 10/16/2007 | 10/11/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 100.000 | $170.350000 | | 17,033.73 |
| 10/16/2007 | 10/11/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 1,000.000 | $170.240000 | | 170,229.39 |

074124S 1726S972 20071031 743107886

STATEMENT PERIOD  September 28, 2007
THROUGH  October 31, 2007
ACCOUNT NUMBER  17265972

tsLogo_2clr_memberZ.eps

Page 21 of 38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/16/2007 | 10/11/2007 | Sold | Short | APPLE COMPUTER INC COM Short | AAPL | 1,000.000 | $170.240000 | | 170,229.39 |
| 10/16/2007 | 10/11/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 300.000 | $169.980000 | -50,997.00 | |
| 10/16/2007 | 10/11/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 300.000 | $170.050000 | -51,018.00 | |
| 10/16/2007 | 10/11/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 500.000 | $169.930000 | -84,970.00 | |
| 10/16/2007 | 10/11/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 500.000 | $170.000000 | -85,005.00 | |
| 10/16/2007 | 10/11/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 500.000 | $170.030000 | -85,020.00 | |
| 10/16/2007 | 10/11/2007 | Bought | Short | APPLE COMPUTER INC COM Cover Short | AAPL | 500.000 | $170.010000 | -85,010.00 | |
| 10/17/2007 | 10/16/2007 | Bought | Margin | LINEAR TECHNOLOGY CORP NOV '07 @ 37 1/2 CALL Opening Contract | LLQ KU | 50.000 | $0.300000 | -1,550.00 | |
| 10/17/2007 | 10/16/2007 | Bought | Margin | LINEAR TECHNOLOGY CORP NOV '07 @ 37 1/2 CALL Opening Contract | LLQ KU | 10.000 | $0.300000 | -310.00 | |
| 10/17/2007 | 10/16/2007 | Bought | Margin | LINEAR TECHNOLOGY CORP NOV '07 @ 37 1/2 CALL Opening Contract | LLQ KU | 10.000 | $0.300000 | -310.00 | |
| 10/17/2007 | 10/16/2007 | Bought | Margin | LINEAR TECHNOLOGY CORP NOV '07 @ 37 1/2 CALL Opening Contract | LLQ KU | 10.000 | $0.300000 | -310.00 | |
| 10/17/2007 | 10/16/2007 | Bought | Margin | LINEAR TECHNOLOGY CORP NOV '07 @ 37 1/2 CALL Opening Contract | LLQ KU | 10.000 | $0.300000 | -310.00 | |

074124S  17265972  20071031  743107886

STATEMENT PERIOD  September 28, 2007
THROUGH  October 31, 2007
ACCOUNT NUMBER  17265972

tsLogo_2clr_memberZ.eps

Page 22  of  38

## Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/17/2007 | 10/16/2007 | Bought | Margin | LINEAR TECHNOLOGY CORP NOV '07 @ 37 1/2 CALL Opening Contract | LLQ KU | 10.000 | $0.300000 | -310.00 | |
| 10/18/2007 | 10/17/2007 | Bought | Margin | LINEAR TECHNOLOGY CORP NOV '07 @ 37 1/2 CALL Opening Contract | LLQ KU | 50.000 | $0.100000 | -550.00 | |
| 10/18/2007 | 10/17/2007 | Bought | Margin | LINEAR TECHNOLOGY CORP NOV '07 @ 37 1/2 CALL Opening Contract | LLQ KU | 50.000 | $0.100000 | -550.00 | |
| 10/18/2007 | 10/17/2007 | Bought | Margin | LINEAR TECHNOLOGY CORP NOV '07 @ 37 1/2 CALL Opening Contract | LLQ KU | 50.000 | $0.100000 | -550.00 | |
| 10/18/2007 | 10/17/2007 | Bought | Margin | LINEAR TECHNOLOGY CORP NOV '07 @ 37 1/2 CALL Opening Contract | LLQ KU | 50.000 | $0.100000 | -550.00 | |
| 10/19/2007 | 10/16/2007 | Bought | Margin | YAHOO INC COM | YHOO | 1,000.000 | $26.630000 | -26,638.00 | |
| 10/19/2007 | 10/16/2007 | Bought | Margin | YAHOO INC COM | YHOO | 1,000.000 | $26.610000 | -26,618.00 | |
| 10/19/2007 | 10/16/2007 | Sold | Margin | YAHOO INC COM | YHOO | 400.000 | $26.800000 | | 10,715.83 |
| 10/19/2007 | 10/16/2007 | Sold | Margin | YAHOO INC COM | YHOO | 100.000 | $26.810000 | | 2,679.95 |
| 10/19/2007 | 10/16/2007 | Sold | Margin | YAHOO INC COM | YHOO | 500.000 | $26.790000 | | 13,389.79 |
| 10/19/2007 | 10/16/2007 | Sold | Margin | YAHOO INC COM | YHOO | 250.000 | $26.800000 | | 6,697.39 |
| 10/19/2007 | 10/16/2007 | Sold | Margin | YAHOO INC COM | YHOO | 250.000 | $26.860000 | | 6,712.39 |
| 10/19/2007 | 10/16/2007 | Sold | Margin | YAHOO INC COM | YHOO | 250.000 | $26.810000 | | 6,699.89 |
| 10/19/2007 | 10/16/2007 | Sold | Margin | YAHOO INC COM | YHOO | 250.000 | $26.800000 | | 6,697.39 |
| 10/22/2007 | 10/22/2007 | Expired | Margin | LAWSON SOFTWARE INC NEW OCT '07 @ 12 1/2 CALL | QPA JV | 150.000 | | | |
| 10/22/2007 | 10/22/2007 | Expired | Margin | RESEARCH IN MOTION LTD OCT '07 @ 95 PUT | RUL VS | 12.000 | | | |

tsLogo_2clr_memberZ.eps

074124S 17265972 20071031 743107886

STATEMENT PERIOD September 28, 2007
THROUGH October 31, 2007
ACCOUNT NUMBER 17265972

Page 23 of 38

## Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/22/2007 | 10/22/2007 | Expired | Margin | UAP HLDG CORP OCT '07 @ 35 CALL | JUL JG | 60.000 | | | |
| 10/22/2007 | 10/19/2007 | Bought | Margin | LINEAR TECHNOLOGY CORP NOV '07 @ 37 1/2 CALL Opening Contract | LLQ KU | 50.000 | $0.050000 | -300.00 | |
| 10/22/2007 | 10/19/2007 | Bought | Margin | LINEAR TECHNOLOGY CORP NOV '07 @ 37 1/2 CALL Opening Contract | LLQ KU | 50.000 | $0.050000 | -300.00 | |
| 10/22/2007 | 10/19/2007 | Bought | Margin | LINEAR TECHNOLOGY CORP NOV '07 @ 37 1/2 CALL Opening Contract | LLQ KU | 50.000 | $0.050000 | -300.00 | |
| 10/22/2007 | 10/19/2007 | Bought | Margin | LINEAR TECHNOLOGY CORP NOV '07 @ 37 1/2 CALL Opening Contract | LLQ KU | 50.000 | $0.050000 | -300.00 | |
| 10/26/2007 | 10/23/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $42.930000 | -42,938.00 | |
| 10/26/2007 | 10/23/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $42.900000 | -42,908.00 | |
| 10/26/2007 | 10/23/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $42.930000 | -42,938.00 | |
| 10/26/2007 | 10/23/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $42.860000 | -42,868.00 | |
| 10/26/2007 | 10/23/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $42.850000 | -42,858.00 | |
| 10/26/2007 | 10/23/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $42.860000 | -42,868.00 | |
| 10/26/2007 | 10/23/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $42.810000 | -42,818.00 | |
| 10/26/2007 | 10/23/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $42.840000 | -42,848.00 | |
| 10/26/2007 | 10/23/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $42.780000 | -42,788.00 | |
| 10/26/2007 | 10/23/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $43.254000 | | 43,245.33 |
| 10/26/2007 | 10/23/2007 | Sold | Margin | SANDISK CORP QOM | SNDK | 1,000.000 | $43.264000 | | 43,255.33 |

074124S 17265972 20071031 743107886

STATEMENT PERIOD    September 28, 2007
THROUGH    October 31, 2007
ACCOUNT NUMBER    17265972

tsLogo_2clr_memberZ.eps

Page 24 of 38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/26/2007 | 10/23/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $43.290000 | | 43,281.33 |
| 10/26/2007 | 10/23/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $43.240000 | | 43,231.33 |
| 10/26/2007 | 10/23/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $43.290000 | | 43,281.33 |
| 10/26/2007 | 10/23/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $43.240000 | | 43,231.33 |
| 10/26/2007 | 10/23/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $43.284000 | | 43,275.33 |
| 10/26/2007 | 10/23/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $43.250000 | | 43,241.33 |
| 10/26/2007 | 10/23/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 1,000.000 | $43.280000 | | 43,271.33 |
| 10/29/2007 | 10/24/2007 | Bought | Margin | AKAMAI TECHNOLOGIES INC COM | AKAM | 500.000 | $32.940000 | -16,475.00 | |
| 10/29/2007 | 10/24/2007 | Sold | Margin | AKAMAI TECHNOLOGIES INC COM | AKAM | 500.000 | $32.900000 | | 16,444.74 |
| 10/29/2007 | 10/24/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 500.000 | $37.940000 | | 18,964.70 |
| 10/29/2007 | 10/24/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 500.000 | $37.940000 | | 18,964.70 |
| 10/29/2007 | 10/24/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 100.000 | $37.970000 | | 3,795.94 |
| 10/29/2007 | 10/24/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 600.000 | $37.760000 | -22,661.60 | |
| 10/29/2007 | 10/24/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 500.000 | $37.750000 | -18,880.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 300.000 | $40.060000 | -12,021.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 200.000 | $40.040000 | -8,010.00 | |

074124S  17265972  20071031  74310786

tsLogo_2clr_memberZ.eps

| STATEMENT PERIOD | September 28, 2007 |
| THROUGH | October 31, 2007 |
| ACCOUNT NUMBER | 17265972 |

Page 25 of 38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 300.000 | $40.030000 | -12,012.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $40.270000 | -20,140.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $40.180000 | -20,095.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $40.130000 | -20,070.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $40.110000 | -20,060.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $40.040000 | -20,025.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $40.030000 | -20,020.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 200.000 | $40.060000 | -8,014.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 200.000 | $40.040000 | -8,010.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 200.000 | $40.040000 | -8,010.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 200.000 | $40.040000 | -8,010.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 200.000 | $40.030000 | -8,008.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 200.000 | $40.030000 | -8,008.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 200.000 | $40.010000 | -8,004.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 200.000 | $40.030000 | -8,008.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 200.000 | $40.020000 | -8,006.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 200.000 | $40.030000 | -8,008.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 200.000 | $40.070000 | -8,016.00 | |

tsLogo_2clr_memberZ.eps

074124S 17265972 20071031 743107886

STATEMENT PERIOD  September 28, 2007
THROUGH          October 31, 2007
ACCOUNT NUMBER   17265972

Page 26 of 38

Investment Activity

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $40.360000 | -20,185.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $40.350000 | -20,180.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $40.300000 | -20,155.00 | |
| 10/30/2007 | 10/25/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $40.420000 | | 20,204.69 |
| 10/30/2007 | 10/25/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $40.420000 | | 20,204.69 |
| 10/30/2007 | 10/25/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 3,000.000 | $40.000000 | | 119,978.16 |
| 10/30/2007 | 10/25/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $40.420000 | | 20,204.69 |
| 10/30/2007 | 10/25/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 400.000 | $39.900000 | | 15,955.75 |
| 10/30/2007 | 10/25/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 2,600.000 | $39.900000 | | 103,720.81 |
| 10/30/2007 | 10/25/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 500.000 | $41.170000 | | 20,579.68 |
| 10/30/2007 | 10/25/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 500.000 | $41.170000 | | 20,579.68 |
| 10/30/2007 | 10/25/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 500.000 | $41.150000 | -20,580.00 | |
| 10/30/2007 | 10/25/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 500.000 | $41.150000 | -20,580.00 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Investment Activity | | | | | | | | -$4,597,909.21 | $4,591,596.23 |

074124S 17265972 20071031 743107886

tsLogo_2clr_memberZ.eps

STATEMENT PERIOD    September 28, 2007
THROUGH             October 31, 2007
ACCOUNT NUMBER      17265972

Page 27 of 38

**Dividends and Interest**

| Date | Transaction | Account Type | Description | Symbol/Cusip | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 10/31/2007 | Credit Int | Margin | 1.250% 09/29-10/31 | $100906 | | 114.01 |
| Total Dividends and Interest | | | | | $0.00 | $114.01 |

**Miscellaneous Activity**

| Date | Transaction | Account Type | Description | Symbol/Cusip | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 10/03/2007 | Journal | Margin | TradeStation: ECN Books 10/07 | | -20.00 | |
| 10/03/2007 | Journal | Margin | TradeStation: AMEX 10/07 | | -1.00 | |
| 10/03/2007 | Journal | Margin | TradeStation: LVL 2 10/07 | | -10.00 | |
| 10/03/2007 | Journal | Margin | TradeStation: NASD 10/07 | | -1.00 | |
| 10/03/2007 | Journal | Margin | TradeStation: NASDTotalView10/ | | -5.00 | |
| 10/03/2007 | Journal | Margin | TradeStation: NYSE 10/07 | | -1.00 | |
| 10/03/2007 | Journal | Margin | TradeStation: OPRA 10/07 | | -3.00 | |
| 10/05/2007 | Adjustment | Margin | SHORT ACCT. MARK TO MARKET | | | 117.87 |
| 10/05/2007 | Adjustment | Short | SHORT ACCT. MARK TO MARKET | | -117.87 | |
| 10/12/2007 | Adjustment | Margin | SHORT ACCT. MARK TO MARKET | | | 1,615.08 |
| 10/12/2007 | Adjustment | Short | SHORT ACCT. MARK TO MARKET | | -1,615.08 | |
| 10/19/2007 | Adjustment | Margin | SHORT ACCT. MARK TO MARKET | | | 564.16 |
| 10/19/2007 | Adjustment | Short | SHORT ACCT. MARK TO MARKET | | -564.16 | |
| 10/26/2007 | Journal | Margin | Option Cancellation Fee | | -1.00 | |
| Total Miscellaneous | | | | | -$2,339.11 | $2,297.11 |

**Trades Executed But Not Yet Settled**

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/01/2007 | 10/29/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 500.000 | $42.230000 | | 21,109.67 |
| 11/01/2007 | 10/29/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 500.000 | $42.220000 | | 21,104.67 |
| 11/01/2007 | 10/29/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 500.000 | $42.250000 | | 21,119.67 |
| 11/01/2007 | 10/29/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 500.000 | $42.220000 | | 21,104.67 |

074124S  17265972  20071031  74310786

STATEMENT PERIOD  September 28, 2007
THROUGH                  October 31, 2007
ACCOUNT NUMBER   17265972

tsLogo_2clr_memberZ.eps

## Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/01/2007 | 10/29/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 500.000 | $42.230000 | | 21,109.67 |
| 11/01/2007 | 10/29/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 500.000 | $42.250000 | | 21,119.67 |
| 11/01/2007 | 10/29/2007 | Sold | Short | SANDISK CORP. COM Short | SNDK | 500.000 | $42.270000 | | 21,129.67 |
| 11/01/2007 | 10/29/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 500.000 | $42.250000 | | 21,119.67 |
| 11/01/2007 | 10/29/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 500.000 | $42.130000 | -21,070.00 | |
| 11/01/2007 | 10/29/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 500.000 | $42.120000 | -21,065.00 | |
| 11/01/2007 | 10/29/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 500.000 | $42.120000 | -21,065.00 | |
| 11/01/2007 | 10/29/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 500.000 | $42.130000 | -21,070.00 | |
| 11/01/2007 | 10/29/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 500.000 | $42.120000 | -21,065.00 | |
| 11/01/2007 | 10/29/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 500.000 | $42.120000 | -21,065.00 | |
| 11/01/2007 | 10/29/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 500.000 | $42.130000 | -21,070.00 | |

tsLogo_2clr_memberZ.eps

074124S 17265972 20071031 743107886

STATEMENT PERIOD  September 28, 2007
THROUGH           October 31, 2007
ACCOUNT NUMBER    17265972

Page 29 of 38

**Trades Executed But Not Yet Settled**

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/01/2007 | 10/29/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 500.000 | $42.130000 | -21,070.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.790000 | -21,900.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.800000 | -21,905.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.810000 | -21,910.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.810000 | -21,910.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.800000 | -21,905.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.810000 | -21,910.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.810000 | -21,910.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.820000 | -21,915.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.800000 | -21,905.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.800000 | -21,905.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.800000 | -21,905.00 | |
| 11/02/2007 | 10/30/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.020000 | | 22,004.66 |
| 11/02/2007 | 10/30/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.020000 | | 22,004.66 |

tsLogo_2clr_memberZ.eps

0741245 17265972 20071031 743107886

STATEMENT PERIOD   September 28, 2007
THROUGH   October 31, 2007
ACCOUNT NUMBER   17265972

Page 30 of 38

Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/02/2007 | 10/30/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.020000 | | 22,004.66 |
| 11/02/2007 | 10/30/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.030000 | | 22,009.66 |
| 11/02/2007 | 10/30/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.030000 | | 22,009.66 |
| 11/02/2007 | 10/30/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.030000 | | 22,009.66 |
| 11/02/2007 | 10/30/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.020000 | | 22,004.66 |
| 11/02/2007 | 10/30/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.020000 | | 22,004.66 |
| 11/02/2007 | 10/30/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.010000 | | 21,999.66 |
| 11/02/2007 | 10/30/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.010000 | | 21,999.66 |
| 11/02/2007 | 10/30/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.001000 | | 21,995.16 |
| 11/02/2007 | 10/30/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.000000 | | 21,994.66 |
| 11/02/2007 | 10/30/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $43.730000 | | 43,721.33 |
| 11/02/2007 | 10/30/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $43.720000 | | 43,711.33 |
| 11/02/2007 | 10/30/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $43.730000 | | 43,721.33 |
| 11/02/2007 | 10/30/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $43.730000 | | 43,721.33 |

tsLogo_2clr_memberZ.eps

074124S  17265972  20071031  743107886

| STATEMENT PERIOD | September 28, 2007 |
| THROUGH | October 31, 2007 |
| ACCOUNT NUMBER | 17265972 |

Page 31 of 38

## Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/02/2007 | 10/30/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $43.730000 | | 43,721.33 |
| 11/02/2007 | 10/30/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $43.730000 | | 43,721.33 |
| 11/02/2007 | 10/30/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $43.730000 | | 43,721.33 |
| 11/02/2007 | 10/30/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $43.780000 | | 43,771.33 |
| 11/02/2007 | 10/30/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $43.750000 | | 43,741.33 |
| 11/02/2007 | 10/30/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 500.000 | $43.800000 | | 21,894.66 |
| 11/02/2007 | 10/30/2007 | Sold | Short | SANDISK CORP COM Short | SNDK | 1,000.000 | $43.800000 | | 43,791.32 |
| 11/02/2007 | 10/30/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $43.830000 | -43,838.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $43.840000 | -43,848.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $43.879000 | -43,887.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $43.890000 | -43,898.00 | |

tsLogo_2clr_memberZ.eps

074124S 17265972 20071031 743107886

STATEMENT PERIOD    September 28, 2007
THROUGH            October 31, 2007
ACCOUNT NUMBER     17265972

Page 32 of 38

## Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/02/2007 | 10/30/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $43.880000 | -43,888.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $43.870000 | -43,878.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $43.850000 | -43,858.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $43.880000 | -43,888.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $43.880000 | -43,888.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 1,000.000 | $43.880000 | -43,888.00 | |
| 11/02/2007 | 10/30/2007 | Bought | Short | SANDISK CORP COM Cover Short | SNDK | 500.000 | $43.802000 | -21,906.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.960000 | -21,985.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.000000 | -22,005.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.000000 | -22,005.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.960000 | -21,985.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.920000 | -21,965.00 | |

tsLogo_2clr_memberZ.eps

074124S  17265972  20071031  74310T886

STATEMENT PERIOD    September 28, 2007
THROUGH             October 31, 2007
ACCOUNT NUMBER      17265972

Page 33 of 38

## Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/05/2007 | 10/31/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.910000 | -21,960.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.910000 | -21,960.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.900000 | -21,955.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.900000 | -21,955.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.850000 | -21,930.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.880000 | -21,945.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.820000 | -21,915.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.830000 | -21,920.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.840000 | -21,925.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.890000 | -21,950.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.990000 | -22,000.00 | |
| 11/05/2007 | 10/31/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.930000 | | 21,959.66 |
| 11/05/2007 | 10/31/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.090000 | | 22,039.66 |
| 11/05/2007 | 10/31/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.070000 | | 22,029.66 |
| 11/05/2007 | 10/31/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.070000 | | 22,029.66 |
| 11/05/2007 | 10/31/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.090000 | | 22,039.66 |

074124S  17265972  20071031  743107886

STATEMENT PERIOD    September 28, 2007
THROUGH             October 31, 2007
ACCOUNT NUMBER      17265972

**tsLogo_2clr_memberZ.eps**

Page 34  of  38

## Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/05/2007 | 10/31/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.080000 | | 22,034.66 |
| 11/05/2007 | 10/31/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.090000 | | 22,039.66 |
| 11/05/2007 | 10/31/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.020000 | | 22,004.66 |
| 11/05/2007 | 10/31/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.020000 | | 22,004.66 |
| 11/05/2007 | 10/31/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.020000 | | 22,004.66 |
| 11/05/2007 | 10/31/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.020000 | | 22,004.66 |
| 11/05/2007 | 10/31/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.020000 | | 22,004.66 |
| 11/05/2007 | 10/31/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $44.020000 | | 22,004.66 |
| 11/05/2007 | 10/31/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.990000 | | 21,989.66 |
| 11/05/2007 | 10/31/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.986000 | | 21,987.66 |
| 11/05/2007 | 10/31/2007 | Sold | Margin | SANDISK CORP COM | SNDK | 500.000 | $43.990000 | | 21,989.66 |
| 11/05/2007 | 10/31/2007 | Sold | Short | YAHOO INC COM Short | YHOO | 1,000.000 | $30.990000 | | 30,981.52 |
| 11/05/2007 | 10/31/2007 | Sold | Short | YAHOO INC COM Short | YHOO | 1,000.000 | $30.980000 | | 30,971.52 |
| 11/05/2007 | 10/31/2007 | Sold | Short | YAHOO INC COM Short | YHOO | 1,000.000 | $31.030000 | | 31,021.52 |

tsLogo_2clr_memberZ.eps

074124S  17265972  20071031  743107886

STATEMENT PERIOD    September 28, 2007
THROUGH             October 31, 2007
ACCOUNT NUMBER      17265972

Page 35  of  38

Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/05/2007 | 10/31/2007 | Sold | Short | YAHOO INC COM Short | YHOO | 1,000.000 | $31.020000 | | 31,011.52 |
| 11/05/2007 | 10/31/2007 | Sold | Short | YAHOO INC COM Short | YHOO | 1,000.000 | $31.020000 | | 31,011.52 |
| 11/05/2007 | 10/31/2007 | Sold | Short | YAHOO INC COM Short | YHOO | 1,000.000 | $31.049000 | | 31,040.52 |
| 11/05/2007 | 10/31/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $34.740000 | | 34,731.46 |
| 11/05/2007 | 10/31/2007 | Sold | Short | YAHOO INC COM Short | YHOO | 1,000.000 | $31.010000 | | 31,001.52 |
| 11/05/2007 | 10/31/2007 | Sold | Short | NVIDIA CORP COM Short | NVDA | 1,000.000 | $34.755110 | | 34,746.57 |
| 11/05/2007 | 10/31/2007 | Sold | Short | YAHOO INC COM Short | YHOO | 1,000.000 | $31.060000 | | 31,051.52 |
| 11/05/2007 | 10/31/2007 | Sold | Short | YAHOO INC COM Short | YHOO | 1,000.000 | $31.070000 | | 31,061.52 |
| 11/05/2007 | 10/31/2007 | Sold | Short | YAHOO INC COM Short | YHOO | 1,000.000 | $31.070000 | | 31,061.52 |
| 11/05/2007 | 10/31/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $34.940000 | -34,948.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Short | NVIDIA CORP COM Cover Short | NVDA | 1,000.000 | $34.990000 | -34,998.00 | |

0741245 17265972 20071031 74310786

tsLogo_2clr_memberZ.eps

| STATEMENT PERIOD | September 28, 2007 |
| THROUGH | October 31, 2007 |
| ACCOUNT NUMBER | 17265972 |

Page 36 of 38

## Trades Executed But Not Yet Settled

| Settlement Date | Trade Date | Transaction | Account Type | Description | Symbol/Cusip | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/05/2007 | 10/31/2007 | Bought | Short | YAHOO INC COM Cover Short | YHOO | 2,000.000 | $30.91000 | -61,834.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Short | YAHOO INC COM Cover Short | YHOO | 1,000.000 | $30.94000 | -30,948.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Short | YAHOO INC COM Cover Short | YHOO | 1,000.000 | $30.95000 | -30,958.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Short | YAHOO INC COM Cover Short | YHOO | 1,000.000 | $30.95000 | -30,958.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Short | YAHOO INC COM Cover Short | YHOO | 1,000.000 | $30.93200 | -30,940.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Short | YAHOO INC COM Cover Short | YHOO | 1,000.000 | $30.93000 | -30,938.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Short | YAHOO INC COM Cover Short | YHOO | 1,000.000 | $30.93000 | -30,938.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Short | YAHOO INC COM Cover Short | YHOO | 1,000.000 | $30.93000 | -30,938.00 | |
| 11/05/2007 | 10/31/2007 | Bought | Short | YAHOO INC COM Cover Short | YHOO | 1,000.000 | $30.95000 | -30,958.00 | |

| Total Trades Executed But Not Yet Settled | | | | | | | | -$1,622,806.00 | $1,624,056.52 |

0741245 17265972 20071031 743107886

Please notify your account executive representative, or the director of brokerage client service or chief compliance office, in writing of any material changes in your financial circumstances or investment objectives. Remember, you have represented your objectives as being short-term trading profits by actively trading using highly speculative methods.

## GUIDE TO YOUR STATEMENT
Your statement may contain the following sections:

Your Portfolio at a Glance: Reflects the net equity of your account at the close of the statement period, the net equity of your last statement and any change since your last statement. Value of Long and Short Market Value of Securities contain netted values. A more comprehensive breakout of market values is reflected within the body of the statement.

Transaction Summary and Cash Balance Summary: Both show your opening and closing balances. Transaction Summary reflects the categories of cash activity. Cash and Cash Equivalent Balance Summary reflects the cash balances by account type. Opening Balance is the credit or debit carried over from the previous period's closing balance. Closing balance is the combination of the total debits and credits for the statement period together with the opening cash balance. A debit balance (money you owe us) is indicated by a minus sign in these sections.

Retirement Account Summary. Reflects the contributions received and distributions paid during this statement period as well as for the previous year.

Your Portfolio Holdings: Reflects cash and all securities in your account. Accrued interest represents interest earned but not yet paid or collected on the fixed income securities since the last coupon date. There is no guarantee that this interest will be paid by the issuer. Current yield is calculated by dividing the estimated annual income by the market value of the securities and represents an estimated current yield only.

## Market Price/Bond Ratings
The market value of your holdings are as of the last business day of the statement period. Prices for determining market values represent estimates. These estimates are obtained from multiple sources, including outside services. Pricing estimates may be based on bids, prices within the bid/offer spread, closing prices or matrix methodology that uses data relating to other securities whose prices are more ascertainable to produce a hypothetical price based on the estimated yield spread relationship between the securities. Pricing estimates may be more or less than those shown on your statement. Actual prices realized at sale may be more or less than those shown on your statement. Bond ratings are received from outside sources. While we believe our sources for market values and bond ratings to be reliable, we cannot guarantee their accuracy.

Trades Executed But Not Yet Settled: This section will reflect any trades not yet settled by the statement closing date. The settlement date is indicated in the first column.

## IMPORTANT NOTES
Dividend Income: Dividends credited to your account may include capital gains, non-taxable dividends and/or dividends on foreign stock. You may wish to consult your tax advisor with regard to your tax liability on these dividend credits.

## Methods of Computing Interest on Debit Balances:
Interest is charged on a day-by-day basis for any day that there is a net debit balance in your overall account. The calculation is made on a 365-day basis at the rate or rates shown on the statement. Interest rates may be changed from time to time with fluctuating money market rates or for other reasons.

Customer free credit balances may be used in this firm's business subject to the limitation of 17CFR Section 240.15c3-3 under the Securities Exchange Act of 1934. You have the right to receive from us in the course of normal business operation, upon demand, the delivery of:

a) any free credit balances to which you are entitled
b) any fully-paid securities to which you are entitled
c) any securities purchased on margin upon full payment of any indebtedness to us

If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general account and special memorandum account maintained for you under Section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of this separate account, as required by Regulation T, is available for your inspection.

For Option Accounts:Further information with respect to commissions and other charges related to the execution of listed options transactions has been included on confirmations of such transactions previously furnished to you and such information will be made available to you promptly upon written request.

Bearer Bonds: If any securities held by us for your account are bearer obligations which have been issued since December 31, 1982 with original maturities of more than one year, we agree that we will satisfy the conditions set forth in subdivisions (i), (ii) and (iii) of Treasury Regulation Section 1.165-12 (c) (5) and covenant that we will comply with the requirements of Treasury Regulation Section 1.165-12 (c) (1) (iii) concerning the delivery of such bearer obligations.

Financial Statement: A financial statement of our firm is available for your personal inspection at our office, or a copy will be mailed to you upon written request.

directly with us by you, through your broker or otherwise or as a result of transactions we process for your account. Inquiries concerning the positions and balances in your account may be directed to our Client Services Department at (954) 652-7920 or (800) 871-3577. If your account is introduced by another broker, all other inquiries regarding your account and activity therein should be directed to such broker.

Reportable to the Internal Revenue Service: As required by law, at year end, we will report to you and to the Internal Revenue Service, and to certain states, certain information concerning your account (including short sales), dividends and various other interest that have been credited to your account.

Statement Frequency: Statements will be mailed to customers who have transaction activity during the statement period. Account balances and/or security positions. All other accounts will be sent statements at least four times during a calendar year provided that the account contains a money or security balance.

Please promptly notify the office servicing your account in writing of any change of address. The office servicing your account can be found on page 1.

Please prominently include your account number(s) in all correspondence.

Each customer's securities account held at TradeStation Securities, Inc. is insured at TradeStation Securities, Inc. for insured accounts, up to a total net equity representing a loss of both securities and/or cash up to $25,000,000 per account. The first $500,000 of protection, which includes up to $100,000 protection for cash, is provided by Protection (Securities Investor Corporation) and the balance is provided by a separate excess SIPC bond issued by HSBC Insurance Brokers Limited covering accounts maintained at TradeStation Securities, Inc., up to an additional $24,500,000 per account, subject to a firm-wide maximum protection limit of $200,000,000. Repurchase and reverse repurchase and stock loan transactions, as well as certain mutual funds may not be covered by the excess SIPC bond.

Please promptly report any inaccuracy in your account statement to TradeStation's Client Service Department at (800) 871-3577 (in the USA) or (954)652-7920 (outside of the USA). Also, confirm any verbal communication in writing.