

## *Rabinovich & Associates, L.P.*

14 WALL STREET • 20th FLOOR
NEW YORK, NY, 10005
(866) 899-2398 PIN # 4540
E-mail: rabinovich1@verizon.net

August 1, 2005

Dear Mr. Bergstrom

This is a pre-confirmation stating your order for Datawind Inc. shares. Please make the check payable to Rabinovich & Associates LP, put your account number which is your social security number on the check, and note Datawind investment. If you have any questions please feel free to call us.

## Pre-Confirmation

**Investor:**  Carl Bergstrom
936-I Avenue
Ogden, IA 50212

**Shares:**  ~~555~~ 625 + 1250 = ~~1500~~ 1875 share total

**Price:**  $~~5.00~~ 4.00

**Total:**  $~~2500.00~~ 2500.00 + $5000 = 7500

Sincerely

Alex Rabinovich
General Partner

## Rabinovich & Associates, L.P.

14 WALL STREET • 20th FLOOR
NEW YORK, NY, 10005
(866) 899-2398 PIN # 4540
E-mail: rabinovich1@verizon.net

CARL N. BERGSTROM
936-I AVENUE
OGDEN, IA 50212

Partnership Statement: Q4
Period Ending December 31, 2005
Account Number:

### ACCOUNT SUMMARY as of December 31, 2005

| BUYING POWER | | EQUITY | |
|---|---|---|---|
| Trading Buying Power: | $  - | Margin Equity in USD: | $  - |
| Overnight Buying Power: | $  - | Total Equity in USD: | $  - |

### BALANCES

| | Current Period | Start Period |
|---|---|---|
| Price | $ 4.50 | $ 4.50 |
| Equities: | 1805 | 1805 |
| Total Account Value: | $ 8,122.50 | $ 8,122.50 |

### EARNINGS SUMMARY

| | Current Period | Year To Date |
|---|---|---|
| Cash: | $  - | $  - |
| Percentage Gain: | $  - | $  - |

### PORTFOLIO POSITIONS

| Money Funds | Quantity | Price | Market Value |
|---|---|---|---|
| Datawind Inc. ppm | 1805 | $4.50 | $ 8,122.50 |

# RABINOVICH & ASSOCIATES L.P.

14 WALL ST. 20TH FL.
NEW YORK, N.Y. 10005
866-201-4602 pin 6628

Page 1 of 2

Partnership Statement: Q3
Period Ending September 30, 2007

CARL N. BERGSTROM
936-I AVENUE
OGDEN, IA 50212

Account Number:

## ACCOUNT SUMMARY as of September 30, 2007

| BUYING POWER | | EQUITY | |
|---|---|---|---|
| Trading Buying Power: | $ 28,728.30 | Margin Equity In USD: | $ 5,745.66 |
| Overnight Buying Power: | $ 11,491.32 | Total Equity In USD: | $ 2,872.83 |

## BALANCES

| | Current Period | Start Period |
|---|---|---|
| Cash Balance: | $ 2,872.83 | $ 2,615.00 |
| Equities: | $ - | $ - |
| Total Account Value: | $ 2,872.83 | $ 2,615.00 |

## EARNINGS SUMMARY

| | Current Period | Year To Date |
|---|---|---|
| Cash: | $ 257.83 | $ 257.83 |
| Percentage Gain: | 9.86% | 9.86% |

## PORTFOLIO POSITIONS

| Money Funds | Quantity | Price | Market Value |
|---|---|---|---|
| Alliance Capital Reserv. | 2872.83 | $1.00 | $ 2,872.83 |

# RABINOVICH & ASSOCIATES L.P.

Page 2 of 2

14 WALL ST. 20TH FL.
NEW YORK, N.Y. 10005
866-201-4602 pin 6628

Partnership Statement: Q3
Period Ending September 30, 2007

CARL N. BERGSTROM
936-I AVENUE
OGDEN, IA 50212

Account Number:

## EARNINGS SUMMARY as of September 30, 2007

|  | Current Period |
|---|---|
| Cash: | $ 257.83 |
| Managing Partner: | $ 128.92 |
| Total: | $ 128.92 |

## PARTNERSHIP INTEREST

| Capital Contribution | Dividend |
|---|---|
| $ 2,615.00 | $ 128.92 |

## INDIVIDUAL PERFORMANCE

| Capital Contribution | Percentage Gain | Year To Date |
|---|---|---|
| $ 2,615.00 | 4.93% | 4.93% |

| Transaction | | Shares | Price | Value |
|---|---|---|---|---|
| Sold | Datawind | 400 | $ 3.50 | $ 1,400.00 |
| Sold | Datawind | 405 | $ 3.00 | $ 1,215.00 |
| **Fund Investment** | | | | $ 2,615.00 |

## INDIVIDUAL ACCOUNT VALUE

| Capital Contribution | Dividend | Value |
|---|---|---|
| $ 2,615.00 | $ 128.92 | $ 2,743.92 |

| Company | Shares | Price | Value |
|---|---|---|---|
| Datawind Inc. ppm | 1000 | $3.25 | $ 3,250.00 |