11/14/2007  10:32   14192810538                    BOALES INSURANCE                        PAGE   02

# RABINOVICH & ASSOCIATES L.P.

14 WALL ST. 20TH FL.
NEW YORK, N.Y. 10005
866-201-4602 pin 6628

Page 1 of 2

**Partnership Statement: Q2**
**Period Ending June 30, 2007**

SANFORD NASH, TTE
FBO SANFORD NASH REV LIV TRUST
175 Township Road, 1402
Polk, OH 44866

**Account Number:**

## ACCOUNT SUMMARY as of June 30, 2007

| BUYING POWER | | | EQUITY | | |
|---|---|---|---|---|---|
| Trading Buying Power: | $ | 114,100.00 | Margin Equity in USD: | $ | 22,820.00 |
| Overnight Buying Power: | $ | 45,640.00 | Total Equity in USD: | $ | 11,410.00 |

## BALANCES

| | Current Period | | Start Period | |
|---|---|---|---|---|
| Price | $ | 11,410.00 | $ | 10,000.00 |
| Equities: | $ | - | $ | |
| Total Account Value: | $ | 11,410.00 | $ | 10,000.00 |

## EARNINGS SUMMARY

| | Current Period | | Year To Date | |
|---|---|---|---|---|
| Cash: | $ | 1,410.00 | $ | 2,481.04 |
| Percentage Gain: | | 14.10% | | 24.81% |

## PORTFOLIO POSITIONS

| Money Funds | Quantity | Price | Market Value |
|---|---|---|---|
| Alliance Capital Reserv. | 11410 | $1.00 | $ 11,410.00 |

ACCOUNT CARRIED WITH PENSON FINANCIAL SERVICES INC. MEMBER NASD, NYSE, SIPC
1700 PACIFIC AVENUE, SUITE 1400, DALLAS, TX 75201

# RABINOVICH & ASSOCIATES L.P.

Page 2 of 2

14 WALL ST. 20TH FL.
NEW YORK, N.Y. 10005
866-201-4602 pin 6628

**Partnership Statement: Q2**
**Period Ending June 30, 2007**

SANFORD NASH,  TTE
FBO SANFORD NASH REV LIV TRUST
175 Township Road. 1402
Polk, OH 44866

**Account Number:**

## EARNINGS SUMMARY as of June 30, 2007

| | Current Period |
|---|---|
| Cash: | $  1,410.00 |
| Managing Partner: | $   705.00 |
| Total: | $   705.00 |

## PARTNERSHIP INTEREST

| Capital Contribution | Dividend |
|---|---|
| $   10,000.00 | $   705.00 |

## INDIVIDUAL PERFORMANCE

| Capital Contribution | Percentage Gain | Year To Date |
|---|---|---|
| $   10,000.00 | 7.05% | 22.34% |

## INDIVIDUAL ACCOUNT VALUE

| Capital Contribution | Dividend | Value |
|---|---|---|
| | | $   705.00 |
| $   10,000.00 | $   705.00 | $  10,705.00 |