# RABINOVICH & ASSOCIATES L.P.

14 WALL ST. 20TH FL.  
NEW YORK, N.Y. 10005  
866-899-2398 pin 4540

Page 1 of 2

**Partnership Statement: Q1**  
**Period Ending March 31, 2006**

DAVID N. BODTKER  
5515 NW OSPREY PLACE  
PORTLAND, OR 97229

Account Number:

## ACCOUNT SUMMARY as of March 31, 2006

| BUYING POWER | | EQUITY | |
|---|---|---|---|
| Trading Buying Power: | $ 66,085.40 | Margin Equity In USD: | $ 13,217.08 |
| Overnight Buying Power: | $ 26,434.16 | Total Equity In USD: | $ 6,608.54 |

## BALANCES

| | Current Period | Start Period |
|---|---|---|
| Cash Balance: | $ 6,608.54 | $ 5,572.13 |
| Equities: | $ - | $ - |
| Total Account Value: | $ 6,608.54 | $ 5,572.13 |

## EARNINGS SUMMARY

| | Current Period | Year To Date |
|---|---|---|
| Cash: | $ 1,036.41 | $ 1,608.54 |
| Percentage Gain: | 18.600% | 32.171% |

## PORTFOLIO POSITIONS

| Money Funds | Quantity | Price | Market Value |
|---|---|---|---|
| Alliance Capital Reserv. | 6608.54 | $1.00 | $ 6,608.54 |

# RABINOVICH & ASSOCIATES L.P.

14 WALL ST. 20TH FL.  
NEW YORK, N.Y. 10005  
866-899-2398 pin 4540

Page 2 of 2

**Partnership Statement: Q1**  
**Period Ending March 31, 2006**

DAVID N. BODTKER  
5515 NW OSPREY PLACE  
PORTLAND, OR 97229

**Account Number:**

## EARNINGS SUMMARY as of March 31, 2006

| | Current Period |
|---|---|
| Cash: | $ 1,036.41 |
| Managing Partner: | $ 518.21 |
| Total: | $ 518.21 |

## PARTNERSHIP INTEREST

| Capital Contribution | Total Profits |
|---|---|
| $ 5,572.13 | $ 518.21 |

## INDIVIDUAL PERFORMANCE

| Capital Contribution | Percentage Gain | Year To Date |
|---|---|---|
| $ 5,572.13 | 9.300% | 21.81% |

## INDIVIDUAL ACCOUNT VALUE

| Capital Contribution | Dividend | Value |
|---|---|---|
| $ 5,572.13 | $ 518.21 | $ 6,090.34 |
| 2005 Tax Paid | | Total Value |
| $ 131.59 | | $ 5,958.75 |

ACCOUNT CARRIED WITH PENSON FINANCIAL SERVICES INC. MEMBER NASD, NYSE, SIPC  
1700 PACIFIC AVENUE, SUITE 1400, DALLAS, TX 75201