# RABINOVICH & ASSOCIATES L.P.

14 WALL ST. 20TH FL.
NEW YORK, N. Y. 10005
866-899-2398 pin 4540

Page 1 of 2

Partnership Statement: Q4
Period Ending December 31, 2005

DONALD W. FERGUSON
105 LONG LEAF LN
PLYMOUTH, NC 27962

Account Number:

## ACCOUNT SUMMARY as of December 31, 2005

| BUYING POWER | | EQUITY | |
|---|---|---|---|
| Trading Buying Power: | $ 18,698.60 | Margin Equity In USD: | $ 3,739.72 |
| Overnight Buying Power: | $ 7,479.44 | Total Equity In USD: | $ 1,869.86 |

## BALANCES

| | Current Period | Start Period |
|---|---|---|
| Cash Balance: | $ 1,869.86 | $ 1,609.18 |
| Equities: | $ - | $ - |
| Total Account Value: | $ 1,869.86 | $ 1,609.18 |

## EARNINGS SUMMARY

| | Current Period | Year To Date |
|---|---|---|
| Cash: | $ 260.68 | $ 622.78 |
| Percentage Gain: | 16.200% | 62.278% |

## PORTFOLIO POSITIONS

| Money Funds | Quantity | Price | Market Value |
|---|---|---|---|
| Alliance Capital Reserv. | 1869.86 | $1.00 | $ 1,869.86 |

# RABINOVICH & ASSOCIATES L.P.

14 WALL ST. 20TH FL.
NEW YORK, N. Y. 10005
866-899-2398 pin 4540

Page 2 of 2

**Partnership Statement: Q4**
**Period Ending December 31, 2005**

DONALD W. FERGUSON
105 LONG LEAF LN
PLYMOUTH, NC 27962

**Account Number:**

### EARNINGS SUMMARY as of December 31, 2005

|  | Current Period |
|---|---|
| Cash: | $ 260.68 |
| Managing Partner: | $ 130.34 |
| Total: | $ 130.34 |

### PARTNERSHIP INTEREST

| Capital Contribution | | | Total Profits |
|---|---|---|---|
| $ 1,207.10 | | | $ 130.34 |

| Deposit | Date | Days Accrued | Interest Per Day |
|---|---|---|---|
| $ 20,000.00 | 10/18/2005 | 74 | 0.176% |

| Deposit | Date | Days Accrued | Interest Per Day |
|---|---|---|---|
| $ 18,900.00 | 12/12/2005 | 19 | 0.176% |

### INDIVIDUAL PERFORMANCE

| Capital Contribution | Percentage Gain | Year To Date |
|---|---|---|
| $ 1,207.10 | 10.798% | 33.74% |

| Deposit | Accrued Interest | Managing Partner | Dividend |
|---|---|---|---|
| $ 20,000.00 | $ 2,604.80 | $ 1,302.40 | $ 1,302.40 |

| Deposit | Accrued Interest | Managing Partner | Dividend |
|---|---|---|---|
| $ 18,900.00 | $ 632.02 | $ 316.01 | $ 316.01 |

### INDIVIDUAL ACCOUNT VALUE

| Capital Contribution | Dividend | Value |
|---|---|---|
| $ 1,207.10 | $ 130.34 | $ 1,337.44 |
| $ 20,000.00 | $ 1,302.40 | |
| $ 18,900.00 | $ 316.01 | |
| | Total Dividend | Total Value |
| | $ 1,748.75 | $ 41,855.85 |