# RABINOVICH & ASSOCIATES L.P.

14 WALL ST. 20TH FL.  
NEW YORK, N.Y. 10005  
866-201-4602 pin 6628

Page 1 of 2

Partnership Statement: Q3  
Period Ending September 30, 2007

DONALD W. FERGUSON  
105 LONG LEAF LN  
PLYMOUTH, NC 27962

Account Number:

## ACCOUNT SUMMARY as of September 30, 2007

| BUYING POWER | | EQUITY | |
|---|---|---|---|
| Trading Buying Power: | $ 1,590,149.80 | Margin Equity In USD: | $ 318,029.96 |
| Overnight Buying Power: | $ 636,059.92 | Total Equity In USD: | $ 159,014.98 |

## BALANCES

| | Current Period | Start Period |
|---|---|---|
| Cash Balance: | $ 159,014.98 | $ 144,743.30 |
| Equities: | $    - | $    - |
| Total Account Value: | $ 159,014.98 | $ 144,743.30 |

## EARNINGS SUMMARY

| | Current Period | Year To Date |
|---|---|---|
| Cash: | $ 14,271.68 | $ 45,682.27 |
| Percentage Gain: | 9.86% | 32.89% |

## PORTFOLIO POSITIONS

| Money Funds | Quantity | Price | Market Value |
|---|---|---|---|
| Alliance Capital Reserv. | 159014.98 | $1.00 | $ 159,014.98 |

# RABINOVICH & ASSOCIATES L.P.

14 WALL ST. 20TH FL.  
NEW YORK, N.Y. 10005  
866-201-4602 pin 6628

Page 2 of 2

Partnership Statement: Q3  
Period Ending September 30, 2007

DONALD W. FERGUSON  
105 LONG LEAF LN  
PLYMOUTH, NC 27962

Account Number:

## EARNINGS SUMMARY as of September 30, 2007

|  | Current Period |
|---|---|
| Cash: | $ 14,271.68 |
| Managing Partner: | $ 7,135.84 |
| Total: | $ 7,135.84 |

## PARTNERSHIP INTEREST

| Capital Contribution | | Days Accrued | Total Profits |
|---|---|---|---|
| $ 144,743.30 | | 48 | $ 7,135.84 |

| Capital Withdrawal | Adjusted Profits | Managing Partner | Dividend |
|---|---|---|---|
| $ (4,000.00) | $ 7,434.02 | $ 3,717.01 | $ 3,717.01 |

## INDIVIDUAL PERFORMANCE

| Capital Contribution | Percentage Gain | Year To Date |
|---|---|---|
| $ 144,743.30 | 4.93% | 27.68% |

| Capital Contribution | Date | Days Accrued | Interest per Day |
|---|---|---|---|
| $ 140,743.30 | 8/17/2007 | 44 | 0.107% |

| | Adjusted Profits | Managing Partner | Dividend |
|---|---|---|---|
| | $ 6,626.19 | $ 3,313.10 | $ 3,313.10 |

## INDIVIDUAL ACCOUNT VALUE

| Capital Contribution | Total Dividend | Value |
|---|---|---|
| $ 144,743.30 | $ 7,030.11 | $ 151,773.41 |

| Capital Withdrawal | | Adjusted Value |
|---|---|---|
| $ (4,000.00) | | $ 147,773.41 |

# RABINOVICH & ASSOCIATES L.P.

14 WALL ST. 20TH FL.  
NEW YORK, N.Y. 10005  
866-201-4602 pin 6628

Page 1 of 2

Partnership Statement: Q1  
Period Ending March 31, 2007

DONALD W. FERGUSON  
105 LONG LEAF LN  
PLYMOUTH, NC 27962

Account Number:

## ACCOUNT SUMMARY as of March 31, 2007

| BUYING POWER | | EQUITY | |
|---|---|---|---|
| Trading Buying Power: | $ 1,499,540.50 | Margin Equity in USD: | $ 299,908.10 |
| Overnight Buying Power: | $ 599,816.20 | Total Equity in USD: | $ 149,954.05 |

## BALANCES

| | Current Period | Start Period |
|---|---|---|
| Cash Balance: | $ 149,954.05 | $ 144,743.30 |
| Equities: | $ - | $ - |
| Total Account Value: | $ 149,954.05 | $ 144,743.30 |

## EARNINGS SUMMARY

| | Current Period | Year To Date |
|---|---|---|
| Cash: | $ 5,210.75 | $ 23,811.56 |
| Percentage Gain: | 3.60% | 16.66% |

## PORTFOLIO POSITIONS

| Money Funds | Quantity | Price | Market Value |
|---|---|---|---|
| Alliance Capital Reserv. | 149954.05 | $1.00 | $ 149,954.05 |

# RABINOVICH & ASSOCIATES L.P.

14 WALL ST. 20TH FL.  
NEW YORK, N.Y. 10005  
866-201-4602 pin 6628

Page 2 of 2

**Partnership Statement: Q1**  
**Period Ending March 31, 2007**

DONALD W. FERGUSON  
105 LONG LEAF LN  
PLYMOUTH, NC 27962

**Account Number:**

### EARNINGS SUMMARY as of March 31, 2007

|  | Current Period |
|---|---|
| Cash: | $ 5,210.75 |
| Managing Partner: | $ 2,605.38 |
| Total: | $ 2,605.38 |

### PARTNERSHIP INTEREST

| Capital Contribution | Total Profits |
|---|---|
| $ 144,743.30 | $ 2,605.38 |

### INDIVIDUAL PERFORMANCE

| Capital Contribution | Percentage Gain | Year To Date |
|---|---|---|
| $ 144,743.30 | 1.80% | 14.84% |

### INDIVIDUAL ACCOUNT VALUE

| Capital Contribution | Dividend | Value |
|---|---|---|
| $ 144,743.30 | $ 2,605.38 | $ 147,348.68 |

# RABINOVICH & ASSOCIATES L.P.

14 WALL ST. 20TH FL.
NEW YORK, N.Y. 10005
866-201-4602 pin 6628

Page 1 of 2

Partnership Statement: Q4
Period Ending December 31, 2006

DAVID N. BODTKER
5515 NW OSPREY PLACE
PORTLAND, OR 97229

Account Number:

## ACCOUNT SUMMARY as of December 31, 2006

| BUYING POWER | | EQUITY | |
|---|---|---|---|
| Trading Buying Power: | $ 73,351.30 | Margin Equity In USD: | $ 14,670.26 |
| Overnight Buying Power: | $ 29,340.52 | Total Equity In USD: | $ 7,335.13 |

## BALANCES

| | Current Period | Start Period |
|---|---|---|
| Cash Balance: | $ 7,335.13 | $ 6,502.78 |
| Equities: | $ - | $ - |
| Total Account Value: | $ 7,335.13 | $ 6,502.78 |

## EARNINGS SUMMARY

| | Current Period | Year To Date |
|---|---|---|
| Cash: | $ 832.35 | $ 2,335.13 |
| Percentage Gain: | 12.80% | 46.70% |

## PORTFOLIO POSITIONS

| Money Funds | Quantity | Price | Market Value |
|---|---|---|---|
| Alliance Capital Reserv. | 7335.13 | $1.00 | $ 7,335.13 |

# RABINOVICH & ASSOCIATES L.P.

14 WALL ST. 20TH FL.
NEW YORK, N.Y. 10005
866-201-4602 pin 6628

Page 2 of 2

Partnership Statement: Q4
Period Ending December 31, 2006

DAVID N. BODTKER
5515 NW OSPREY PLACE
PORTLAND, OR 97229

Account Number:

## EARNINGS SUMMARY as of December 31, 2006

|  | Current Period |
|---|---|
| Cash: | $ 832.35 |
| Managing Partner: | $ 416.18 |
| Total: | $ 416.18 |

## PARTNERSHIP INTEREST

| Capital Contribution | Total Profits |
|---|---|
| $ 6,502.78 | $ 416.18 |

## INDIVIDUAL PERFORMANCE

| Capital Contribution | Percentage Gain | Year To Date |
|---|---|---|
| $ 6,502.78 | 6.40% | 38.38% |

## INDIVIDUAL ACCOUNT VALUE

| Capital Contribution | Dividend | Value |
|---|---|---|
| $ 6,502.78 | $ 416.18 | $ 6,918.96 |