FedEx Express® US Airbill    8568 3186 3377    0215    FedEx Copy

**1 From**

Date

Sender's FedEx Account Number

Sender's Name  David Bonther    Phone 503 349-6665

Company

Address  5616 NW Osprey court

City  Portland    State OR    ZIP 97229

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name  ALEX RABINOWICH

Company  RABINOWICH & ASSOCIATES LP    Phone 718 645-2153

Address 14 WALL ST FL 20

Dept/Floor/Suite/Room

To request a package be held at a specific FedEx location, print FedEx address here.

Address

We cannot deliver to P.O. boxes or P.O. ZIP codes.

City NEW YORK    State NY    ZIP 10005-2125

8568 3186 3377

03333415595

**4a Express Package Service**    *Packages up to 150 lbs.*    Form ID No.

1 ☒ FedEx Priority Overnight    5 ☐ FedEx Standard Overnight    6 ☐ FedEx First Overnight

**4b Express Freight Service**    *Packages over 150 lbs.*

**3 ☐ FedEx 2Day**    20 ☐    **5 ☐ FedEx Express Saver**

☐ FedEx 1Day Freight*    8 ☐ FedEx 2Day Freight    83 ☐ FedEx 3Day Freight

**5 Packaging**

6 ☒ FedEx Envelope*    2 ☐ FedEx Pak*    3 ☐ FedEx Box    4 ☐ FedEx Tube    1 ☐ Other

**6 Special Handling**    *Include FedEx address in Section 3.*

SATURDAY DELIVERY

☐ 1 ☐ HOLD Weekday at FedEx Location    31 ☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?    One box must be checked.

☒ No 4 ☐ Yes    ☐ Yes Shipper's Declaration not required.    6 ☐ Dry Ice Dry Ice, 9, UN 1845    ☐ Cargo Aircraft Only

**7 Payment** Bill to:

1 ☒ Sender    2 ☐ Recipient    3 ☐ Third Party    4 ☐ Credit Card    5 ☐ Cash/Check

Total Packages    Total Weight    Total Declared Value†    Total Charges

**8 NEW Residential Delivery Signature Options**

☐ No Signature Required    10 ☐ Direct Signature    34 ☐ Indirect Signature

519

100% Recycled Paperboard® MINIMUM 35% POST-CONSUMER CONTENT

**Want more information?**
Go to fedex.com, or call 1.800.GoFedEx 1.800.463.3339 for U.S. domestic shipments, 1.800.247.4747 for international shipments. Call your local FedEx office if you are outside the U.S.

© 2005 FedEx 155476/155475 REV 9/05 RT