# Rabinovich & Associates, L.P.

14 WALL STREET • 20th FLOOR
NEW YORK, NY, 10005
(866) 201-4602, PIN #6628, FAX: (718) 336-3913

August 9, 2007

Dear Mr. Bergstrom,

Thank you for your interest in our partnership. As you know this past year was a great year for us and this partnership has been established so that we have an even more successful year to follow. My calculations for this fund are for every partner's benefit as well as yours. The reason for this fund is simple. It gives every partner the chance to make more money with the limited capital they have to invest. I, as the general partner will merge limited partners and pool all the capital together, to give us as a whole, the opportunity to make more money by having the buying power to do so. By investing and becoming a limited partner, these percentage returns almost double due to the extra buying power we have.

As the general partner and the manager of this fund I will be compensated strictly upon performance. I will not have a salary or charge a fee. I believe very strongly that people in this industry should solely get compensated based on their performance and not their so-called knowledge of the industry. Besides managing this fund, I will also conduct the business activities. I will calculate all the percentages due to the partners, send out statements on a quarterly basis, and disperse dividends to all the partners on a quarterly basis.

Sincerely,

Alex Rabinovich
General Partner