*Rabinovich & Associates, L.P.*

14 WALL STREET • 20th FLOOR
NEW YORK, NY, 10005
(866) 201-4602, PIN #6628, FAX: (718) 336-3913

November 12, 2007

Q4 Account Liquidation
Account Number:
Account Value: **$10,000.00**

SANFORD NASH, TTE
FBO SANFORD NASH REV LIV TRUST
175 Township Road. 1402
Polk, OH 44866

## ACCOUNT LIQUIDATION
## For The Period Ending September 30, 2007

√ Liquidating and closing account with Rabinovich & Associates LP.

This document will serve as an agreement between both parties. The liquidation of these funds to the above stated party will release this firm and it's General Partner from any responsibilities thereafter.

Sincerely

Alex Rabinovich
General Partner

RABINOVICH & ASSOCIATES LP
2250 E 4 ST SUITE 2-C
BROOKLYN, NY 11223                            1-7281-2214          1632

PAY TO THE ORDER OF Sanford Nash                DATE 11/10/07
                                                    $10,000.00
Ten Thousand                                        DOLLARS

ASTORIA FEDERAL SAVINGS
460 NEPTUNE AVE
BROOKLYN, NY 11224

MEMO Q4 Acct. Liquidation; Acct #1207

⑆221472815⑆ 831056 2058⑈   1632