UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, :
:      07 Civ. 10547 (GEL)
-v.- :
:      **ORDER**
RABINOVICH & ASSOCIATES, LP, :
ALEX RABINOVICH, and JOSEPH LOVAGLIO, :
:
Defendants. :
:
-------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

    For the reasons stated in open court on December 12, 2007, it is hereby ORDERED that:

1.    The oral motion of Salvatore Strazzullo to withdraw as counsel for defendant Rabinovich & Associates, LP is granted.

2.    Because defendant Rabinovich & Associates, LP can only appear before the Court represented by counsel, if Rabinovich & Associates, LP does not otherwise enter an appearance by January 21, 2008, it will be declared in default and judgment will be entered against it.

SO ORDERED.

Dated: New York, New York
       December 21, 2007

                                              _____
                                                GERARD E. LYNCH
                                                United States District Judge