UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,              07 CV 10547

  -against-

RABINOVICH & ASSOCIATES, L.P.,
ALEX RABINOVICH AND
JOSEPH LOVAGLIO,

              Defendants.
-------------------------------------------------------------X

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

*ALEX RABINOVICH* makes the following disclosure:

1. Is the above-named party a subsidiary or affiliate of a publicly-owned corporation?
   YES _____ NO __X__
   If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the above-named party.
2. 
   Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome of this case?
   YES _____ NO __X__
   If the answer is YES, list the identity of each corporation and the nature of the financial interest.

Dated: December 27, 2007

_____
ALEX RABINOVICH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,              07 CV 10547

-against-

RABINOVICH & ASSOCIATES, L.P.,
ALEX RABINOVICH AND
JOSEPH LOVAGLIO,

                Defendants.
------------------------------------------------------------X

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

JOSEPH LOVAGLIO makes the following disclosure:

1. Is the above-named party a subsidiary or affiliate of a publicly-owned corporation?
YES _____ NO ___X___
If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the above-named party.



2.
Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome of this case?
YES _____ NO ___X___
If the answer is YES, list the identity of each corporation and the nature of the financial interest.

DEC-29-2007 11:39 AM   PATRICK LOVAGLIO           407 681 0792            P.02

Dated: December 27, 2007

_____
JOSEPH LOVAGLIO