UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,                  07 CV 10547

    -against-                              ANSWER

RABINOVICH & ASSOCIATES, L.P.,
ALEX RABINOVICH AND
JOSEPH LOVAGLIO,

                    Defendants.
----------------------------------------------------------X

        Defendants, by their attorneys, Salvatore E. Strazzullo, Esq. and Vincent J. Romano, Esq., answering the Complaint of the Plaintiff, allege as follows:

1. Denies each and every allegation contained in paragraphs, "1", "2", "3", "4", "5", "6" "10", "11", "12", "13", "14", "15", "16", "17", "18", "19", "20", "21", "22", "23", "24", "25", "26", "27", "28", "29", "30", "31", "32", "33", "34", "35", "36", "37", "38", "39", "40", "41", "42", "43", "44", "45", "46", "47", "48", "49", "50", "51", "52", "53", "54", "55", "56", "57" and "58" of the Complaint.

2. Defendants have insufficient information to either admit or deny the allegations contained in paragraphs, "7", "8" and "9" of the Complaint.

        WHEREFORE, Defendant respectfully requests a dismissal of the Complaint Together with such other and further relief as this Court may deem just and proper.

Dated: New York, New York
         December 21, 2007

_____                   _____
Salvatore E. Strazzullo, Esq.               Vincent J. Romano, Esq.
Attorney for Defendant                       Attorney for Defendant
Alex Rabinovich                              Joseph Lovaglio
100 Park Avenue                             9201 4th Avenue
Suite 1600                                    Suite 704
New York, N.Y. 10017                  Brooklyn, N.Y. 11209
(212) 551-3224                            (718) 852-5200
(212) 926-5001                            (718) 333-1246 Facsimile

TO:  Mark K. Schonfeld (MS-2798)
     Attorneys for Plaintiff
     Securities and Exchange Commission
     New York Regional Office
     3 World Financial Center
     Suite 400
     New York, N.Y. 10281-1022
     (212) 336-0145 (Michael Paley, Esq.)