UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

            -v.-

RABINOVICH & ASSOCIATES, LP,
ALEX RABINOVICH, and JOSEPH LOVAGLIO,

            Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

07 Civ. 10547 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    For the reasons stated in open court on January 25, 2008, it is hereby ORDERED that:

1.     Discovery by the parties is to be concluded by June 30, 2008.

2.     Defendants have until February 8, 2008, to make a motion to the Court to stay the current proceeding in light of related criminal investigations. The SEC has until February 22 to oppose that motion, after which, the defendants have until February 29 to reply.

SO ORDERED.

Dated: New York, New York
       January 28, 2008

                                              _____
                                                 GERARD E. LYNCH
                                                 United States District Judge