UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION, :
:
                Plaintiff, :
:      07 Civ. 10547 (GEL)
-v.- :
:      **ORDER**
RABINOVICH & ASSOCIATES, LP, :
ALEX RABINOVICH, and JOSEPH LOVAGLIO, :
:
                Defendants. :
:
------------------------------------------------------------x

[USDC SDNY DOCUMENT ELECTRONICALLY FILED stamp]

GERARD E. LYNCH, District Judge:

      The Court has received a letter, dated February 27, 2008, from Vincent J. Romano, Esq., counsel for defendant Joseph Lovaglio, requesting that the Court allow him to withdraw as counsel to Mr. Lovaglio. The letter makes out a prima facie showing of a breakdown in communication between Mr. Lovaglio and his counsel, and an apparent inability of Mr. Lovaglio to pay for Mr. Romano's services.

      However, while a copy of the letter has apparently been sent to Mr. Lovaglio, there is no indication as to whether Mr. Lovaglio has been informed of his right to object to counsel's request to withdraw.

      Accordingly, it is ORDERED that if Mr. Lovaglio has any objection to Mr. Romano's request to withdraw, that he inform the Court, in writing, of that objection, by March 26, 2008. It is also ORDERED that Mr. Romano provide a copy of this Order to Mr. Lovaglio by March 12, 2008.

SO ORDERED.

Dated: New York, New York
       March 5, 2008

                                              _____
                                                 GERARD E. LYNCH
                                                 United States District Judge