UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION, :
:
              Plaintiff, :
: 07 Civ. 10547 (GEL)
-v.- :
: **ORDER**
RABINOVICH & ASSOCIATES, LP, :
ALEX RABINOVICH, and JOSEPH LOVAGLIO, :
:
              Defendants. :
:
-----------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

GERARD E. LYNCH, District Judge:

      The Court received a letter, dated February 27, 2008, from Vincent J. Romano, Esq., counsel for defendant Joseph Lovaglio, requesting that the Court allow him to withdraw as counsel to Lovaglio. The letter made out a prima facie showing of a breakdown in communication between Lovaglio and his counsel, and an apparent inability of Lovaglio to pay for Romano's services.

      By Order of March 5, 2008, the Court directed Lovaglio to inform the Court, in writing, of any objection to Romano's request by March 26, 2008, and that Romano provide a copy of that Order to Lovaglio. The Court recevied notice from Romano of service of that Order on Lovaglio, and has received no objection from Lovaglio to Romano's withdrawal. Accordingly, the motion of Romano to withdraw as counsel for Lovaglio is hereby GRANTED.

SO ORDERED.

Dated: New York, New York
       April 1, 2008

                                          _____
                                          GERARD E. LYNCH
                                          United States District Judge