UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
SECURITIES AND EXCHANGE COMMISSION,                         :
                                                            :
                        Plaintiff,                          :
                                                            :    07 Civ. 10547 (GEL)
            -v.-                                            :
                                                            :    **ORDER**
RABINOVICH & ASSOCIATES, LP,                                :
ALEX RABINOVICH, and JOSEPH LOVAGLIO,                       :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

     The Court received a letter, dated July 10, 2008, from the SEC, indicating that defendant Joseph Lovaglio, after answering the SEC's complaint on December 31, 2007, has stopped responding to SEC requests to discuss settlement, is no longer reachable at his previously provided address and phone number, and has not provided the SEC with a new address or phone number. The letter requests a briefing schedule for the SEC to move for summary judgment to resolve its claims against Lovaglio.

     Accordingly, it is ORDERED that the SEC has until September 4, 2008, to file a motion for summary judgment with respect to Lovaglio, that Lovaglio shall respond by October 2, 2008, and that the SEC shall reply to any response by October 16, 2008.

SO ORDERED.

Dated: New York, New York
       July 24, 2008

                                                                             _____
                                                                               GERARD E. LYNCH
                                                                        United States District Judge