UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

  - against -

RABINOVICH & ASSOCIATES, LP,     : 07 Civ. 10547 (GEL)
ALEX RABINOVICH, and
JOSEPH LOVAGLIO,

       Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08

## REVISED SCHEDULING ORDER

The original scheduling order entered July 24, 2008, regarding the filing of a motion for summary judgment against Defendant Joseph Lovaglio by Plaintiff Securities and Exchange Commission is hereby revised as follows:

  It is ORDERED that the SEC has until September 12, 2008, to file a motion for summary judgment with respect to defendant Lovaglio, that Lovaglio shall respond by October 10, 2008, and the SEC shall reply to any response by October 24, 2008.

SO ORDERED.

                _____
                UNITED STATES DISTRICT JUDGE

Dated: September 3, 2008
   New York, New York